# United States Bankruptcy Court
## District of Arizona

In re  **Sedona Vineyards LLC**

Debtor(s)

Case No.  **2:24-bk-09126-BMW**

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **DOUGLAS EDGELOW**<br>**371 E. MONTE VISTA RD.**<br>**Phoenix, AZ 85006** | | | |
| **KELLY WOOD**<br>**3484 E. GLENHAVEN DR.**<br>**Phoenix, AZ 85048** | | | |
| **TRANG TRAN**<br>**6340 N. ELDRIDGE PKWY, STE L**<br>**Houston, TX 77041** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  11/7/2024

Signature  *Douglas Edgelow*
**Douglas Edgelow**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders