| | |
|---|---|
| 1 | **RUSING LOPEZ & LIZARDI, P.L.L.C.** |
| 2 | 16427 N. Scottsdale Road, Suite 200<br>Scottsdale, AZ 85254 |
| 3 | Telephone: (602) 261–7101<br>Facsimile: (480) 863-1523 |
| 4 | twitthoft@rllaz.com |
| 5 | Theodore P. Witthoft<br>State Bar No. 021632 |
| 6 | *Attorney for Creditor Beaver Creek Golf Resort, LLC* |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS LLC,<br><br>                Debtor, | Chapter 11<br>Subchapter V<br><br>Case No. 2:24-bk-09126-BMW<br><br>**NOTICE OF HEARING ON PRELIMINARY HEARING ON BEAVER CREEK GOLF RESORT, LLC'S MOTION 1) TO DECLARE STAY INAPPLICABLE, PURSUANT TO 11 U.S.C. § 362(n); OR ALTERNATIVELY, 2) TO LIFT STAY AGAINST PROPERTY, PURSUANT TO 11 U.S.C. § 362(d)**<br><br>**Hearing Date: December 18, 2024**<br>**Hearing Time: 10:00 a.m.**<br>**Hearing Location: Via Videoconference** |

NOTICE IS HEREBY GIVEN that the Court has set a hearing on *Beaver Creek Golf Resort, LLC's Motion 1) to Declare Stay Inapplicable, Pursuant to 11 U.S.C. § 362(n); Or Alternatively, 2) To Lift Stay Against Property, Pursuant to 11 U.S.C. § 362(d)* filed by

Case 2:24-bk-09126-BMW    Doc 37    Filed 11/25/24    Entered 11/25/24 14:47:18    Desc
Main Document    Page 1 of 3

Rusing Lopez & Lizardi, P.L.L.C. at Docket No. 36 for **December 18, 2024,** at **10:00 a.m.** before the Honorable Judge Brenda Moody Whinery.

This hearing will be held by videoconference. The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, may be reviewed on the Court's website at: https://azb.uscourts.gov/videoconference-hearing-guidelines.

Any interested parties may appear via https://www.zoomgov.com/. The hearing ID is 160 913 4697 and the passcode is 802235. Alternatively, interested parties may access the hearing using the following link:

https://www.zoomgov.com/j/1609134697?pwd=cjgzcVVpNkgrUmx0b1k2clhITTJlZz09.

Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

Any party wishing to file a response regarding the Motion shall do so in writing by filing such response on or before fourteen (14) days from the date of this Notice with the clerk of the Bankruptcy Court at 230 North First Avenue, Suite 101, Phoenix, Arizona 85003, and serving a copy of such objection on counsel for Creditor Beaver Creek Golf Resort, LLC, Theodore P. Witthoft of Rusing Lopez & Lizardi, P.L.L.C., 16427 N. Scottsdale Road, Suite 200, Scottsdale, AZ 85254.

DATED this 25th day of November 2024.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Theodore P. Witthoft*
Theodore P. Witthoft
*Attorneys for Creditor Beaver Creek Golf Resort, LLC*

COPIES of the foregoing were served November 25, 2024 via the Court's CM/ECF Notification System on all parties that requested notice in this case, including counsel for the Debtor(s), if any, identified below, with additional COPIES *e-mailed or mailed by U.S. Mail to the following parties as indicated below:

*RONALD J. ELLETT
ELLETT LAW OFFICES, P.C.
2999 North 44th Street
Suite 330
PHOENIX, AZ 85018
Email: rjellett@ellettlaw.com

*DAWN M. MAGUIRE
Trustee Maguire
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
Email: Trustee@MaguireLawAZ.com

*PATTY CHAN
OFFICE OF THE UNITED STATES TRUSTEE
230 N. FIRST AVE., #204
PHOENIX, AZ 85003
Email: patty.chan@usdoj.gov

BY U.S. MAIL:

SEDONA VINEYARDS LLC
2024 N. 7TH STREET, STE 202
PHOENIX, AZ 85006

By: */s/ G. Leckbee*