IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re:

Sedona Vineyards, LLC,

Debtor(s).

In Proceedings under Chapter 11

Case No. 2:24-bk-09126-BMW

**§ 341 First Meeting of Creditors Minute Sheet**

**Date:** November 26, 2024

**Time:** 9:45 a.m.

Debtor Present: ■ YES ☐ NO    Presiding Officer: Patty Chan

Debtor's Address: (same as on Petition)

Appearance by Attorney for Debtor: Ronald J. Ellett    ■ YES ☐ NO

Douglas Edgelow, manager and 63.19% owner of Debtor    Present of Behalf of Debtor

Debtor Representative(s) Sworn and Examined? ■ YES ☐ NO

Appearances:

| Name | Party Represented |
|---|---|
| 1. Dawn Maguire | (Subchapter V Trustee) |
| 2. Shannon Metzger | Permit Pushers, LLC |
| 3. Ted Witthoft | Beaver Creek Gold Resort, LLC |
| 4. Levi Brchan | Beaver Creek Gold Resort, LLC |
| 5. | |

Related Cases: (none)

Schedules Filed? ■ YES ☐ NO    If No, has Order been Entered Extending Time? ☐ Y ☐ N

If No, why have the Schedules not been filed? _____

When will the Schedules be filed? _____

■ Concluded  ☐ Continued    **Date:** _____

**Time:** _____

**Location:** _____

☐ Dismiss for Failure to Appear and/or for Failure to File Schedules