Ronald J. Ellett, Esq. (Bar No. 012697)
Ellett Law Offices, PC
2999 N. 44th Street, Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510

*Attorney for **Debtor***

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS LLC,<br><br>Debtor. | In Proceedings Under Chapter 11, Subchapter V<br><br>Case No. 2:24-bk-09126-BMW<br><br>**NOTICE OF HEARING ON:**<br>**(i) BEAVER CREEK GOLF RESORT, LLC'S MOTION 1) TO DECLARE STAY INAPPLICABLE, PURSUANT TO 11 U.S.C. § 362(n); OR ALTERNATIVELY, 2) TO LIFT STAY AGAINST PROPERTY, PURSUANT TO 11 U.S.C. § 362(d)**<br>**(ii) MOTION TO APPROVE BEAVER CREEK SETTLEMENT AND COMPROMISE PURSUANT TO 9019**<br><br>**Date:** January 28, 2025<br>**Time:** 10:30am<br>**Location:** Zoom Videoconference |

**NOTICE IS HEREBY GIVEN** that the Court has set a hearing on January 28, 2025, at 10:30am regarding (i) *Beaver Creek Golf Resort, LLC's Motion 1) to Declare Stay Inapplicable, Pursuant to 11 U.S.C. § 362(n); or Alternatively, 2) to Lift Stay Against Property, Pursuant to 11 U.S.C. § 362(d)* (Docket No. 36) and (ii) *Motion to Approve Beaver Creek Settlement and Compromise Pursuant to 9019* (Docket No. 43). Any responses to the Motions are to be filed no later than 5:00pm on January 14, 2025.

This hearing will be held by videoconference. The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, may be reviewed on the Court's website at: https://azb.uscourts.gov/videoconference-hearing-guidelines.

Any interested parties may appear via https://www.zoomgov.com/ . The hearing ID is 160 546 7725 and the passcode is 176614. Alternatively, interested parties may access the hearing using the following link:

https://www.zoomgov.com/j/1605467725?pwd=bgbwvw6jDQFKhzrT6ydPMhLQ9KO6sV.1

Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

**DATED** this 20th day of December, 2024.

        ELLETT LAW OFFICES, P.C.

        /s/ *Ronald J. Ellett*
        Ronald J. Ellett
        2999 North 44th Street, Suite 330
        Phoenix, Arizona 85018

copy of the foregoing sent via first class mail
this 20th day of December, 2024, to:

All entries on the attached Master Mailing Matrix.

/s/ *Kaitlyn M. Gruden*

*ELLETT LAW OFFICES*
2999 North 44TH Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510