Ronald J. Ellett, Esq. (Bar No. 012697)
Ellett Law Offices, PC
2999 N. 44th Street, Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510

*Attorney for* **Debtor**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11, Subchapter V |
|---|---|
| | Case No. 2:24-bk-09126-BMW |
| SEDONA VINEYARDS LLC, | **DECLARATION OF DOUGLAS J. EDGELOW IN SUPPORT OF DEBTOR'S RESPONSE TO BEAVER CREEK GOLF RESORT, LLC'S MOTION TO DECLARE STAY INAPPLICABLE, PURSUANT TO 11 U.S.C. §362(n); OR, ALTERNATIVELY, TO LIFT STAY AGAINST PROPERTY, PURSUANT TO 11 U.S.C. §362(d)** |
| Debtor. | |

I, Douglas J. Edgelow, under the penalty of perjury, in support of *Debtor's Response to Beaver Creek Golf Resort, LLC's Motion to Declare Stay Inapplicable, Pursuant to 11 U.S.C. §362(n); or, Alternatively, to Lift Stay Against Property Pursuant to 11 U.S.C. §362(d)* ("Debtor's Response") declare as follows:

1. I have been the Manager since the inception of Sedona Vineyards LLC ("Debtor") on August 10, 2022.

2. I have personal knowledge of and am familiar with the business affairs and financial condition of the Debtor.

3. I attended Chaminade University and graduated summa cum laude with a Masters in Business Administration majoring in International Business.

ELLETT LAW OFFICES
2999 North 44TH Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510

4. Over the last twenty years, I have developed commercial and residential projects in the state of Arizona as well as Puerto Vallarta, Mexico. Attached as **Exhibit A** is my Portfolio which lists my extensive Project Portfolio.

5. I have developed over two thousand condominiums with partners and my own resources, including a seventeen-story high-rise condominium project, which won a prestigious "Pillar Award" for the best adaptive re-use project in the USA from the National Homebuilders Association.

6. Attached is a Brokers Opinion of Value that concludes that the market value of the property is conservatively worth between $6.5 million and $8.1 million (**Exhibit B**, *see Pricing Analysis* section).

7. I am very familiar with the land in and around Sedona Vineyards and am familiar with the current market value of properties in the area.

8. Based on my experience, knowledge of area real estate and the attached Brokers Opinion of Value, I am confident that the market value of the property is conservatively worth between $6.5 million and $8.1 million.

**DATED** this 14th day of January, 2025.

_____
Douglas J. Edgelow