# PROJECT PORTFOLIO

**BEAVER CREEK**
Residential villas
Year built: 2021 *(under development)*
Location: Sedona, Arizona
Project investment total: $9M USD

**THE ELLIS**
HISTORIC ADAPTIVE REUSE FOR CO-LIVING, CO-WORKING, & WELLNESS SPACE
Year built: 1925 / Acquired: 2019 *(under development)*
Location: North Central Phoenix
Project investment total: $9M USD

**THE RESIDENCES AT WILLO**
Single detached homes in historic residential district (28 homes)
Year built: 2018 *(under development)*
Location: Central Phoenix
Project investment total: $12M USD

**URBAN WELLNESS**
Holistic Wellness Center in Central Phoenix
Year built: 2016
Location: North 7th Ave, Central Phx
Project investment total: $2M USD

**HILTON GARDEN INN (192 rooms)**
Year built: 2010
Location: Phoenix Int'l Airport
Project investment total: $34M USD

**CENTURY PLAZA**
ADAPTIVE URBAN LUXURY CONDOMINIUM PROJECT (150 Units)
Year built: 2008
Location: 1 East Lexington Ave, Phoenix Arizona
Project investment total: $75M

**URBAN YOGA**
Yoga studio & wellness center in heart of urban downtown district
Year built: 2008
Location: North Central Phoenix
Project investment total: $500K USD

**VILLAS VERONAS**
Tuscan style condos (60 units)
Year built: 2007
Location: 10055 North 142nd Street, Scottsdale Arizona
Project investment total: $12M USD

**LAS PIEDRAS**
Mountainside townhomes (48 units)
Year built: 2006
Location: North Central Phoenix
Project investment total: $7.2M USD

**THE SPRINGS AT YORKSHIRE**
Luxury condominiums (216 units)
Year built: 2006
Location: North Central Phoenix
Project investment total: $27M USD

**THE KNOLLS AT CAVE CREEK**
Inspired 2-3 bedroom homes (48 homes)
Year built: 2003
Location: 6000 East Knolls Way, Cave Creek AZ
Project investment total: $5M USD

**THE LEGACY**
Condominiums in central Phoenix (88 units)
Year built: 2002
Location: 1411 West Orangewood Avenue Phx AZ
Project investment total: $9M USD

**LOS PASEOS**
Craftsman Townhomes (111 units)
Year built: 2002
Location: 3150 E. Beardsley Road, Phx AZ
Project investment total: $13.8M USD

**DES OFFICE COMPLEX**
Department of Economic Security
Year built: 2002, 50,000 sq ft
Surprise, AZ
Project investment total: $10M USD

**VILLAS MONTEMAR**
Luxury Oceanfront Condominiums in Riviera Nayarit (10 units)
Year built: 2000
Location: Puerto Vallarta, Mexico
Project investment total: $3M USD

**LA BREZZA**
Luxury Urban Condominiums (14 units)
Year built: 2000
Location: 4525 North 22nd Street, Phx AZ
Project investment total: $3M USD

**THE ENCLAVE**
Luxury Urban Condominiums (60 units)
Year built: 1999
Location: Biltmore area, Phoenix AZ
Project investment total: $9M USD

### CITRUS POINT OFFICE
Year built: 1998, 32,000 sq ft
Location: 114th Ave & Bell Road, Phx AZ
Project investment total: $2M USD

### COYOTE LAKES
Master planned commercial development
Year built: 1998
Location: 11526 West Bell Road, Surprise AZ
Project investment total: $1.5M USD

### PUEBLO VERDE
Condominiums in Old Town Scottsdale (48 units)
Year built: 1998
Location: 7021 E. Earll Drive, Scottsdale Arizona
Project investment total: $6M USD



### TUSCANY
Luxury village home project (14 units)
Year built: 1997
Location: 1102 West Glendale Avenue, Phoenix Arizona
Project investment total: $2.8M USD

### CHANDLER REGIONAL MEDICAL COMPLEX
Medical Office Complex
Year built: 1996, 38,000 sq ft
Location: Chandler, AZ
Project Investment total: $6M USD

### ALEXIS GARDENS
Condominium Renovation Project (28 units)
Year built: 1994
Location: Phoenix, Arizona
Project Investment total: $900k USD



### CHUPAROSA GOLF COURSE
Golf Course Development Project
Year Built: 1993
Location: Gilbert, Arizona
Project Investment total: $50M USD

### WINDSOR GARDENS
Condominium Renovation Project (14 units)
Year Built: 1992
Location: Scottsdale, Arizona
Project Investment total: $1.8M USD

### VAL VISTA LAKES
Apartment Project (300 units)
Year Built: 1992
Location: Gilbert, Arizona
Project Investment total: $30M USD

### CITRUS POINT
Land Development sold to Pulte Homes
Year Built: 1998 (300 Lot Subdivision)
Project Investment total: $3M USD

