

# Sedona Vineyards BOV

E Lake Shore Drive, LAKE MONTEZUMA, AZ 86342



### Brad Kimmelman

Associate Real Estate Broker

BR684916000 AZ

(480) 788-1321

brad.kimmelman@russlyon.com

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:38    Desc

Exhibit B to Declaration of Douglas J. Edgelow    Page 1 of 35





★ E Lake Shore Drive, LAKE MONTEZUMA, AZ 86342

| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| – | – | – | 108 Acres |

## Listing Detail

**Property Type** Land          **Community** Sedona Vineyards

## Remarks

108 acres of land with about 5 acres zoned commercial and approved for the 50 room hotel. Associated buildings (restaurant is 7000 square feet) ... general store (1200 square feet), wine tasting room (1200 square feet), house that will be the spa (2000 square feet), and shop (1200 square feet) that will be the brew pub. Plus 652 acre feet of water rights, the value of the water rights is not totally clear at the moment.

*SQFT = Total Combined Square Feet

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com





Active Properties   Pending Properties   Sold Properties

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com


| | Address | Price | Beds | Baths | Days | SQFT* | $/SQFT |
|---|---|---|---|---|---|---|---|
| ★ | E Lake Shore Drive<br>LAKE MONTEZUMA, AZ 8… | – | – | – | – | – | - |
| 1. | 3445 S Grapevine Way<br>Camp Verde, AZ 86322 | $15,000,000 | – | – | 163 | 0 | - |
| 2. | 0 Camino Vista Drive, , AZ 8…<br>Rimrock, AZ 85251 | $2,300,000 | – | – | 105 | – | - |
| 3. | 3555 E Beaver Creek Road 31<br>Rimrock, AZ 86335 | $850,000 | – | – | 63 | – | - |
| 4. | 3395 E Kearney Trail 38<br>Rimrock, AZ 86335 | $85,000 | – | – | 150 | – | - |
| 5. | 0 E Dragonshead Road -<br>Lake Montezuma, AZ 86335 | $69,000 | – | – | 29 | – | - |
| 6. | Tbd N Faith Marina Drive -<br>Rimrock, AZ 86335 | $37,500 | – | – | 6 | – | - |
| 7. | 4740 N Lazy Lariat Lane 15<br>Rimrock, AZ 86335 | $59,999 | – | – | 36 | – | - |
| 8. | 4810 E Kerry Drive<br>Rimrock, AZ 86335 | $25,000 | – | – | 5 | – | - |
| 9. | 4255 E Third Fairway Drive 9<br>Lake Montezuma, AZ 86342 | $57,000 | – | – | 63 | – | - |

*SQFT = Total Combined Square Feet

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

**Russ Lyon | Sotheby's** INTERNATIONAL REALTY



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| – | – | – | 85 Acres |

**ACTIVE**

## $15,000,000

List Price: $15,000,000

Days: 163

*SQFT = Total Combined Square Feet

## Comparable #1

3445 S Grapevine Way, Camp Verde, AZ 86322

### Listing Detail

**Property Type:** Farm

**County:** Yavapai

**Tax Amount:** $21,356

**Tax Year:** 2022

**MLS #:** 6562678

**Subdivision:** ALCANTARA WINERY

### Remarks

Luxury Commerical Development opportunity on the Verde River. 85+ Acres. New Zoning C2-PAD which allows for multiple uses. The
newly rezoned C-2 Pad Expansion project may include the following: 250 Lodging units comprised of 150 hotel guest rooms, 30 for sale house/condominium
units and 20 glamping units in the form of tree houses. Two 2 bedroom condominiums specially furnished to accommodate wedding parties and their guests.
Construction of a new wine tasting room with an inside capacity for up to 200 guests and a patio/deck with room for an additional 200 guests. Complete expansion project will be provided upon request. Currently operating as a successful winery, Alcantara site consists of 15 acres of planted vineyards, an outdoor
wedding chapel which can accommodate from 25-150

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

Case 2:24-bk-09126-BMW   Doc 53-3   Filed 01/14/25   Entered 01/14/25 13:30:38   Desc
Exhibit C to Declaration of Douglas J. Edgelow   Page 5 of 35




| Beds | Bath | SQFT* | Lot Size |
|---|---|---|---|
| – | – | – | 46.72 Acres |

**ACTIVE**

## $2,300,000

**List Price:** $2,300,000

**Days:** 105

*SQFT = Total Combined Square Feet

## Comparable #2

0 Camino Vista Drive, , AZ 86335, Rimrock, AZ 85251

### Listing Detail

**Property Type:** Land

**Tax Amount:** $1,728

**Tax Year:** 2022

**MLS #:** 533770

### Remarks

Build your own subdivision! Great investment property!
This beautiful mountain view 46.72-acre parcel has just been drastically reduced in price. Reduction in price per acre from $90,000.00, now to $50,000.00 per acre. This property is right off the I-17 corridor. Preliminary survey completed for future splits and lots into a subdivision of twenty-nine individual lots: .8, 1.6 and 2 acre lots. Current zoning allows for domestic horses and farm animals. Water provided by Arizona Water, and power at main parcel with a primary perc test completed. Each lot will require its own perc test. All lots have mountain views of Mingus Mountains to the south and west, Sedona Red Rock views to the north. Close to major retail stores, Starbucks, Home Depot, grocers, auto dealers, banking, restaurants, medical facilities and regional airports. Close proximity to wineries of the Verde Valley and a short drive to historic Jerome and it's art galleries and dining. Sedona, just 20 minutes to the north, is world renowned for it's shopping, hiking, restaurants and vacationing because of nature's amazing Red Rock scenery.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:38    Desc
Exhibit C to Declaration of Douglas J. Edgelow    Page 6 of 35



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| – | – | – | 8.43 Acres |

## ACTIVE

## $850,000

**List Price:** $850,000

**Days:** 63

**Original List Price:** $850,000

**Listing Courtesy of:** Arizona Regional MLS

*SQFT = Total Combined Square Feet

# Comparable #3

## 3555 E Beaver Creek Road 31, Rimrock, AZ 86335

### Listing Detail

**Property Type:** Land

**Lot Dimensions:** APPROX. 183,000 X 183,000

**County:** Yavapai County

**Tax Amount:** $284

**SQFT Details:**

**MLS #:** 6689955

### Features

**Senior Community:** No

### Remarks

Amazing investment opportunity to own "Beaver Creek" Apt. (Site). It is pre-approved for 52 Units + Clubhouse.
All Single-Level Units / Buildings. The site consits of 8.4 Acres | 367,211 SF and the density is 6.12 DU Per Acre. The unit Mix consists of 54% One-Bedrooms (28 Count) and 46% Two-Bedrooms (24 Count). The average Unit Size: 1,026 SF. The Planned Clubhouse consists of 2,335 SF. The Seller may deliver the property at closing at final Site Plan approval. See document tap for REA Property Flyer for additional information. Please call or email if you have any questons.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:36    Desc
Exhibit C to Declaration of Douglas J. Edgelow    Page 7 of 35

## Comparable #3

3555 E Beaver Creek Road 31, Rimrock, AZ 86335

Photos 1 - 11
















All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

**Russ Lyon | Sotheby's INTERNATIONAL REALTY**



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| – | – | – | 2.52 Acres |

**SOLD**

## $85,000

**List Price:** $99,000

**Days:** 150

**Sold Date:** 06/11/2024

**Original List Price:** $150,000

**Original Sold Price:** $85,000

**% of List Price:** 86%

**Listing Courtesy of:** Arizona Regional MLS

*SQFT = Total Combined Square Feet

# Comparable #4

3395 E Kearney Trail 38, Rimrock, AZ 86335

## Listing Detail

**Property Type:** Land

**Lot Dimensions:** IRREGULAR

**County:** Yavapai County

**Tax Amount:** $69

**SQFT Details:**

**MLS #:** 6640831

## Features

**Senior Community:** No

## Remarks

3 connected lots with gorgeous views. So much potential here. There is a foundation for a home or lodge that has been started for you to build your dream home or campground lodge. Property offers trail system paths, well has been drilled but needs finishing.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com



# Listing Overview

## Comparable #4

3395 E Kearney Trail 38, Rimrock, AZ 86335

Photos 1 - 12



All information provided is deemed reliable but is not guaranteed and should be independently verified.

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:38    Desc

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

Main Document    Page 10 of 35



## Comparable #4

3395 E Kearney Trail 38, Rimrock, AZ 86335

Photos 13 - 24



All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com


## Comparable #4

3395 E Kearney Trail 38, Rimrock, AZ 86335

Photos 25 - 36



All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com


## Comparable #4

3395 E Kearney Trail 38, Rimrock, AZ 86335

Photos 37 - 40

  



All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| – | – | – | 2.04 Acres |

**ACTIVE**

## $69,000

List Price: $69,000

Days: 29

Original List Price: $69,000

Listing Courtesy of: Arizona Regional MLS

*SQFT = Total Combined Square Feet

## Comparable #5

0 E Dragonshead Road -, Lake Montezuma, AZ 86335

### Listing Detail

Property Type: Land

Lot Dimensions:
100X485X215X202X321

County: Yavapai County

Tax Amount: $500

SQFT Details:

MLS #: 6709024

Elementary School: Out of Maricopa Cnty

Middle School: Out of Maricopa Cnty

High School: Out of Maricopa Cnty

### Features

Senior Community: No

### Remarks

Over 2 acres in Rimrock, with quick access from i17 and stunning Sedona red rock views. This property is a new split that allows for plenty of privacy in a nice area. Zoning allows for horses and farm animals. Enjoy the merits of this nice rural location, that feels miles away from the hustle and bustle but only minutes from the restaurants and stores of Rimrock and with the convince of only being 20 minutes from Sedona or Camp Verde, 60 minutes to Prescott or Flagstaff and just 90 minutes to phx. Nearby access to hiking, mountain biking, fishing and so much more. Build your dream property with a view! Zoned R1l-70, no HOA, or building size restrictions. Owner May Carry with $45,000 down.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:38    Desc
Exhibit C to Declaration of Douglas J. Edgelow    Page 14 of 35



## Comparable #5

0 E Dragonshead Road -, Lake Montezuma, AZ 86335

Photos 1 - 12

















All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

## Comparable #5

0 E Dragonshead Road -, Lake Montezuma, AZ 86335

Photos 13 - 24

  

  

  

  

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:34    Desc
Part 3 of 5 Douglas J. Edgelow    Page 16 of 35

## Comparable #5

0 E Dragonshead Road -, Lake Montezuma, AZ 86335

















All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com



# Comparable #6

Tbd N Faith Marina Drive -, Rimrock, AZ 86335

| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| – | – | – | 0.87 Acres |

## SOLD

## $37,500

List Price: $37,500

Days: 6

Sold Date: 03/21/2024

Original List Price: $37,500

Original Sold Price: $37,500

% of List Price: 100%

Listing Courtesy of: Arizona Regional MLS

*SQFT = Total Combined Square Feet

## Listing Detail

Property Type: Land

Lot Dimensions: -

County: Yavapai County

Tax Amount: $186

SQFT Details:

MLS #: 6665412

MLS Area: 15

## Features

Senior Community: No

## Remarks

Beautiful property in Rimrock, available for manufactured or site-built homes. Perfect opportunity for a new home site or great investment property. OWNER WILL CARRY

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:38    Desc
Exhibit C to Declaration of    Douglas J. Edgelow    Page 18 of 35


Russ Lyon | Sotheby's
INTERNATIONAL REALTY

## Comparable #6

Tbd N Faith Marina Drive -, Rimrock, AZ 86335

Photos 1 - 12

















All information provided is deemed reliable but is not guaranteed and should be independently verified.

## Comparable #6

Tbd N Faith Marina Drive -, Rimrock, AZ 86335

  

  

 

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:38    Desc
Photo © to Database or Douglas J. Edgelow    Page 20 of 35



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| – | – | – | 0.5 Acres |

## ACTIVE

## $59,999

**List Price:** $59,999

**Days:** 36

**Original List Price:** $74,999

**Listing Courtesy of:** Arizona Regional MLS

*SQFT = Total Combined Square Feet

## Comparable #7

4740 N Lazy Lariat Lane 15, Rimrock, AZ 86335

### Listing Detail

**Property Type:** Land

**Lot Dimensions:** 117'X188'X117'X181'

**County:** Yavapai County

**Tax Amount:** $191

**SQFT Details:**

**MLS #:** 6702600

**Elementary School:** Out of Maricopa Cnty

**Middle School:** Out of Maricopa Cnty

**High School:** Out of Maricopa Cnty

### Features

**Senior Community:** No

### Remarks

This beautiful .49 acre property in the Lake Montezuma community provides you with beautiful views, lots of space and paved roads. This lot appears to have access to some utilities for a quick build. Well on site comes As Is. Don't miss out on what could be your new forever home. Out of state investor. Buyer will be responsible to confirm utilities, details listed and any restrictions. Great investment property! Listing is for land only.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:38    Desc
Exhibit C to Declaration of Douglas J. Edgelow    Page 21 of 35

Russ Lyon | Sotheby's
INTERNATIONAL REALTY

## Comparable #7

4740 N Lazy Lariat Lane 15, Rimrock, AZ 86335

Photos 1 - 7

  

  



All information provided is deemed reliable but is not guaranteed and should be independently verified.

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:38    Desc
Exhibit C to Declaration of Douglas J. Edgelow    Page 22 of 35



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| – | – | – | 0.29 Acres |

## SOLD

## $25,000

List Price: $40,000

Days: 5

Sold Date: 12/15/2023

Original List Price: $40,000

Original Sold Price: $25,000

% of List Price: 63%

Listing Courtesy of: Arizona Regional MLS

*SQFT = Total Combined Square Feet

## Comparable #8

### 4810 E Kerry Drive, Rimrock, AZ 86335

### Listing Detail

Property Type: Land

Lot Dimensions: BUYER TO VERIFY

County: Yavapai County

Tax Amount: $144

SQFT Details:

MLS #: 6634747

MLS Area: 14N

### Features

Senior Community: No

### Remarks

Two lots recently combined. Build your dream home on top of the world. Plenty of space and beautiful views on a quiet street. Some dirt work has been done, building plans, utilities available.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

# Comparable #8

4810 E Kerry Drive, Rimrock, AZ 86335

Photos 1 - 8

  

  

 

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

Russ Lyon | Sotheby's INTERNATIONAL REALTY



| Beds | Bath | SQFT* | Lot Size |
|------|------|-------|----------|
| – | – | – | 0.23 Acres |

**PENDING**

## $57,000

**List Price:** $57,000

**Days:** 63

**Original List Price:** $41,500

**Listing Courtesy of:** Arizona Regional MLS

*SQFT = Total Combined Square Feet

# Comparable #9

4255 E Third Fairway Drive 9, Lake Montezuma, AZ 86342

## Listing Detail

**Property Type:** Land

**Lot Dimensions:** 89.98 X 113.74 X 90.13X109.56

**County:** Yavapai County

**Tax Amount:** $197

**SQFT Details:**

**MLS #:** 6683745

**MLS Area:** 14N

## Features

**Senior Community:** No

## Remarks

Beautiful, serene, lush property near Lake Montezuma to build your dream home or vacation/second home. With a creek running through the backside of the property and all of the greenery makes this lot perfect place to enjoy the scenery and relax. Property to be sold with adjacent property (4265 E Third Fairway Dr, Lake Montezuma, Az 83642) for a total lot size of 10,018 sq ft and total sales price of 57,000.00

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:38    Desc
Exhibit C to Declaration of    Douglas J. Edgelow    Page 25 of 35


## Comparable #9

4255 E Third Fairway Drive 9, Lake Montezuma, AZ 86342

Photos 1 - 7











All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:34    Desc
Exhibit C to Declaration of Douglas J. Edgelow    Page 26 of 35

Russ Lyon | Sotheby's
INTERNATIONAL REALTY



Approximate Market Value

**$6,500,000 - $8,100,000**

★ E Lake Shore Drive, LAKE MONTEZUMA, AZ 8...

## Price Based on Average Sales

In calculating the market value of this property, we used the average price per sq. foot of the land, using the sold and pending statuses only. We took intothe active property data into consideration, as they include the most comparable properties but haven't sold yet.

The sold properies ranged from $ .77 to $1.99 per square foot. The Pending comp is now under contract at a list price of $5.69/sq. ft. We took into account the lot size, location, and quality of the land in the area. We also included value to the bulidings thatt are on the Sedona Vineyards property, and the value of the current approved usage as a hotel, vineyard, and restaurant and spa/resort. Our estimate of value to the pre-devloped land is currently $1.38 - $1.73/sq. foot. Making the range of value to the property between $6,500,000 and $8,100,000, conservatively.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:38    Desc
Photo 6 to Declaration of Douglas J. Edgelow    Page 27 of 35



| | | E Lake Shore Drive<br>LAKE MONTEZUMA, AZ ... | 3445 S Grapevine Way<br>Camp Verde, AZ 86322 | 0 Camino Vista Drive, , AZ ...<br>Rimrock, AZ 85251 | 3555 E Beaver Creek Road...<br>Rimrock, AZ 86335 | 3395 E Kearney Trail 38<br>Rimrock, AZ 86335 | 0 E Dragonshead Road -<br>Lake Montezuma, AZ 86335 |
|---|---|---|---|---|---|---|---|
| Status | - | Active | Active | Active | Sold | Active |
| MLS # | - | 6562678 | 533770 | 6689955 | 6640831 | 6709024 |
| Property Type | Land | Farm | Land | Land | Land | Land |
| Bathroom Details | - | - | - | - | - | - |
| Lot Acres | 108 Acres | 85 Acres | 46.72 Acres | 8.43 Acres | 2.52 Acres | 2.04 Acres |
| Days on Market | - | 163 | 105 | 63 | 150 | 29 |
| List Price | - | $15,000,000 | $2,300,000 | $850,000 | $99,000 | $69,000 |
| Sold Date | - | - | - | - | 06/11/2024 | - |
| Original List Price | - | - | - | $850,000 | $150,000 | $69,000 |
| Pre-Adjusted Price | - | $15,000,000 | $2,300,000 | $850,000 | $85,000 | $69,000 |
| Sold Price | - | - | - | - | $85,000 | - |
| % Of List Price | - | - | - | - | 86% | - |
| $/SqFt | - | - | - | - | - | - |
| $/Lot Acre | $0.00 | $176,471 | $49,229 | $100,830 | $33,730 | $33,824 |
| Tax Amount | - | $21,356 | $1,728 | $284 | $69 | $500 |
| Tax Year | - | 2022 | 2022 | - | - | - |
| Building Style | - | - | - | - | - | - |
| County | - | Yavapai | - | Yavapai County | Yavapai County | Yavapai County |
| Community | Sedona Vineyards | - | - | - | - | - |
| Subdivision | - | ALCANTARA WINERY | - | - | - | - |
| Elementary School | - | - | - | - | - | Out of Maricopa Cnty |
| Middle School | - | - | - | - | - | Out of Maricopa Cnty |
| High School | - | - | - | - | - | Out of Maricopa Cnty |

*SQFT = Total Combined Square Feet

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:38    Desc
Exhibit C to Declaration of  Douglas J. Edgelow    Page 28 of 35


Russ Lyon | Sotheby's
INTERNATIONAL REALTY

| | E Lake Shore Drive LAKE MONTEZUMA, AZ ... | Tbd N Faith Marina Drive - Rimrock, AZ 86335 | 4740 N Lazy Lariat Lane 15 Rimrock, AZ 86335 | 4810 E Kerry Drive Rimrock, AZ 86335 | 4255 E Third Fairway Driv... Lake Montezuma, AZ 86342 |
|---|---|---|---|---|---|
| Status | - | Sold | Active | Sold | Pending |
| MLS # | - | 6665412 | 6702600 | 6634747 | 6683745 |
| Property Type | Land | Land | Land | Land | Land |
| Bathroom Details | - | - | - | - | - |
| Lot Acres | 108 Acres | 0.87 Acres | 0.5 Acres | 0.29 Acres | 0.23 Acres |
| Days on Market | - | 6 | 36 | 5 | 63 |
| List Price | - | $37,500 | $59,999 | $40,000 | $57,000 |
| Sold Date | - | 03/21/2024 | - | 12/15/2023 | - |
| Original List Price | - | $37,500 | $74,999 | $40,000 | $41,500 |
| Pre-Adjusted Price | - | $37,500 | $59,999 | $25,000 | $57,000 |
| Sold Price | - | $37,500 | - | $25,000 | - |
| % Of List Price | - | 100% | - | 63% | - |
| $/SqFt | - | - | - | - | - |
| $/Lot Acre | $0.00 | $43,103 | $119,998 | $86,207 | $247,826 |
| Tax Amount | - | $186 | $191 | $144 | $197 |
| Tax Year | - | - | - | - | - |
| Building Style | - | - | - | - | - |
| County | - | Yavapai County | Yavapai County | Yavapai County | Yavapai County |
| Community | Sedona Vineyards | - | - | - | - |
| Subdivision | - | - | - | - | - |
| Elementary School | - | - | Out of Maricopa Cnty | - | - |
| Middle School | - | - | Out of Maricopa Cnty | - | - |
| High School | - | - | Out of Maricopa Cnty | - | - |

*SQFT = Total Combined Square Feet

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com





# Status Comparisons

|  | Bed | Bath | SqFt* | Lot Acres | List Price | $/SqFt | Sale Price | % List $ | Days |
|---|---|---|---|---|---|---|---|---|---|
| ★ Subject Property |  |  | 0 | 108 |  | - | - | - |  |

## Active Properties

|  | Bed | Bath | SqFt* | Lot Acres | List Price | $/SqFt | Sale Price | % List $ | Days |
|---|---|---|---|---|---|---|---|---|---|
| 1. 3445 S Grapevine Way, Camp Verde, AZ 86322 |  |  | 0 | 85 | $15,000,000 | - | - | - | 163 |
| 2. 0 Camino Vista Drive, , AZ 8… Rimrock, AZ 85251 |  |  | 0 | 46.72 | $2,300,000 | - | - | - | 105 |
| 3. 3555 E Beaver Creek Road 31 Rimrock, AZ 86335 | 0 | 0 | 8.43 | $850,000 | - | - | - | 63 |
| 5. 0 E Dragonshead Road - Lake Montezuma, AZ 86335 | 0 | 0 | 2.04 | $69,000 | - | - | - | 29 |
| 7. 4740 N Lazy Lariat Lane 15 Rimrock, AZ 86335 | 0 | 0 | 0.5 | $59,999 | - | - | - | 36 |

## Pending Properties

|  | Bed | Bath | SqFt* | Lot Acres | List Price | $/SqFt | Sale Price | % List $ | Days |
|---|---|---|---|---|---|---|---|---|---|
| 9. 4255 E Third Fairway Drive 9 Lake Montezuma, AZ 86342 | 0 | 0 | 0.23 | $57,000 | - | - | - | 63 |

## Sold Properties

|  | Bed | Bath | SqFt* | Lot Acres | List Price | $/SqFt | Sale Price | % List $ | Days |
|---|---|---|---|---|---|---|---|---|---|
| 4. 3395 E Kearney Trail 38 Rimrock, AZ 86335 | 0 | 0 | 2.52 | $99,000 | - | $85,000 | 86% | 150 |
| 6. Tbd N Faith Marina Drive - Rimrock, AZ 86335 | 0 | 0 | 0.87 | $37,500 | - | $37,500 | 100% | 6 |
| 8. 4810 E Kerry Drive Rimrock, AZ 86335 | 0 | 0 | 0.29 | $40,000 | - | $25,000 | 63% | 5 |

*SQFT = Total Combined Square Feet

Provided by Your Brokerage. All information provided is deemed reliable but is not guaranteed and should be independently verified.

Case 2:24-bk-09126-BMW   Doc 53-3   Filed 01/14/25   Entered 01/14/25 13:30:38   Desc
Exhibit C to Declaration of Douglas J. Edgelow   Page 30 of 35

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com


## Active Properties

Home Averages (5 properties)

| Beds | Baths | SqFt* |
|------|-------|-------|
| 0.0 | 0.00 | 0 |

| $/SqFt | Lot Acres | $/Lot Acre |
|--------|-----------|------------|
| $0.00 | 28.54 Acres | $96,070 |

| Days |
|------|
| 79 |

## Pending Properties

Home Averages (1 property)

| Beds | Baths | SqFt* |
|------|-------|-------|
| 0.0 | 0.00 | 0 |

| $/SqFt | Lot Acres | $/Lot Acre |
|--------|-----------|------------|
| $0.00 | 0.23 Acres | $247,826 |

| Days |
|------|
| 63 |

## Sold Properties

Home Averages (3 properties)

| Beds | Baths | SqFt* |
|------|-------|-------|
| 0.0 | 0.00 | 0 |

| $/SqFt | Lot Acres | $/Lot Acre |
|--------|-----------|------------|
| $0.00 | 1.23 Acres | $54,347 |

| Days |
|------|
| 54 |

*SQFT = Total Combined Square Feet

## Property Pricing



| | |
|------|------------|
| Avg | $3,655,800 |
| Med | $850,000 |
| Min | $59,999 |
| Max | $15,000,000 |



| | |
|------|---------|
| Avg | $57,000 |
| Med | $57,000 |
| Min | $57,000 |
| Max | $57,000 |



| | |
|------|---------|
| Avg | $49,167 |
| Med | $37,500 |
| Min | $25,000 |
| Max | $85,000 |

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:30    Desc
Exhibit C to Declaration of Douglas J. Edgelow    Page 31 of 35





Price

$16,000,000

$14,000,000

$12,000,000

$10,000,000

$8,000,000

$6,000,000

$4,000,000

$2,000,000

20    40    60    80    100    120    140    160

Days on Market

▮ Active Properties    ▮ Pending Properties    ▮ Sold Properties    ▮ Other Properties

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com



# Price & Days on Market

| | Address | Price | Beds | Baths | Days | SQFT* | $/SQFT |
|---|---|---|---|---|---|---|---|
| ★ | E Lake Shore Drive<br>LAKE MONTEZUMA, AZ 8… | – | – | – | – | – | - |
| 1. | 3445 S Grapevine Way<br>Camp Verde, AZ 86322 | $15,000,000 | – | – | 163 | 0 | - |
| 2. | 0 Camino Vista Drive, , AZ 8…<br>Rimrock, AZ 85251 | $2,300,000 | – | – | 105 | – | - |
| 3. | 3555 E Beaver Creek Road 31<br>Rimrock, AZ 86335 | $850,000 | – | – | 63 | – | - |
| 4. | 3395 E Kearney Trail 38<br>Rimrock, AZ 86335 | $85,000 | – | – | 150 | – | - |
| 5. | 0 E Dragonshead Road -<br>Lake Montezuma, AZ 86335 | $69,000 | – | – | 29 | – | - |
| 6. | Tbd N Faith Marina Drive -<br>Rimrock, AZ 86335 | $37,500 | – | – | 6 | – | - |
| 7. | 4740 N Lazy Lariat Lane 15<br>Rimrock, AZ 86335 | $59,999 | – | – | 36 | – | - |
| 8. | 4810 E Kerry Drive<br>Rimrock, AZ 86335 | $25,000 | – | – | 5 | – | - |
| 9. | 4255 E Third Fairway Drive 9<br>Lake Montezuma, AZ 86342 | $57,000 | – | – | 63 | – | - |

*SQFT = Total Combined Square Feet

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:38    Desc
Exhibit C to Declaration of Douglas J. Edgelow    Page 33 of 35

**Russ Lyon | Sotheby's** INTERNATIONAL REALTY



📞 (480) 788-1321
DIRECT PHONE

📞 (480) 287-5200
OFFICE PHONE

✉️ brad.kimmelman@russlyon.com
EMAIL

🏢 6900 E. Camelback Rd.
Suite 110
Scottsdale, AZ 85251
ADDRESS

**Brad Kimmelman**

Associate Real Estate Broker
BR684916000 AZ

Raised in Westchester County, New York, It was clear that I was entrepreneurial and driven from the start! As a child, I turned my love of music and theater into a business. I studied acting with a coach in Manhattan at the age of 10 and by 12 I went out and got myself an agent. I booked the first national commercial I auditioned for and a featured role in a movie by 16. One of my first jobs was delivering singing telegrams for a company in Scarsdale, NY. Creativity is in my blood, as I was born into a show business family.

My father is a successful animation director & cartoonist who was one of the creators of "Schoolhouse Rock!". My mother was a high fashion photographer back in the 1950's for the #1 modeling agency in NYC, Harry Conover Modeling.

I went to Boston University majoring in Film, paying my way through as a singing waiter on the "Spirit of Boston", a dinner yacht in Boston Harbor. After graduation I became a broadcast producer at Grey Advertising on Madison Avenue in New York City & started my own record company, "Zuma Records".

After many years in advertising, I craved to do something more meaningful and moved to Connecticut to start selling real estate. Within two years I became a top producing agent at the #1 boutique brokerage in town from 2001-2009. In 2009 I was recruited by Sotheby's International Realty as a brokerage manager in Southport CT and then, Scarsdale NY which I enjoyed for ten years. After training, mentoring and coaching hundreds of real estate agents, I decided to go back into sales for myself and moved permanently to my second home in Scottsdale, AZ and joined Russ Lyon Sotheby's International Realty. It was the best decision I have ever made!

My fast success in the Valley of the Sun is largely due to my 13 years with the Sotheby's brand and the strong relationships I have built here. I quickly became a "go to broker" within the Sotheby's network for referral business from other colleagues, clients and friends. I am happily married with a rescue Dalmatian/Pointer mix named Charlie. In the unlikely event I am not working diligently for my clients, I enjoy tennis, hiking, cooking and traveling. I still sing in the shower, much to the dismay of my family. To get to know me better, please visit www.bradkimmelman.com where you can see my video bio.

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Case 2:24-bk-09126-BMW    Doc 53-3    Filed 01/14/25    Entered 01/14/25 13:30:38    Desc
Exhibit C to Declaration of Douglas J. Edgelow    Page 34 of 35

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com



**Languages:**

English

All information provided is deemed reliable but is not guaranteed and should be independently verified.

Brad Kimmelman | (480) 788-1321 | brad.kimmelman@russlyon.com