# VACANT LAND/LOT LISTING CONTRACT
# EXCLUSIVE RIGHT TO SELL/LEASE

Document updated: August 2024



*The pre-printed portion of this form has been drafted by the Arizona Association of REALTORS®. Any change in the pre-printed language of this form must be made in a prominent manner. No representations are made as to the legal validity, adequacy and/or effects of any provision, including tax consequences thereof. If you desire legal, tax or other professional advice, please consult your attorney, tax advisor or professional consultant.*

 

If subdivided land or unsubdivided land is being sold by a subdivider, i.e., a person who owns 6 or more lots in the same tract/subdivision, a public report will generally be required. Additionally, an Addendum must be executed by the Owner/Seller and buyer if Owner/Seller: (i) has divided the property into 6 or more lots, parcels or fractional interests; (ii) owns or will own 6 or more lots, parcels or fractional interests in a subdivision; or (iii) has caused the property to be divided into 6 or more lots, parcels or fractional interests for the subdivider or for others.

## 1. PARTIES

1. **OWNER/SELLER:** Sedona Vineyards, LLC
2. _____ ("Owner")
3. **BROKER:** Russ Lyon Sotheby's International Realty acting through
   FIRM NAME
4. Brad S Kimmelman, Breena McCabe ("Listing Broker")
   AGENT'S NAME     AGENT'S NAME

## 2. PROPERTY

5. Owner agrees to sell the real property with all improvements, fixtures, and appurtenances thereon or incidental thereto, if
6. any, plus the personal property described herein (collectively the "Property").
7. Property Address: Sedona Vineyards Hotel Development Project    Zoning: R2, District C1 & C2
8. Assessor's #(s): See Section 10
9. City: Rimrock    County: Yavapai    AZ, Zip Code: 86335
10. Legal Description:
    Attached.
11.
12.
13. ☒ Legal Description attached

## 3. LISTING PRICE AND TERMS

14. **Agreement:** This Vacant Land/Lot Listing Contract - Exclusive Right to Sell/Lease ("Agreement") is between Owner and
15. Listing Broker. In consideration of Listing Broker's agreement to find a ready, willing, and able buyer or lessor, Owner gives
16. Listing Broker the exclusive and irrevocable right to: ☒ **Sell** ☐ **Lease** ☐ **Sell and Lease** the Property described above.

17. Owner acknowledges that signing more than one Exclusive Agency or other form of listing contract for the same Term
18. could expose the Owner to liability for additional compensation.

19. **Price:** The listing price shall be: Sale $11,650,000.00 and Lease $0.00 per month, plus (in the case of a lease)
20. all applicable lease or rental (transaction privilege) taxes or such other price and terms as are accepted by Owner.

21. **Term:** This Agreement shall commence on 1/15/2025 and shall expire at 11:59 p.m. Mountain Standard Time
22. on 1/15/2026 ("Expiration Date"). Upon full execution of a contract for sale or lease of the Property, all rights and
23. obligations of this Agreement will automatically extend through the date of the actual closing of the sale or lease.

24. **Capacity:** Owner or any party that Owner designates to act on their behalf warrants that they have the legal capacity,
25. full power and authority to enter into this Agreement, deliver marketable title to the Property, and consummate the
26. transaction contemplated hereby.

27. **Modification:** This Agreement may be modified only in writing signed by Owner and Listing Broker.

&gt;&gt;

Vacant Land/Lot Listing Contract - Exclusive Right To Sell/Lease • Updated: August 2024
Copyright © 2024 Arizona Association of REALTORS®. All rights reserved.    Initials> DE
OWNER    OWNER

Case 2:24-bk-09126-BMW    Doc 54-3    Filed 01/20/25    Entered 01/20/25 14:58:48    Desc
Brad S Kimmelman | Russ Lyon Sotheby's International | 480-866-8400
Listing Agreement    Page 1 of 9

28. **Equal Housing Opportunity:** Listing Broker and Owner shall comply with all federal, state and local fair housing laws
29. and regulations, including, but not limited to, non-discrimination based on race, color, religion, sex, handicap, familial
30. status, national origin, sexual orientation, or gender identity.

## 4. COMPENSATION

31. LISTING BROKER COMPENSATION IS NOT SET BY LAW, NOR BY ANY BOARD, ASSOCIATION OF
32. REALTORS®, MULTIPLE LISTING SERVICE OR IN ANY MANNER OTHER THAN AS FULLY NEGOTIATED
33. BETWEEN LISTING BROKER AND OWNER IN THIS AGREEMENT. SHOULD THE OWNER CHOOSE TO OFFER
34. COMPENSATION TO A BUYER BROKER OR TENANT BROKER, THE OFFERED AMOUNT IS ALSO FULLY
35. NEGOTIABLE AND AGREED UPON AFTER DISCUSSION WITH THE LISTING BROKER.

36. (OWNER'S INITIALS REQUIRED) __DE__ _____

37. All funds are to be in U.S. currency.

38. Owner agrees to compensate Listing Broker and other broker(s), if any, as follows:

39. (Check if applicable) ☐ **Retainer:** Owner agrees to pay Listing Broker a non-refundable retainer fee in the amount of
40. $_____, within five (5) days or _____ days of execution of this Agreement, which is earned when paid, for
41. initial consultation, research and other services. This fee ☐ **shall** ☐ **shall not** be credited against the Listing Broker
42. compensation.

43. **Listing Broker Compensation:** If Listing Broker produces a ready, willing and able buyer or tenant in accordance
44. with this Agreement, or if a sale or rental of the Property is made by Owner or through any other broker, or
45. otherwise, during the Term of this Agreement, Owner agrees to pay Listing Broker compensation of:

46. ☒ **Sale:** ___3___% of the full purchase price OR $_____.

47. **Additional Listing Broker Compensation:**

48. **Unrepresented Buyer:** ☒ Owner agrees to pay Listing Broker additional compensation of ___1.5___% of the full
49. purchase price OR $_____ if the buyer of the Property is not represented by a buyer broker.

50. **Buyer Broker:** ☒ Owner authorizes Listing Broker to communicate an offer of compensation to a prospective buyer
51. broker in the amount of ___2.5___% of the full purchase price OR $_____ ("Offer Amount").

52. Owner's authorization includes consent for the Listing Broker to enter into an agreement with a prospective buyer
53. broker to compensate the broker if they represent the buyer of the Property. In such circumstances, Owner shall
54. provide Listing Broker the funds necessary to pay the agreed upon buyer broker compensation, not to exceed the
55. Offer Amount. Owner shall also pay Listing Broker the Offer Amount as additional compensation if any agent of Listing
56. Broker represents the buyer of the Property.

57. Owner acknowledges that buyer broker represents the interest of the buyer(s), and not the interest of Owner, in a transaction
58. unless the agent(s) of Listing Broker represent both Owner and buyer under Limited Representation as described in Section
59. 6. Owner also acknowledges that buyer broker may credit part, or all, of their compensation to the buyer.

60. ☐ **Rental:** _____% of the gross rental amount as calculated for the entire term of the initial lease, OR
61. $_____, upon execution of lease agreement.

62. **Additional Listing Broker Compensation:**

63. **Unrepresented Tenant:** ☐ Owner agrees to pay Listing Broker additional compensation of _____% of the
64. gross rental amount as calculated for the entire term of the initial lease OR $_____ if the tenant of the Property is
65. not represented by a tenant broker.

66. **Tenant Broker:** ☐ Owner authorizes Listing Broker to communicate an offer of compensation to a prospective tenant
67. broker in the amount of _____% of the gross rental amount as calculated for the entire term of the initial lease
68. OR $_____ ("Offer Amount").

>>

Vacant Land/Lot Listing Contract - Exclusive Right To Sell/Lease • Updated: August 2024
Copyright © 2024 Arizona Association of REALTORS®. All rights reserved.

Initials> __DE__ _____
OWNER | OWNER

Case 2:24-bk-09126-BMW    Doc 54-3    Filed 01/20/25    Entered 01/20/25 14:58:48    Desc
Brad S Kimmelman | Russ Lyon Sotheby's Internatio... | 480-866-8400 |
Listing Agreement    Page 2 of 9

69. Owner's authorization includes consent for the Listing Broker to enter into an agreement with a prospective tenant broker to
70. compensate the broker if they represent a tenant who leases the Property. In such circumstances, Owner shall provide
71. Listing Broker the funds necessary to pay the agreed upon tenant broker compensation, not to exceed the Offer
72. Amount Owner shall also pay Listing Broker the Offer Amount as additional compensation if any agent of Listing Broker
73. represents the tenant who leases the Property.

74. Owner acknowledges that tenant broker represents the interest of the tenant(s), and not the interest of Owner, in a transaction
75. unless the agent(s) of Listing Broker represent both Owner and tenant under Limited Representation as described in Section 6.
76. Owner also acknowledges that tenant broker may credit part, or all, of their compensation to the tenant.

77. **Lease Renewal or Extension:** Regardless of whether this Agreement has expired, Owner agrees to pay Listing
78. Broker compensation of _____% of the gross rental amount OR $_____ within (five) 5-days of rental
79. renewal or extension.

80. **Purchase by Tenant:** If during the terms of any rental of the Property, including any renewals or holdovers, or within ___
81. days after the lease termination, any tenant, or heirs, executors, or assigns shall buy the Property from Owner, the sale
82. compensation described in Section 4 shall be deemed earned by and payable to Listing Broker.

83. **Broker (Dispute):** In the event a dispute arises between Listing Broker and any other broker(s) regarding payment of
84. compensation, Owner shall not revoke or seek to amend compensation previously offered. Any compensation dispute
85. between Brokers shall be resolved after the close of escrow in accordance with the REALTORS® Dispute Resolution
86. System, or as otherwise agreed.

87. **Withdrawn/Cancelled Listings:** The same amount of sale or lease compensation shall be due and payable to Listing
88. Broker if, without the consent of Listing Broker, the Property is withdrawn from this Agreement, otherwise withdrawn
89. from sale or lease, or is rented, transferred, or conveyed by Owner through any other broker or otherwise.

90. **Payment from Escrow or Rent:** Owner instructs the escrow company, if any, to pay all compensation due to
91. Listing Broker by check, wire transfer, or certified funds as a condition to closing or upon cancellation of escrow, and
92. irrevocably assigns to Listing Broker, to the extent necessary, money payable to Owner at the closing or cancellation
93. of escrow. Listing Broker is authorized to deduct compensation owed to Listing Broker from any rent or other monies
94. received by Listing Broker on Owner's behalf.

95. **After Expiration:** After the expiration of this Agreement, the same compensation, as appropriate, shall be payable if
96. a sale or lease is made by Owner to any person to whom the Property has been shown or with whom Owner or any
97. broker has negotiated concerning the Property during the term of this Agreement: (i) within _____ days after the
98. expiration of this Agreement, unless the Property has been listed on an exclusive basis with another broker; (ii) during
99. the pendency, including the closing, of any purchase contract or escrow relating to the Property that was executed or
100. opened during the term of this Agreement; or (iii) as contemplated by Section 4.

101. **Failure to Complete:** If completion of a sale or lease is prevented by default of Owner, or with the consent of Owner,
102. the entire sale or lease compensation, as appropriate, shall be paid to Listing Broker by Owner. If any earnest deposit
103. is forfeited for any other reason, Owner shall pay a brokerage fee equal to the lesser of one-half of the earnest deposit
104. or the full amount of the compensation.

105. **Construction:** To the maximum extent permitted by applicable law, this Agreement shall be construed as limiting
106. applicable provisions of law relating to when compensation is earned or payable. In the event of any express
107. disagreement between any provision of this Agreement and the requirements of applicable law, the applicable
108. provision of this Agreement shall be deemed as modified to the minimum extent necessary to ensure compliance
109. with applicable law.

## 5. FIXTURES & PERSONAL PROPERTY

110. **Fixtures and Personal Property:** For purposes of this Agreement, fixtures shall mean property attached/affixed to
111. the Property. Owner agrees that all existing: fixtures on the Property, personal property specified herein, and means to
112. operate fixtures and property (i.e., remote controls) shall convey in this sale or lease. Including the following:

113. • cattle guards
114. • domestic water system
115. • electrical (including pedestal)
116. • fencing

- gate openers and controls
- gates
- irrigation systems
- mailbox

- outdoor landscaping (i.e. – shrubbery, trees and unpotted plants)
- plumbing
- pumps

>>

Vacant Land/Lot Listing Contract - Exclusive Right To Sell/Lease • Updated: August 2024
Copyright © 2024 Arizona Association of REALTORS®. All rights reserved.    Initials> [DE]
OWNER | OWNER

Case 2:24-bk-09126-BMW    Doc 54-3    Filed 01/20/25    Entered 01/20/25 14:58:48    Desc
Brad S Kimmelman | Russ Lyon Sotheby's Internatio... | 480-865-8490 |
Listing Agreement    Page 3 of 9

**Vacant Land/Lot Listing Contract - Exclusive Right To Sell/Lease >>**

117. • septic system
118. • solar system/panels
119. • storage sheds
- • timers
- • underground tanks
- • utility meters (including gas and water)
- • water tanks
- • windmills

120. Additional items of personal property which may be included in the sale or lease: _____
121. _____

122. Other leased or lien items not included in the sale or lease: _____
123. _____

124. Fixtures not included in the sale or lease: _____
125. _____

## 6. AGENCY

126. **Owner Representation:** Listing Broker shall represent Owner in any resulting transaction during the term of this
127. Agreement, except as specified in Section 4. Unless otherwise agreed, Listing Broker acts as Owner's agent only and
128. has the duties of loyalty, obedience, disclosure, confidentiality, and accounting (Fiduciary Duties) as well as other duties
129. imposed by the Arizona Department of Real Estate. Owner acknowledges that Listing Broker may show prospective
130. buyers the Property and this shall not constitute a conflict of interest.

131. **Conduct of Brokers:** Regardless of whom they represent, all brokers have the obligation to: (i) treat all parties to
132. a transaction fairly; (ii) disclose, in writing, all facts known to the licensee that may materially and adversely affect
133. the consideration to be paid for the Property; and (iii) disclose that Owner or buyer(s) may be unable to perform.
134. REALTORS® are further obligated by the National Association of REALTORS® Code of Ethics to treat all parties
135. honestly.

136. **Limited Representation:** A limited agency may occur when Listing Broker procures a buyer(s) for the Property. In this
137. situation, the same real estate company may represent the Owner's interest and the buyer(s) interest but not to the
138. detriment of the other party. Listing Broker can legally represent both parties with the knowledge and written consent of
139. both parties.

140. **What Listing Broker Cannot Disclose to Clients Under Limited Representation:** (i) confidential information the Listing
141. Broker may know about a client, without the client's express consent; (ii) the price or terms the Owner will take other
142. than the Price without permission of the Owner; (iii) the price or terms the buyer(s) is willing to pay without permission
143. of the buyer(s); (iv) a recommended or suggested price or terms the buyer(s) should offer; and (v) a recommended or
144. suggested price or terms the Owner should counter with or accept.

145. **Competing Owners:** Owner understands that Listing Broker may have or obtain listings on other properties, and that
146. potential buyer(s) may consider, make offers on, or purchase through Listing Broker, property the same as or similar to
147. Owner's Property. Owner consents to Listing Broker's representation of Owners and buyer(s) of other properties before,
148. during, and upon expiration of this Agreement.

## 7. BROKER AUTHORITY

149. **Listing Broker's Role:** Listing Broker is not responsible for the custody or condition of the Property or its management
150. (except under separate contract), upkeep, or repair.

151. **Advertising:** Owner agrees not to advertise or market the Property in any manner without the prior written permission of
152. Broker.

153. **Multiple Listing Service (MLS):** Listing Broker is authorized to provide any and all information regarding the Property to any
154. MLS of which Listing Broker is a participant and to publish and disseminate such information in print or electronic form to MLS
155. participants and the general public, including dissemination of the information through Internet Data Exchanges (IDX) and
156. Virtual Office Websites (VOWs). Listing Broker is authorized to report the sale or lease of the Property and its price, terms and
157. financing for dissemination through the MLS to MLS participants and the general public.

158. All terms of the transaction, including sales price and financing, if applicable: (i) will be provided to the MLS(s); and (ii) may
159. be provided to the MLS even if the Property is not listed with the MLS(s).

>>

Vacant Land/Lot Listing Contract - Exclusive Right To Sell/Lease • Updated: August 2024
Copyright © 2024 Arizona Association of REALTORS®. All rights reserved.    Initials> [DE] OWNER | OWNER

Case 2:24-bk-09126-BMW    Doc 54-3    Filed 01/20/25    Entered 01/20/25 14:58:48    Desc
Brad S Kimmelman | Russ Lyon Sotheby's International | 480-866-8400
Listing Agreement    Page 4 of 9

160. **Signs:** Listing Broker ☒ IS ☐ IS NOT allowed to place Listing Broker's "For Sale" sign or "For Rent" sign in conjunction
161. with any customary sign rider on the Property, and in the event of a sale, a "Sold" or "Pending" sign, or lease, a
162. "Rented" sign (at Listing Broker's discretion) on the Property. Owner acknowledges that any public marketing of the
163. Property will require submission to the MLS within one business day.

164. **Photos/Video:** Owner ☒ DOES ☐ DOES NOT authorize Listing Broker to place photos, video images/virtual tours of
165. the Property on the internet and other electronic and on-line media platforms. If authorized by Owner to do so, such
166. marketing will be performed at the sole discretion of Listing Broker. Owner is cautioned to protect items in view.

167. Owner acknowledges that once images are placed on the internet, neither Listing Broker nor Owner has control over
168. who can view such images and what use viewers may make of the images, or how long such images may remain
169. available on the internet. Owner further assigns any rights in all images, if owned, to the Listing Broker and agrees that
170. such images are the property of Listing Broker and that Listing Broker may use such images for advertising, including
171. post sale and for Listing Broker's business in the future.

172. **Lockbox/Keysafe:** Listing Broker ☐ IS ☒ IS NOT authorized to install a lockbox/keysafe. A lockbox/keysafe is
173. designed to hold a key to the Property to permit access to the Property by Listing Broker, Cooperating Brokers, MLS
174. participants, their authorized licensees and representatives, authorized inspectors, and prospective buyers. Listing
175. Broker, Cooperating Brokers, MLS and Associations/Boards of REALTORS® are not insurers against injury, theft, loss,
176. vandalism or damage attributed to the use of a lockbox/keysafe.

177. **Offers:** Listing Broker ☒ IS ☐ IS NOT authorized to disclose the existence of offers. Listing Broker ☐ IS ☒ IS NOT
178. authorized to disclose the terms of offers with other offerors which may include the price and terms for a sale or lease.

179. **Subsequent Purchase or Lease Offers:** Listing Broker acknowledges that Owner has the right to accept subsequent
180. offers until the close of escrow in the case of a sale or until possession by a lessor of the Property in the case of a lease.
181. Owner understands that any subsequent offers accepted by Owner must be backup offers, namely, contingent on the
182. cancellation or other nullification of any contracts arising from the acceptance of earlier offers.

183. Broker may (Check if applicable) ☒ **Accept backup offers** ☐ **Withhold verbal offers** ☐ **Withhold all offers** once
184. Owner accepts a purchase or lease contract for the Property.

185. Listing Broker will change or maintain the correct MLS Listing status in accordance with the MLS Rules and Regulations and
186. any associated policies.

187. **Cancellation:** Listing Broker reserves the right to cancel this Agreement unilaterally for cause, which shall include, but
188. is not limited to, Listing Broker's good faith belief that any service requested of Listing Broker or any action undertaken
189. by anyone other than Listing Broker is (or could be determined to be) in violation of any applicable law.

## 8. OWNER OBLIGATIONS

190. **Property Access:** Owner shall provide access to the Property at reasonable times and upon reasonable notice to allow for
191. showing the Property to prospective buyers and Cooperating Brokers.

192. **Security, Insurance, Showings, Audio and Video:** Broker(s) is not responsible for loss of or damage to personal or real
193. property or person, whether attributable to use of a lockbox/keysafe, a showing of the Property, or otherwise. Third parties,
194. including, but not limited to, appraisers, inspectors, brokers and prospective buyers, may have access to, and take videos and
195. photographs of the Property. Owner agrees: (i) to take reasonable precautions to safeguard and protect valuables that might be
196. accessible during showings of the Property; and (ii) to obtain insurance to protect against these risks. Broker does not maintain
197. insurance for the Owner's benefit. Persons visiting the Property may not be aware that they could be recorded by audio or visual
198. devices installed by Owner (such as "nanny cams" and hidden security cameras).

199. Owner is advised to post notice disclosing the existence of security devices on the Property, if any.

200. **Adverse Information:** Owner has disclosed to Listing Broker all material latent defects and information concerning
201. the Property known to Owner, including all material information relating to: (i) connection to a public sewer system,
202. septic tank or other sanitation system; (ii) the existence of any tax, judgment or other type of lien; (iii) past or present
203. infestation by or treatment for wood-destroying pests or organisms; and (iv) past or present repair of the Property for
204. damage resulting from wood destroying pests or organisms.

205. During the term of this Agreement, Owner agrees to continue disclosing to Listing Broker all additional information of
206. the type required by the preceding sentence promptly after Owner becomes aware of any such information by updating
207. the Vacant Land/Lot Seller's Property Disclosure Statement or other written notice.

>>

Vacant Land/Lot Listing Contract - Exclusive Right To Sell/Lease • Updated: August 2024
Copyright © 2024 Arizona Association of REALTORS®. All rights reserved.   Initials> [DE]
OWNER  OWNER

Case 2:24-bk-09126-BMW   Doc 54-3   Filed 01/20/25   Entered 01/20/25 14:58:48   Desc
Brad S Kimmelman | Russ Lyon Sotheby's International | 480-866-8490
Listing Agreement   Page 5 of 9

*Vacant Land/Lot Listing Contract - Exclusive Right To Sell/Lease >>*

208. **Public Report:** If the Property is located in a subdivision:
209.    A. Have you and/or any entity in which you have a financial interest ever owned six or more lots in this subdivision? ☐ Yes ☐ No
210.    B. If Yes to A, Owner has applied for and been issued an approved Public Report ☐ Yes ☐ No

211. **Disclosures:** Owner shall provide Listing Broker with accurate information about the Property. Owner acknowledges
212. that Arizona law requires Owner to disclose material (important) facts about the Property, even if Owner is not asked
213. by the buyer(s) or a real estate agent. Owner agrees to provide the following disclosures, if applicable:

214. 1. **Affidavit of Disclosure:** If the Property is located in an unincorporated area of the county, and five (5) or fewer parcels
215.    of property other than subdivided property are being transferred, Owner shall deliver a completed Affidavit of Disclosure
216.    in the form required by law to buyer within five (5) days after contract acceptance.

217. 2. **Domestic Water Well/Water Use Addendum Seller's Property Disclosure Statement:** If the Property is served by a
218.    domestic water well, Owner shall deliver a completed SPDS to buyer within five (5) days after contract acceptance.

219. 3. **Shared Well Agreement:** If the Property is served by a shared well, Owner shall deliver a copy of the shared well
220.    agreement to buyer within five (5) days after contract acceptance.

221. 4. **Environmental Disclosure:** Owner shall disclose any and all information wherein Owner has caused or permitted the
222.    generation, storage, treatment, release or disposal of any hazardous waste or regulated substances at the Property.

223. 5. **Foreign Investment in Real Property Tax Act certificate:** The Foreign Investment in Real Property Tax Act ("FIRPTA") is
224.    applicable if Owner is a non-resident alien individual, foreign corporation, foreign partnership, foreign trust, or foreign estate
225.    ("Foreign Person"). Owner agrees to complete, sign, and deliver to Escrow Company a certificate indicating whether Owner
226.    is a Foreign Person. FIRPTA requires that a foreign seller may have federal income taxes up to 15% of the purchase price
227.    withheld, unless an exception applies. Owner is responsible for obtaining independent legal and tax advice.

228. 6. **H.O.A. Condominium / Planned Community Addendum:** If the Property is in a residential HOA/Condominium or
229.    Planned Unit Development, Owner shall complete and return to Listing Broker page 1 of the HOA Addendum.

230. 7. **Architectural Design Guidelines:** If the Property is subject to Architectural Design Guidelines, Owner shall deliver a
231.    copy to buyer.

232. 8. **Road and/or Gate Maintenance Agreement:** Owner shall provide to buyer, within five (5) days after contract
233.    acceptance, a copy of any known road and/or gate maintenance agreement affecting the Property.

234. 9. **Survey:** Owner shall deliver a copy of any and all survey(s) relating to the Property in Owner's possession to buyer.

235. 10. **Site Soil Evaluation:** If Owner has a site soil evaluation that is acceptable to the county the Property is located in,
236.    Owner shall provide a copy to the buyer.

237. 11. **Vacant Land/Lot Lease Agreement (Lease):** If the Property is to be sold while subject to a Lease, Owner shall provide
238.    a copy of the Lease to the Listing Broker.

239. 12. **Vacant Land/Lot Seller's Property Disclosure Statement (VLSPDS):** The VLSPDS is designed to protect the Owner
240.    by disclosing pertinent information regarding the Property. Owner shall complete and return the SPDS to Listing Broker.

241. 13. **Agricultural Foreign Investment Disclosure Act:** Owner and buyer shall comply with the Agricultural Foreign Investment
242.    Disclosure Act and make the required disclosures to the U.S. Department of Agriculture.

243. **Recommendations:** If Listing Broker recommends a builder, contractor, escrow company, title company, pest control
244. service, appraiser, lender, inspection company or warranty company or any other person or entity to Owner for any
245. purpose, such recommendations shall be independently investigated and evaluated by Owner, who hereby acknowledges
246. that any decision to enter into any contractual arrangement with any such person or entity recommended by Listing
247. Broker will be based solely upon such independent investigation and evaluation. Owner understands that said contractual
248. arrangement may result in Compensation or fee to Listing Broker. Owner agrees it will not allow mechanic's liens to be
249. recorded against the Property during the term of this Agreement or at any time prior to close of escrow.

250. **Indemnification:** Owner hereby expressly releases, holds harmless and indemnifies Listing Broker, all Boards or
251. Associations of REALTORS®, MLS, and all other brokers from any and all liability, damages, and responsibility
252. regarding damage or loss arising from any misrepresentation or breach of warranty by Owner in this Agreement, any
253. incorrect information supplied by Owner and any facts concerning the Property not disclosed or withheld by Owner,

&gt;&gt;

Vacant Land/Lot Listing Contract - Exclusive Right To Sell/Lease • Updated: August 2024
Copyright © 2024 Arizona Association of REALTORS®. All rights reserved.
Initials> [DE]
OWNER | OWNER

Case 2:24-bk-09126-BMW    Doc 54-3    Filed 01/20/25    Entered 01/20/25 14:58:48    Desc
Brad S Kimmelman | Russ Lyon Sotheby's Internatio | 480-865-8400
Listing Agreement    Page 6 of 9

TRANSACTIONS
TransactionDesk Edition

254. including without limitation, any facts known to Owner relating to Adverse Information or latent defects, or any injury or
255. damage to persons or property in connection with the marketing or showing of the Property.
256. **(OWNER'S INITIALS REQUIRED)** __[DE]__ _____

## 9. REMEDIES

257. **Alternative Dispute Resolution:** Owner and Listing Broker ("Parties") agree to mediate any dispute or claim arising
258. out of or relating to this Agreement. All mediation costs shall be paid equally by the Parties. In the event that mediation
259. does not resolve all disputes or claims, the unresolved disputes or claims shall be submitted for binding arbitration. In
260. such event, the Parties shall agree upon an arbitrator and cooperate in the scheduling of an arbitration hearing. If the
261. Parties are unable to agree on an arbitrator, the dispute shall be submitted to the American Arbitration Association
262. ("AAA") in accordance with the AAA Arbitration Rules for the Real Estate Industry. The decision of the arbitrator shall be
263. final and nonappealable. Judgment on the award rendered by the arbitrator may be entered in any court of competent
264. jurisdiction. Notwithstanding the foregoing, either Party may opt out of binding arbitration within thirty (30) days after
265. the conclusion of the mediation conference by notice to the other and in such event either Party shall have the right to
266. resort to court action.

267. The Parties agree that any and all disputes or claims will be brought in the Parties' individual capacity, and not as a plaintiff
268. or class member in any purported class, collective, representative, or other consolidated proceeding. The Parties hereby
269. waive their right to commence, become a party to or remain a participant in any group, representative, class collective or
270. hybrid class/collective action in any proceeding and the arbitrator shall not preside over any form of a group, representative
271. or class collective proceeding.
272. **(OWNER'S INITIALS REQUIRED)** __[DE]__ _____

273. **Attorney Fees and Costs:** The prevailing Party in any dispute or claim arising out of or relating to this Agreement shall
274. be awarded their reasonable attorney fees and costs. Costs shall include, without limitation: expert witness fees, fees paid
275. to investigators, and arbitration costs.

## 10. ADDITIONAL TERMS AND CONDITIONS

276. 40501020P
     40501375B
277. 40501022H
278. 40506204
     40507225
279. 40507241
280. 40557010
     40557091
281.
282. legal Descriptions Attached.

283. Multiple Lots including some structures and improvements.
284. All structures, improvements, plans, water rights and contracts affiliated with hotel contract & key money and management contracts included with sale.
285.
286.
287.
288.
289.
290.

291. **Assignment:** Neither Listing Broker nor Owner may assign any rights or obligations pursuant to this Agreement without
292. the prior written consent of the other, and any attempted assignment without consent shall be void and of no effect.

293. **Arizona Law:** This Agreement shall be governed by Arizona law and jurisdiction is exclusively conferred on the State of Arizona.

294. **Notice:** Unless otherwise provided, delivery of all notices and documentation required or permitted shall be in writing
295. addressed to Owner or Listing Broker as indicated in Sections 11 and 12 and deemed delivered and received when:

>>

Vacant Land/Lot Listing Contract - Exclusive Right To Sell/Lease • Updated: August 2024
Copyright © 2024 Arizona Association of REALTORS®. All rights reserved.
Initials> __[DE]__ _____
OWNER | OWNER

Case 2:24-bk-09126-BMW   Doc 54-3   Filed 01/20/25   Entered 01/20/25 14:58:48   Desc
Brad S Kimmelman | Russ Lyon Sotheby's International | 480-865-8490
Listing Agreement   Page 7 of 9

TRANSACTIONS
TransactionDesk Edition

296. (i) hand-delivered; (ii) sent via facsimile transmission; (iii) sent via electronic mail, if email addresses are provided
297. herein; (iv) sent by recognized overnight courier service, or (v) sent by U.S. mail, in which case the Notice shall be
298. deemed received when actually received or five (5) days after the notice is mailed, whichever occurs first.

299. **Days:** All references to days shall be deemed to be calendar days unless otherwise provided.

300. **Copies and Counterparts:** This Agreement may be executed by facsimile or other electronic means and in any
301. number of counterparts. A fully executed facsimile or electronic copy of the Agreement shall be treated as an original
302. Agreement.

303. **Entire Agreement:** This Agreement and any addenda and attachments shall constitute the entire Agreement between
304. Owner and Listing Broker and shall supersede any other written or oral agreements. Invalidity or unenforceability of one
305. or more provisions of this Agreement shall not affect any other provisions of this Agreement. The failure to initial any
306. page of this Agreement shall not affect the validity or terms of this Agreement.

307. **Acceptance:** The undersigned agree to the terms and conditions set forth herein and acknowledge receipt of a copy of this Agreement.

## 11. OWNER

308. *Doug Edgelow, Member* — 01/15/2025
    ^ OWNER OR AUTHORIZED REPRESENTATIVE'S SIGNATURE    MO/DA/YR    ^ OWNER OR AUTHORIZED REPRESENTATIVE'S SIGNATURE    MO/DA/YR

309. Doug Edgelow, Member
    ^ OWNER OR AUTHORIZED REPRESENTATIVE'S PRINTED NAME    ^ OWNER OR AUTHORIZED REPRESENTATIVE'S PRINTED NAME

310. 2024 N 7TH ST STE 202
    ^ ADDRESS    ^ ADDRESS

311. PHOENIX, AZ 85006
    ^ CITY, STATE, ZIP CODE    ^ CITY, STATE, ZIP CODE

312. 4807881321
    ^ TELEPHONE    ^ TELEPHONE

313. doug@equuscorp.com
    ^ EMAIL    ^ EMAIL

## 12. LISTING BROKER

314. Agent is a member of the _____Scottsdale Area_____ Association/Board of REALTORS® and
315. subscribes to the REALTOR® Code of Ethics.

316. *Brad S Kimmelman* — 01/15/2025    *Breena McCabe* — 01/15/2025
    ^ AGENT'S SIGNATURE    MO/DA/YR    ^ AGENT'S SIGNATURE    MO/DA/YR

317. Brad S Kimmelman    Breena McCabe
    ^ AGENT'S PRINTED NAME    ^ AGENT'S PRINTED NAME

318. Russ Lyon Sotheby's International Realty    Russ Lyon Sotheby's International Realty
    ^ PRINT FIRM NAME    ^ PRINT FIRM NAME

319. 480-788-1321
    ^ TELEPHONE    ^ TELEPHONE

320. brad.kimmelman@russlyon.com    bree@homanityteam.com
    ^ EMAIL    ^ EMAIL

**For Broker Use Only:**
Brokerage File/Log No. _____ Manager's Initials _____ Broker's Initials _____ Date _____
MO/DA/YR

Vacant Land/Lot Listing Contract - Exclusive Right To Sell/Lease • Updated: August 2024
Copyright © 2024 Arizona Association of REALTORS®. All rights reserved. Initials> [DE] OWNER | OWNER

Case 2:24-bk-09126-BMW    Doc 54-3    Filed 01/20/25    Entered 01/20/25 14:58:48    Desc
Brad S Kimmelman | Russ Lyon Sotheby's Internatio... | 480-866-8400
Listing Agreement    Page 8 of 9

TRANSACTIONS
TransactionDesk Edition

Authentisign ID: 6124B7F5-98D3-EF11-88CF-002248299057

## Sedona Vineyards LLC – APN Numbers and Legal Descriptions:

**40501020P** - AN IRREG PCL LYNG S OF THIRD FAIRWAY ST N OF EL ESTRIBO #3 & E OF MONTEZUMA AVE SEC 1-14-5E CONT .66AC

**40501375B** - SEVERAL IRREGULAR PARCELS BY M&B LYING IN THE W2 OF SECTION 1, BE ING PORTIONS OF THE BEAVER CREEK GOLF COURSE, ALSO BEING 8 DISCON TIGUOUS PARCELS

**40501022H**- SEVERAL IRREG PCLS BEING PTNS OF THE BEAVER CREEK GOLF COURSE CON T 64.38AC SEC 1&2-14-5E M&P 58/86-91

**40506204** - LOT 39 MONTEZUMA PARK UNIT 6 BOOK 9 PAGE 6

**40507225** - LOT 6 LAKESIDE TERRACE BOOK 12 PAGE 14

**40507241** - LOT A TRACT A LAKESIDE TERRACE BOOK 12 PAGE 14

**40557010** - VILLAS AT BEAVER CREEK PARCEL B CONT .70AC SEC 1&2-14-5 E M&P 58/86-91

**40557091** - VILLAS AT BEAVER CREEK PARCEL G CONT 3.84AC SEC 1&2-14-5E M&P 58/86-91