Ronald J. Ellett (Bar No. 012697)
ELLETT LAW OFFICES, P.C.
2999 North 44th Street
Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510
Facsimile: (602) 235-9098

Attorney for **Debtor**

# In the United States Bankruptcy Court

## For the District of Arizona

| | |
|---|---|
| In re: | In Proceedings Under Ch. 11, Subchapter V |
| | CASE No. 2:24-bk-09126-BMW |
| SEDONA VINEYARDS, LLC, | **NOTICE OF LODGING ORDER AUTHORIZING EMPLOYMENT OF BRAD S. KIMMELMAN AND BREENA MCCABE OF RUSS LYON SOTHEBY'S INTERNATIONAL REALTY AS REAL ESTATE AGENTS FOR DEBTOR** |
| Debtor. | |

The Debtor hereby gives notice of lodging on this date the attached *Order Authorizing Employment of Brad S. Kimmelman and Breena McCabe of Russ Lyon Sotheby's International Realty as Agents for Debtor.*

DATED this 20th day of January, 2025.

ELLETT LAW OFFICES, P.C.


/s/ Ronald J. Ellett
Ronald J. Ellett
2999 North 44th Street
Suite 330
Phoenix, Arizona 85018

ELLETT LAW OFFICES, P.C.
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510