# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                    Case No.: 2:24−bk−09126−BMW

SEDONA VINEYARDS LLC                  Chapter: 11
2024 N. 7TH STREET, STE 202
PHOENIX, AZ 85006
SSAN:
EIN: 88−3659060

Debtor(s)

## NOTICE OF VIDEOCONFERENCE HEARING

A videoconference hearing in the above−captioned case will be held on **1/28/25** at **10:30 AM.** The **Honorable Brenda Moody Whinery** will consider and/or act upon the following matter(s) at the hearing:

APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY AND APPOINT REAL ESTATE AGENTS.

Any interested parties may appear via **https://www.zoomgov.com**, **hearing ID 160 546 7725** and **passcode 176614**. Alternatively, interested parties may use the following hearing link:
https://www.zoomgov.com/j/1605467725?pwd=bgbwvw6jDQFKhzrT6ydPMhLQ9KO6sV.1.

The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, are located on the Court's website at: https://azb.uscourts.gov/videoconference−hearing−guidelines.

Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least one (1) business day prior to the hearing. The email is to include the full name of the person appearing and that persons relationship to the case, the case name, and the case number.

Date: January 23, 2025

Address of the Bankruptcy Clerk's Office:          Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101               Khadijia V. White−Thomas
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov