# Notice Recipients

District/Off: 0970–2 | User: admin | Date Created: 1/23/2025
Case: 2:24–bk–09126–BMW | Form ID: notvhrg | Total: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr     Beaver Creek Golf Resort, LLC

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
ust     U.S. TRUSTEE     USTPRegion14.PX.ECF@USDOJ.GOV
tr     DAWN M. MAGUIRE     Trustee@MaguireLawAZ.com
aty     DAWN M. MAGUIRE     Trustee@MaguireLawAZ.com
aty     PATTY CHAN     patty.chan@usdoj.gov
aty     RONALD J. ELLETT     rjellett@ellettlaw.com
aty     THEODORE P. WITTHOFT     twitthoft@rllaz.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     SEDONA VINEYARDS LLC     2024 N. 7TH STREET, STE 202     PHOENIX, AZ 85006

TOTAL: 1