| | |
|---|---|
| In re: | Case No. 24-09126-BMW |
| SEDONA VINEYARDS LLC | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0970-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 23, 2025 | Form ID: notvhrg | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SEDONA VINEYARDS LLC, 2024 N. 7TH STREET, STE 202, PHOENIX, AZ 85006-2533 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Beaver Creek Golf Resort, LLC |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAWN M. MAGUIRE | on behalf of Trustee DAWN M. MAGUIRE Trustee@MaguireLawAZ.com DMaguire@ecf.axosfs.com |
| DAWN M. MAGUIRE | Trustee@MaguireLawAZ.com DMaguire@ecf.axosfs.com |
| PATTY CHAN | on behalf of U.S. Trustee U.S. TRUSTEE patty.chan@usdoj.gov |
| RONALD J. ELLETT | on behalf of Debtor SEDONA VINEYARDS LLC rjellett@ellettlaw.com ellettecfnotice@gmail.com |
| THEODORE P. WITTHOFT | |

on behalf of Creditor Beaver Creek Golf Resort  LLC twitthoft@rllaz.com, paralegal@wdlawpc.com,twitthoft@wdlawpc.com,gleckbee@rllaz.com

TOTAL: 5

FORM notvhrg
REVISED 09/07/2022

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:24−bk−09126−BMW

SEDONA VINEYARDS LLC  Chapter: 11
2024 N. 7TH STREET, STE 202
PHOENIX, AZ 85006
SSAN:
EIN: 88−3659060

Debtor(s)

## NOTICE OF VIDEOCONFERENCE HEARING

A videoconference hearing in the above−captioned case will be held on **1/28/25** at **10:30 AM.** The **Honorable Brenda Moody Whinery** will consider and/or act upon the following matter(s) at the hearing:

APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY AND APPOINT REAL ESTATE AGENTS.

Any interested parties may appear via **https://www.zoomgov.com**, **hearing ID 160 546 7725** and **passcode 176614**. Alternatively, interested parties may use the following hearing link:
https://www.zoomgov.com/j/1605467725?pwd=bgbwvw6jDQFKhzrT6ydPMhLQ9KO6sV.1.

The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, are located on the Court's website at: https://azb.uscourts.gov/videoconference−hearing−guidelines.

Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least one (1) business day prior to the hearing. The email is to include the full name of the person appearing and that persons relationship to the case, the case name, and the case number.

Date: January 23, 2025

Address of the Bankruptcy Clerk's Office:  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101  Khadijia V. White−Thomas
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov