# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re:

SEDONA VINEYARDS LLC,

                Debtor.

_____

BEAVER CREEK GOLF RESORT, LLC, Movant,

vs.

SEDONA VINEYARDS LLC, Debtor/Respondent

In Proceedings Under Chapter 11, Subchapter V

Case No. 2:24-bk-09126-BMW

**STIPULATED ORDER RE: BEAVER CREEK GOLF RESORT, LLC'S MOTION TO DECLARE STAY INAPPLICABLE, PURSUANT TO 11 U.S.C. § 362(n); OR, ALTERNATIVELY, TO LIFT STAY AGAINST PROPERTY, PURSUANT TO 11 U.S.C. § 362(d)**

      This matter having been brought on the *Motion to Declare Stay Inapplicable, Pursuant to 11 U.S.C. § 362(n); Or, Alternatively, to Lift Stay against Property, Pursuant to 11 U.S.C. § 362(d)* ("Motion") filed by Beaver Creek Golf Resort, LLC ("Beaver Creek" or "Movant"); Sedona Vineyards LLC ("Debtor") having filed a response in opposition to the Motion; Beaver Creek having filed its Reply in support of the Motion; no other party having opposed the Motion; there having been a hearing on the Motion on January 28, 2025 ("Hearing"); at the Hearing, the Court having stated, tentatively, Section 362(n), on its face, does not appear to be applicable to the issues set forth in the Motion, but, in any event, Beaver Creek's

requested relief would necessarily require an evidentiary hearing on factual and legal issues raised in the Motion; Beaver Creek having agreed to the entry of this Order without waiving any rights or defenses whatsoever, including any rights it has to pursue the relief requested in the Motion; the Debtor having agreed to the entry of this Order without waiving any of its rights or defenses whatsoever; the Subchapter V Trustee having reviewed and approved this Order, and good cause appearing therefor;

IT IS HEREBY ORDERED that Beaver Creek's October 31, 2024, deed of trust sale of the real property located in Yavapai County described in the Motion and described in legal description attached hereto as **Exhibit A** ("Real Property") is set aside.

IT IS FURTHER ORDERED that the October 31, 2024, trustee deed attached hereto as **Exhibit B** is set aside.

IT IS FURTHER ORDERED that Beaver Creek shall promptly deliver an executed quit claim deed conveying the Real Property to the Debtor, in a form acceptable to debtor, which the Debtor shall also promptly execute and record with the Yavapai County Recorder's Office and provide written notification to the Subchapter V Trustee and Beaver Creek's counsel once that is completed.

IT IS FURTHER ORDERED declaring that the Real Property is property of this bankruptcy estate as of the petition date of October 25, 2024, pursuant to 11 U.S.C. § 541.

IT IS FURTHER ORDERED directing Beaver Creek to immediately record a certified copy of this Order in the Yavapai County Recorders Office and to provide written notification to the Subchapter V Trustee and the Debtor's counsel once that is complete.

IT IS FURTHER ORDERED that, except as set forth herein, the parties reserve their respective rights and defenses.

**DATED AND SIGNED ABOVE.**

Approved as to form and content:

RUSING LOPEZ & LIZARDI, P.L.L.C.          ELLETT LAW OFFICES, PC

By /s/ Theodore P. Witthoft   #021632          By /s/ Ronald J. Ellett        #012697
    Theodore P. Witthoft                          Ronald J. Ellett
    Attorneys for Beaver Creek                   Attorney for Debtor

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

**Exhibit A**

19
20
21
22
23
24
25

## EXHIBIT A

### *Legal Description*

PARCEL 1:

Lot 6 and Tract A, LAKESIDE TERRACE, according to the plat recorded in Book 12 of Maps, page 24, records of Yavapai County, Arizona.

EXCEPTING all gas, oil, minerals and other like minerals and all other minerals as reserved from said land.

PARCEL 2:

Tract R, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

Said Tract was formerly known as Lot 39, MONTEZUMA PARK, UNIT SIX, according to the plat of record in Book 9 of Maps and Plats, page(s) 6, 7 & 8, records of Yavapai County, Arizona.

PARCEL 3:

Parcels B and G, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

PARCEL 4:

The following is a legal description of a parcel of land within Section 1 and Section 2, Township 14 North, Range 5 East of the Gila and Salt River Base and Meridian, Yavapai County Arizona more particularly described as follows:

BEING that area as shown on the ALTA/ACSM LAND TITLE SURVEY by Shephard-Wesnitzer Engineering, Inc., performed by Earl G. Watts RLS 27253 ON June 15, 2005, and recorded in Book 125 of Land Surveys, pages 77-105 in the office of the Yavapai County Recorders;

EXCEPTING those Parcels described as Parcels A, C, D, E, F, H, I, J, K and L, as shown on the final plat of the Villas at Beaver Creek recorded in Book 58 of Maps and Plats, pages 86 through 91, inclusive, in the office of the Yavapai County Recorder, sealed by Earl G. Watts, R.L.S. 27253 on December 8, 2006.

ALSO EXCEPTING Tract R, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona;

Said Tract was formerly known as Lot 39, MONTEZUMA PARK, UNIT SIX, according to the plat of record in Book 9 of Maps and Plats, page(s) 6, 7 & 8, records of Yavapai County, Arizona.

ALSO EXCEPTING Parcels B and G, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

FURTHER EXCEPTING the following described parcel:

A parcel situated in the Northwest Quarter of Section 1, Township 14 North, Range 5 East, Gila and Salt River Base and Meridian, Yavapai County, Arizona, more particularly described as follows:

BEGINNING at the East most corner of Lot 95, El Estribo Unit 2, Book 7 of Maps, Page 78, Yavapai County Recorder, (YCR), a found ¾ inch open pipe;

Thence North 40°44'31" East, 110.00 feet along the Northwest line of Lot 95 to the North most corner of Lot 95, a found ¾ inch open pipe and the POINT OF BEGINNING;

Thence North 40°44'31" East, 1.84 feet;

Thence South 48°04'37" East, 12.52 feet;

Thence South 78°38'53" East, 3.47 feet;

Thence North 41°15'59" East, 14.49 feet;

Thence South 86°04'56" East, 68.45 feet;

Thence South 26°59'54" East, 15.24 feet;

Thence South 07°27'31" West, 66.06 feet;

Thence South 66°45'25" West, 24.84 feet to a found ½ inch rebar with cap LS 5357 and the beginning of a non-tangent curve, concave to the Southwest, having a radius of 257.21 feet, a chord bearing North 36°40'50" West, 112.62 feet;

Thence along the Northeast line of Lot 95, a curve to the left, and arc length of 113.54 feet to the POINT OF BEGINNING.

ALSO EXCEPTING the following:

A parcel located in Section 2, Township 14 North, Range 5 East, beginning at the Northeast corner of Lot 166, EL ESTRIBO UNIT FOUR, according to the plat of record in Book 8 of Maps, Page 31, records of Yavapai County, Arizona;

Thence South 69 degrees, 22 minutes, 10 seconds, East, 10.00 feet;

Thence South 37 degrees, 07 minutes, 28 seconds, West, 208.06 feet;

Thence North 61 degrees, 24 minutes, 30 seconds, West, 10.00 feet to the Southeast corner of said Lot 166;

Thence North 37 degrees, 12 minutes, 20 seconds, East, along the Easterly line of said Lot 166, 206.70 feet to the TRUE POINT OF BEGINNING.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19

**Exhibit B**

20
21
22
23
24
25

## TRUSTEE'S DEED UPON SALE
Exempt Per A.R.S. 11-1134(B)(1)

Christopher Ambrosio, as the duly appointed trustee (or successor trustee or substituted trustee), under the Deed of Trust referred to below ("Trustee"), does hereby convey without any covenant or warranty to:

**Beaver Creek Golf Resort LLC**, an Arizona limited liability company

herein called "Grantee", the following described real property situated in Yavapai County, Arizona ("Property"):

*See Exhibit A*

This conveyance is made pursuant to the powers, including the power of sale, conferred upon Trustee by that deed of trust executed by **Sedona Vineyards, LLC**, an Arizona limited liability company, as Trustor, recorded August 31, 2022 at Sequence: 2022-0052338 in the Office of the Yavapai County Recorder ("Deed of Trust"), in compliance with the laws of the State of Arizona authorizing this conveyance, and is effective upon the payment of the price bid by the Grantee, or in the case Grantee is the beneficiary under the Deed of Trust issuance of beneficiary's credit bid and payment of any amounts bid over the credit bid, in accordance with A.R.S. §§ 33-810 and 33-811.

The Property was sold by Trustee at public auction on October 31, 2024, at the place named in the Notice of Trustee's Sale. Grantee, being the highest bidder at such sale, became the purchaser of the Property and made payment thereof to Trustee for the amount bid, either entirely in cash or by satisfaction of the obligation then secured by the Deed of Trust, together with the foreclosure and related expenses.

DATED this 31st day of October 2024.

Christopher Ambrosio, Trustee

STATE OF ARIZONA       )
                       )
County of Pima         )

On October 31, 2024, before me, the undersigned notary, personally appeared Christopher Ambrosio, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument is the person or the entity upon behalf of which the person acted and executed the instrument.

Witness my hand and official seal.

_____
Notary Public

VALERIE VICTORIA VALDEZ
Notary Public - State of Arizona
PIMA COUNTY
Commission # 636507
Expires September 14, 2026

## EXHIBIT A

### *Legal Description*

PARCEL 1:

Lot 6 and Tract A, LAKESIDE TERRACE, according to the plat recorded in Book 12 of Maps, page 24, records of Yavapai County, Arizona.

EXCEPTING all gas, oil, minerals and other like minerals and all other minerals as reserved from said land.

PARCEL 2:

Tract R, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

Said Tract was formerly known as Lot 39, MONTEZUMA PARK, UNIT SIX, according to the plat of record in Book 9 of Maps and Plats, page(s) 6, 7 & 8, records of Yavapai County, Arizona.

PARCEL 3:

Parcels B and G, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

PARCEL 4:

The following is a legal description of a parcel of land within Section 1 and Section 2, Township 14 North, Range 5 East of the Gila and Salt River Base and Meridian, Yavapai County Arizona more particularly described as follows:

BEING that area as shown on the ALTA/ACSM LAND TITLE SURVEY by Shephard-Wesnitzer Engineering, Inc., performed by Earl G. Watts RLS 27253 ON June 15, 2005, and recorded in Book 125 of Land Surveys, pages 77-105 in the office of the Yavapai County Recorders;

EXCEPTING those Parcels described as Parcels A, C, D, E, F, H, I, J, K and L, as shown on the final plat of the Villas at Beaver Creek recorded in Book 58 of Maps and Plats, pages 86 through 91, inclusive, in the office of the Yavapai County Recorder, sealed by Earl G. Watts, R.L.S. 27253 on December 8, 2006.

ALSO EXCEPTING Tract R, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona;

Said Tract was formerly known as Lot 39, MONTEZUMA PARK, UNIT SIX, according to the plat of record in Book 9 of Maps and Plats, page(s) 6, 7 & 8, records of Yavapai County, Arizona.

ALSO EXCEPTING Parcels B and G, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

FURTHER EXCEPTING the following described parcel:

A parcel situated in the Northwest Quarter of Section 1, Township 14 North, Range 5 East, Gila and Salt River Base and Meridian, Yavapai County, Arizona, more particularly described as follows:

BEGINNING at the East most corner of Lot 95, El Estribo Unit 2, Book 7 of Maps, Page 78, Yavapai County Recorder, (YCR), a found ¾ inch open pipe;

Thence North 40°44'31" East, 110.00 feet along the Northwest line of Lot 95 to the North most corner of Lot 95, a found ¾ inch open pipe and the POINT OF BEGINNING;

Thence North 40°44'31" East, 1.84 feet;

Thence South 48°04'37" East, 12.52 feet;

Thence South 78°38'53" East, 3.47 feet;

Thence North 41°15'59" East, 14.49 feet;

Thence South 86°04'56" East, 68.45 feet;

Thence South 26°59'54" East, 15.24 feet;

Thence South 07°27'31" West, 66.06 feet;

Thence South 66°45'25" West, 24.84 feet to a found ½ inch rebar with cap LS 5357 and the beginning of a non-tangent curve, concave to the Southwest, having a radius of 257.21 feet, a chord bearing North 36°40'50" West, 112.62 feet;

Thence along the Northeast line of Lot 95, a curve to the left, and arc length of 113.54 feet to the POINT OF BEGINNING.

ALSO EXCEPTING the following:

A parcel located in Section 2, Township 14 North, Range 5 East, beginning at the Northeast corner of Lot 166, EL ESTRIBO UNIT FOUR, according to the plat of record in Book 8 of Maps, Page 31, records of Yavapai County, Arizona;

Thence South 69 degrees, 22 minutes, 10 seconds, East, 10.00 feet;

Thence South 37 degrees, 07 minutes, 28 seconds, West, 208.06 feet;

Thence North 61 degrees, 24 minutes, 30 seconds, West, 10.00 feet to the Southeast corner of said Lot 166;

Thence North 37 degrees, 12 minutes, 20 seconds, East, along the Easterly line of said Lot 166, 206.70 feet to the TRUE POINT OF BEGINNING.