# Notice Recipients

District/Off: 0970–2  User: admin  Date Created: 2/4/2025
Case: 2:24–bk–09126–BMW  Form ID: pdf004  Total: 5

**Recipients of Notice of Electronic Filing:**
tr   DAWN M. MAGUIRE   Trustee@MaguireLawAZ.com
aty  DAWN M. MAGUIRE   Trustee@MaguireLawAZ.com
aty  RONALD J. ELLETT   rjellett@ellettlaw.com
aty  THEODORE P. WITTHOFT   twitthoft@rllaz.com

                                                                TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   SEDONA VINEYARDS LLC   2024 N. 7TH STREET, STE 202   PHOENIX, AZ 85006

                                                                 TOTAL: 1