FORM–VIDRESC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:	Case No.: 2:24–bk–09126–BMW

SEDONA VINEYARDS LLC	Chapter: 11
2024 N. 7TH STREET, STE 202
PHOENIX, AZ 85006
SSAN:
EIN: 88–3659060

Debtor(s)

## NOTICE OF RESCHEDULED VIDEOCONFERENCE HEARING

NOTICE IS HEREBY GIVEN that the hearing scheduled for 02/11/2025 at 10:45 AM has been vacated.

The hearing has been RESCHEDULED for **2/11/25** at **10:30 AM**. The **Honorable Brenda Moody Whinery** will consider and/or act upon the following matter(s) at the hearing:

1. STATUS HEARING REGARDING THE CASE,
2. STATUS HEARING REGARDING THE MOTION TO APPROVE BEAVER CREEK SETTLEMENT AND COMPROMISE PURSUANT TO 9019,
3. STATUS HEARING REGARDING BEAVER CREEK GOLF RESORT, LLC'S MOTION 1) TO DECLARE STAY INAPPLICABLE, PURSUANT TO 11 U.S.C. § 362(n); OR ALTERNATIVELY, 2) TO LIFT STAY AGAINST PROPERTY, PURSUANT TO 11 U.S.C. § 362(d),
4. STATUS HEARING REGARDING THE APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY AND APPOINT REAL ESTATE AGENTS .

Any interested parties may appear via **https://www.zoomgov.com**, **hearing ID 161 063 8608** and **passcode 696031**. Alternatively, interested parties may use the following hearing link: https://www.zoomgov.com/j/1610638608?pwd=TzadvzStsygPj0cQqVdCzok7B2I0ab.1.

The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, are located on the Court's website at: https://azb.uscourts.gov/videoconference–hearing–guidelines.

Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least one (1) business day prior to the hearing. The email is to include the full name of the person appearing and that persons relationship to the case, the case name, and the case number.

Date: February 4, 2025

Address of the Bankruptcy Clerk's Office:	Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101	Khadijia V. White–Thomas
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov