Andrew A. Harnisch (024957)
Grant L. Cartwright (030780)
Eric W. Moats (037303)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 North Central Avenue, Suite 1600
Phoenix, AZ 85004-4633
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: aharnisch@maypotenza.com
gcartwright@maypotenza.com
emoats@maypotenza.com

*Counsel for Sandhill Holdings, LLC, Alta Civil, LLC dba Alta Arizona, Alta CMTI LLC, Alta Environmental LLC, Alta Survey LLC, Alta Land Survey, LLC, and Alta Field Services LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS LLC.<br><br>Debtor. | Chapter 11 Proceeding<br><br>Case No. 2:24-bk-09126-BMW<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

PLEASE TAKE NOTICE that under Section 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure Grant L. Cartwright, Andrew A. Harnisch and Eric W. Moats of the law firm of May, Potenza, Baran & Gillespie, P.C. hereby give notice of their appearance as counsel for Sandhill Holdings, LLC, Alta Civil, LLC dba Alta Arizona, Alta CMTI LLC, Alta Environmental LLC, Alta Survey LLC, Alta Land Survey LLC and Alta Field Services LLC, in the above-captioned bankruptcy proceeding.

PLEASE TAKE FURTHER NOTICE that Sandhill Holdings, LLC, Alta Civil, LLC dba Alta Arizona, Alta CMTI LLC, Alta Environmental LLC, Alta Survey LLC, Alta Land Survey LLC and Alta Field Services LLC, hereby requests without limitation copies of all pleadings, notices, and all other filings in the above-captioned bankruptcy proceeding be provided and served upon:

Grant L. Cartwright, Esq.
Andrew A. Harnisch, Esq
Eric W. Moats, Esq.
**May, Potenza, Baran & Gillespie, P.C.**
1850 N. Central Avenue, Suite 1600
Phoenix, AZ  85004-4633
Telephone:  (602) 252-1900
gcartwright@maypotenza.com
aharnisch@maypotenza.com
emoats@maypotenza.com

Respectfully submitted this 12th day of February, 2025.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/ Grant L. Cartwright*
    Andrew A. Harnisch
    Grant L. Cartwright
    Eric W. Moats
    *Counsel for Sandhill Holdings, LLC, Alta Civil, LLC dba Alta Arizona, Alta CMTI LLC, Alta Environmental LLC, Alta Survey LLC, Alta Land Survey, LLC, and Alta Field Services LLC*

## CERTIFICATE OF SERVICE

I certify that on this 12th day of February, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following recipients:

Patty Chan
Office of the U.S. Trustee
230 N. First Avenue, #204
Phoenix, AZ 85003
Patty.chan@usdoj.gov
*Counsel for US Trustee*

2

Ronald J. Ellett
Ellett Law Offices, P.C.
2999 N. 44th Street, Suite 330
Phoenix, AZ 85018
rjellett@ellettlaw.com
*Counsel for Debtor Sedona Vineyards, LLC*

Dawn M. Maguire
Trustee Maguire
10115 E. Bell Rd., Ste 107 #498
Scottsdale, AZ 85260
trustee@maguirelawaz.com
*Trustee*

Theodore P. Witthoft
Rusing Lopez & Lizardi PLLC
7047 E. Greenway Parkway, Ste 400
Scottsdale, AZ 85254
twitthoft@rllaz.com
*Counsel for Creditor Beaver Creek Golf Resort, LLC*

By: */s/ Michelle Giordano*