# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

## MINUTE ENTRY

### Hearing Information

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Brenda Moody Whinery |
| Case Number: | 2:24-bk-09126-BMW |
| Debtor(s): | SEDONA VINEYARDS LLC |
| Chapter: | 11 |
| Date and Time: | 02/11/2025 10:30 AM |
| Location(s): | Videoconference |
| Courtroom Clerk: | Rebecca Volz |
| Electronic Court Recording Operator: | Wesley Stangret |

### Matter(s)

1. STATUS HEARING REGARDING THE CASE (SET AT HEARING HELD 01/28/2025)
R/M: 1 / 65

2. STATUS HEARING RE: MOTION TO APPROVE BEAVER CREEK SETTLEMENT AND COMPROMISE PURSUANT TO 9019 (CONT. FROM 01/28/2025)
VACATED: HEARING VACATED AT THE REQUEST OF THE PARTIES.

3. STATUS HEARING RE: BEAVER CREEK GOLF RESORT, LLC'S MOTION 1) TO DECLARE STAY INAPPLICABLE, PURSUANT TO 11 U.S.C. § 362(n); OR ALTERNATIVELY, 2) TO LIFT STAY AGAINST PROPERTY, PURSUANT TO 11 U.S.C. § 362(d) (CONT. FROM 12/18/2024) (CONT. FROM 01/28/2025)
R/M: 36 / 65

4. STATUS HEARING RE: APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY AND APPOINT REAL ESTATE AGENTS (SET ON THE COURT'S OWN MOTION) (CONT. FROM 01/28/2025)
R/M: 54 / 65

### Appearances

RON ELLETT, REPRESENTING SEDONA VINEYARDS, LLC AND APPEARING BY VIDEOCONFERENCE
PATTY CHAN, REPRESENTING THE U.S. TRUSTEE AND APPEARING BY VIDEOCONFERENCE
TED WITTHOFT, REPRESENTING BEAVER CREEK GOLF RESORT, LLC AND APPEARING BY VIDEOCONFERENCE
DAWN MAGUIRE, SUBCHAPTER V TRUSTEE, APPEARING BY VIDEOCONFERENCE

### Proceedings

ITEM 1: STATUS HEARING REGARDING THE CASE

ITEM 2: STATUS HEARING RE: MOTION TO APPROVE BEAVER CREEK SETTLEMENT AND COMPROMISE PURSUANT TO 9019
VACATED: HEARING VACATED AT THE REQUEST OF THE PARTIES.

ITEM 3: STATUS HEARING RE: BEAVER CREEK GOLF RESORT, LLC'S MOTION 1) TO DECLARE STAY INAPPLICABLE, PURSUANT TO 11 U.S.C. § 362(n); OR ALTERNATIVELY, 2) TO LIFT STAY AGAINST PROPERTY, PURSUANT TO 11 U.S.C. § 362(d)

ITEM 4: STATUS HEARING RE: APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY AND APPOINT REAL ESTATE AGENTS

Mr. Ellet reports that there have been several positive developments. The order voiding the trustee sale has been recorded. A quit claim deed will be recorded as well. The parties believe that additional issues may be resolved with further discussion. He believes Ms. Maguire's concerns regarding the real estate agent have been resolved. All parties agree that the property needs to be sold. He discusses the terms for retaining the real estate agent. If the property sells for what the agent believes it is worth, then the plan will be a 100% payment plan. He requests that the Court set a confirmation hearing in a few months.

The Court states that the plan needs to be amended. The plan treats the property as being titled to Mr. Witthoft's client.

Mr. Witthoft requests a short continuance with respect to his client's stay relief motion. The parties are getting closer to a potential global resolution.

The Court asks if all of the matters should be set over for a short continuance to allow time for further discussions.

Mr. Witthoft agrees. He requests that the Court set over all of the matters to allow for further discussion.

Ms. Maguire requests a short continuance with respect to all matters.

Ms. Maguire states that she has spoken with all of the parties. A real estate agent does need to be appointed to market the property. Her concern is that she wants to be able to hire a different agent if she ends up with expanded powers in this case.

Ms. Chan requests a short continuance. She hopes that the parties can present a stipulated order with respect to appointing the real estate agent at the next hearing. If no agreement is reached, then the Court can order that Ms. Maguire's powers will be expanded if the property is not sold within a certain time frame. She recommends that the proposed real estate agent appear at the next hearing.

COURT: A STATUS HEARING REGARDING THE CASE, A STATUS HEARING REGARDING THE STAY RELIEF MOTION, AND A STATUS HEARING REGARDING THE APPLICATION TO EMPLOY REAL ESTATE AGENTS ARE SET FOR MARCH 4, 2025 AT 11:00 A.M.

The Court agrees that it would be beneficial to have the proposed real estate agent appear at the continued hearing.

Mr. Ellet asks if the Court will consider a stipulated order with respect to the application to employ real estate agent before the continued status hearing.

COURT: THE COURT WILL CONSIDER A STIPULATED ORDER WITH RESPECT TO THE APPLICATION TO EMPLOY REAL ESTATE AGENT. ANY STIPULATED ORDER IS TO BE SIGNED BY ALL COUNSEL APPEARING TODAY AND THE BROKER. COUNSEL IS TO NOTIFY THE COURT'S LAW CLERK AFTER THE ORDER IS LODGED.

**SUBSEQUENT TO THE HEARING**
COURT: A CONTINUED STATUS HEARING IS SET FOR MARCH 4, 2025 AT 11:00 A.M. ANY INTERESTED PARTIES MAY APPEAR VIA ZOOMGOV.COM. THE HEARING ID IS 160 984 8813 AND THE PASSCODE IS 481413.
CONFIRM AN APPEARANCE BY SENDING AN EMAIL TO COURTROOM CLERK REBECCA

VOLZ, AT REBECCA_VOLZ@AZB.USCOURTS.GOV, AT LEAST THREE (3) BUSINESS DAYS PRIOR TO THE HEARING. THE EMAIL IS TO INCLUDE THE FULL NAME OF THE PERSON APPEARING AND THAT PERSON'S RELATIONSHIP TO THE CASE, THE CASE NAME, AND THE CASE NUMBER.