Ronald J. Ellett (Bar No. 012697)
Ellett Law Offices, PC
2999 N. 44th Street, Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510

*Attorney for **Debtor***

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11, Subchapter V |
| | Case No. 2:24-bk-09126-BMW |
| SEDONA VINEYARDS, LLC, | |
| | **NOTICE OF LODGING PROPOSED STIPULATED ORDER AUTHORIZING EMPLOYMENT OF BRAD S. KIMMELMAN AND BREENA MCCABE OF RUSS LYON SOTHEBY'S INTERNATIONAL REAL ESTATE AGENTS FOR DEBTOR** |
| Debtor. | |

Please take notice that on this date the Debtor has lodged the attached proposed *Stipulated Order Authorizing Employment of Brad S. Kimmelman and Breena McCabe of Russ Lyon Sotheby's International Realty as Real Estate Agents for Debtor.*

**RESPECTFULLY SUBMITTED** this 6th day of March, 2025.

ELLETT LAW OFFICES, PC

*/s/ Ronald J. Ellett*
Ronald J. Ellett
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018