# In the United States Bankruptcy Court

## For the District of Arizona

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS, LLC,<br><br>Debtor. | In Proceedings Under Ch. 11, Subchapter V<br><br>No. 2:24-bk-09126-BMW<br><br>**STIPULATED ORDER AUTHORIZING EMPLOYMENT OF BRAD S. KIMMELMAN AND BREENA MCCABE OF RUSS LYON SOTHEBY'S INTERNATIONAL REALTY AS REAL ESTATE AGENTS FOR DEBTOR** |

Upon the Application of Debtor, Sedona Vineyards, LLC, praying for authority to employ and appoint Brad S. Kimmelman and Breena McCabe of Russ Lyon Sotheby's International Realty, and upon the Sworn Statements of Brad S. Kimmelman and Breena McCabe and it appearing that no notice of a Hearing on said Application should be given, and no adverse interest having been represented, and it further appearing that Brad S. Kimmelman and Breena McCabe are licensed real estate agents in Arizona, and the Court being satisfied that said real estate agents represent no interest adverse to said Debtor in the matters upon which they are to be engaged, that their employment is necessary and would be in the best interest of the Estate.

IT IS HEREBY ORDERED that Sedona Vineyards, LLC be authorized to employ and appoint Brad S. Kimmelman and Breena McCabe as its real estate agents for a period of 6 months from the date of this order. No compensation to be paid by the Debtor or Trustee except pursuant

to further order following notice. Approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the court must have an opportunity to review any objections which any party may have. The court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. § 327, 328, 329, 330, and 331.

IT IS FURTHER ORDERED that the debtor shall arrange for a formal appraisal to be completed on the property by April 30, 2025 and to be distributed to the parties signing off on the order.

DATED AND SIGNED ABOVE.

Stipulated and Approved By:

/s/Theodore P. Witthoft
Theodore P. Witthoft
Attorney for Beaver Creek

/s/Ronald J. Ellett
Ronald J. Ellett
Attorney for Debtor

/s/Dawn M. Maguire
Dawn M. Maguire
Subchapter V Trustee

Approved as to form:

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/Patty Chan *(with permission, approved as to form only)*
Patty Chan
Trial Attorney

*2*

Case 2:24-bk-09126-BMW    Doc 76-1    Filed 03/06/25    Entered 03/06/25 17:06:31    Desc
Stipulated Order Authorizing Employment of Brad S. Kimmelman and Breena McCabe    Page 2 of 2