**RUSING LOPEZ & LIZARDI, P.L.L.C.**
16427 N. Scottsdale Road, Suite 200
Scottsdale, Arizona 85254
Direct: (602) 261-7101
Fax: (480) 863-1523
Email: twitthoft@rllaz.com

Theodore P. Witthoft
State Bar No. 021632

*Attorneys for Beaver Creek Golf Resort, LLC*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS LLC,<br><br><br>Debtor. | In Proceedings Under Chapter 11, Subchapter V<br><br>Case No. 2:24-bk-09126-BMW<br><br>**STIPULATION FOR SETTLEMENT AND COMPROMISE OF CLAIMS, PURSUANT TO FED. R. BANKR. P. 9019** |

Beaver Creek Golf Resort, LLC ("Beaver Creek"), by and through its attorneys, Rusing Lopez & Lizardi, P.L.L.C., Sedona Vineyards LLC ("Debtor"), by and through its attorneys, Ellett Law Offices, P.C., and the Subchapter V trustee ("Trustee"), hereby stipulate and agree as follows:

### FACTS

1. The Debtor filed its present bankruptcy case on October 25, 2024 ("Petition Date"). On the same day as the Petition Date, approximately 4-5 hours prior to the present case being filed, the Debtor's previous Chapter 11 bankruptcy case, pending at case number 2:24-bk-

07991-MCW ("First Chapter 11 Case"), was dismissed for the Debtor's failure to file its schedules and statements.

2. Prior to the filing of the Debtor's First Chapter 11 Case, Beaver Creek initiated a deed of trust sale concerning Debtor's real property located in Yavapai County ("Real Property"), based upon Beaver Creek's secured interest encumbering the Real Property.

3. The deed of trust sale was stayed based upon the First Chapter 11 Case. The deed of trust property was then continued to October 31, 2024.

4. The First Chapter 11 Case was dismissed on October 25, 2024, and no motion to reinstate the First Chapter 11 Case was filed.

5. The deed of trust sale of the Real Property was concluded on October 31, 2024, and the Trustee Deed was recorded that same day.

6. Beaver Creek asserts the October 31, 2024, deed of trust sale was valid, because no stay was in effect on that date, pursuant to 11 U.S.C. § 362(n). The Debtor disputes Beaver Creek's assertions and alleges the deed of trust sale was void.

7. Beaver Creek and the Debtor have agreed to resolve the issues concerning the Real Property and any and all claims they may have against each other under the terms set forth herein ("Stipulation").

## TERMS AND CONDITIONS OF STIPULATION

8. On or before September 13, 2025 ("Close Date"), the Debtor shall pay Beaver Creek the full amount owed on the date of closing under the terms of Beaver Creek's loan(s) to Debtor plus attorney's fees, costs, and interest. As of November 24, 2024, Debtor owed Beaver Creek $2,143,466.05 as follows: (1) Stipulated amount due as of September 13, 2024, per 4th Amended and Restated Forbearance Agreement: $2,040,476.95; (2) 14% Default Interest 9/13/24-11/24/24: $56,339.84; (3) Ambrosio Forbearance & Foreclosure Legal: $15,416.25; (4) Fees and Costs for posting, trustee sale guarantee, caller fees, recording, etc.: $2,466.33; Miscellaneous 3rd party fees - Account Servicing: $470; and (5) RLL bankruptcy related fees

and costs of $28,296.68. Interest accrues at a daily rate of $793.52 from November 25, 2024, to the closing of the Real Property. Beaver Creek shall provide a final payoff statement for the amount owed at closing to the title company handling the sale of the Real Property ("Title Company"). So long as the Debtor closes the sale of the Real Property on or before the Close Date, the Debtor shall be entitled to a credit of $54,000 against what Beaver Creek is owed on the date of closing.

9. Prior to the closing of the Real Property, Beaver Creek shall execute a Request for Assignment of Surface Water Filings ("Request for Assignment") in the form attached hereto as Exhibit A and deliver it to the Trustee to be held in trust pending the closing of the sale of the Real Property. Other than Beaver Creek executing the Request for Assignment as set forth herein and delivering the executed Request for Assignment to the Trustee, Beaver Creek shall have no other responsibilities concerning the transfer of any water rights pertaining to the Real Property.

10. Immediately upon the execution of the settlement agreement, the Debtor shall provide Beaver Creek and the Trustee proof of insurance for the Real Property that covers the land, structures and personal property located on the Real Property in an amount of at least $600,000. The Debtor shall maintain insurance for the Real Property, structures and personal property through and including the Close Date and provide proof of insurance to the Trustee and Beaver Creek.

11. The Debtor shall immediately file a notice of bankruptcy with the Yavapai County Hearing Office at case number 25-000368 ("Yavapai County Matter") stating that the Real Property is property of the Sedona Vineyards LLC bankruptcy estate and the pending action to proceed with the Yavapai County Matter is a not a violation of the automatic stay.

12. Except as set forth herein, the Debtor and this bankruptcy estate hereby waive and release any and all claims it may now have, or ever has had, under State or Federal law, against Beaver Creek and the Trustee.

13. Except as set forth herein, Beaver Creek hereby waives and releases any and all claims it may now have, or ever has had, under State or Federal law, against the Debtor, this estate, and the Trustee.

14. In the event of a default by Debtor of the terms of this Stipulation, Beaver Creek is authorized to file a notice of default with the Bankruptcy Court identifying the default(s) ("Notice of Default"). In the event the Debtor fails to cure all defaults set forth in the Notice of Default with in seven (7) days, Beaver Creek and/or the Trustee may immediately submit a form of order to the Court, which the Debtor consents may be entered by the Court, which order provides the following: (a) the case will be converted to Chapter 7; (b) the Debtor shall immediately vacate the Real Property if instructed by the Chapter 7 Trustee; and (c) the Trustee shall take control of the Real Property if it decides to do so.

15. Beaver Creek shall be authorized to amend its proof of claim within thirty (30) days of the date the Court approves this Stipulation.

16. Nothing herein shall be construed as Beaver Creek having consented to a surcharge of its lien encumbering the Real Property, pursuant to 11 U.S.C. § 506(c).

17. This Stipulation is subject to Bankruptcy Court approval, pursuant to Bankruptcy Rule 9019.

18. The terms of this Stipulation shall be incorporated into an amended plan of reorganization submitted by the Debtor to the Bankruptcy Court for approval and Beaver Creek agrees to vote in favor of the plan containing the terms of this Stipulation.

DATED this ___ day of March, 2025.

BEAVER CREEK GOLF RESORT, LLC        SEDONA VINEYARDS LLC

By: Inga Brchan                                              By: Douglas Edgelow
Its: Manager/Member                                    Its: Manager/Member

13. Except as set forth herein, Beaver Creek hereby waives and releases any and all claims it may now have, or ever has had, under State or Federal law, against the Debtor, this estate, and the Trustee.

14. In the event of a default by Debtor of the terms of this Stipulation, Beaver Creek is authorized to file a notice of default with the Bankruptcy Court identifying the default(s) ("<u>Notice of Default</u>"). In the event the Debtor fails to cure all defaults set forth in the Notice of Default with in seven (7) days, Beaver Creek and/or the Trustee may immediately submit a form of order to the Court, which the Debtor consents may be entered by the Court, which order provides the following: (a) the case will be converted to Chapter 7; (b) the Debtor shall immediately vacate the Real Property if instructed by the Chapter 7 Trustee; and (c) the Trustee shall take control of the Real Property if it decides to do so.

15. Beaver Creek shall be authorized to amend its proof of claim within thirty (30) days of the date the Court approves this Stipulation.

16. Nothing herein shall be construed as Beaver Creek having consented to a surcharge of its lien encumbering the Real Property, pursuant to 11 U.S.C. § 506(c).

17. This Stipulation is subject to Bankruptcy Court approval, pursuant to Bankruptcy Rule 9019.

18. The terms of this Stipulation shall be incorporated into an amended plan of reorganization submitted by the Debtor to the Bankruptcy Court for approval and Beaver Creek agrees to vote in favor of the plan containing the terms of this Stipulation.

DATED this ___ day of March, 2025.

BEAVER CREEK GOLF RESORT, LLC     SEDONA VINEYARDS LLC

_____     _____
By: Inga Brchan                                      By: Douglas Edgelow
Its: Manager/Member                    Its: Manager/Member

Approved as to form and content:

RUSING LOPEZ & LIZARDI, P.L.L.C.           ELLETT LAW OFFICES, PC

By /s/ *Theodore P. Witthoft* #021632      By /s/ *Ronald J. Ellett* #012697
   Theodore P. Witthoft                          Ronald J. Ellett
   Attorneys for Beaver Creek                    Attorney for Debtor


By /s/ *Dawn M. Maguire*
   Dawn M. Maguire
   Subchapter V Trustee

# Exhibit A

Arizona Department of Water Resources
Surface Water Permitting Section
1110 W. Washington Street, Suite 310, Phoenix, AZ 85007
Telephone (602) 771-8621, Fax (602) 771-8689

# REQUEST FOR ASSIGNMENT OF SURFACE WATER FILINGS

This Request for Assignment form must be used to assign an application, permit, certificate, or statement of claim for surface water rights. A Request for Assignment form must be filed when there is a transfer of ownership or change in name from a prior owner to a new owner. In the case of permits and certificates, an assignment will result in re-issuance of the permit or certificate. If a surface water filing is being assigned to more than one new owner, a separate Request for Assignment form must be completed for each new owner. *Please refer to the enclosed instructions for completing this form and a description of the filing fee and documentation that must be provided. Failure to provide all the information requested on this form is cause for the Request for Assignment to be returned.*

1. **REQUIRED FILING FEE AND DOCUMENTATION. Failure to enclose the filing fee or any required documentation is cause for the Request for Assignment to be returned.**

   A. *A FILING FEE* of *$75.00 for each* surface water filing being assigned. Payment may be made by cash, check, or credit card. If you wish to pay by credit card, please contact the Surface Water Permitting Section at 602-771-8621. Checks should be made payable to the Arizona Department of Water Resources. Payments in cash can only be accepted in person at the Department's offices located at 1110 W. Washington St., Suite 310, Phoenix, AZ 85007.

   B. A *COPY OF RECORDED DEED* showing land ownership in the name of the new owner of the land at the *place of use* listed in the surface water filing.

   C. A *COPY OF COUNTY ASSESSOR MAP* that shows the place of use listed in the surface water filing.

   D. A *CHAIN OF TITLE OF OWNERSHIP* if the prior owner *is not* the current holder of the surface water filing as shown in the Department's records, or if the prior owner is not available to sign the Request for Assignment form. The chain of title *consisting of recorded warranty deeds* must begin with the current holder of the surface water filing as shown in the Department's records and end with the new owner.

   E. A *COPY OF LEASE AND/OR PERMIT* in the *name of the new owner* if the land at the place of use listed in the surface water filing is on land owned by a state or federal agency.

   F. AN *ALLOTTMENT MAP* if the land at the *place of use* listed in the surface water filing is located on land owned by a federal agency.

   G. *CHANGE OF NAME* documents that show the name change from the *current holder* of the surface water filing to the new owner of the surface water filing.

   H. *ATTACHMENT A* if the Request for Assignment is for two or more surface water filings *or* if the Request for Assignment is for a partial assignment.

2. **REGISTRY NUMBER OF THE SURFACE WATER FILING BEING ASSIGNED:** 36-105852
   *(Complete Attachment A if two or more filings are being assigned to the same entity)*

3. **TYPE OF ASSIGNMENT:** *(Check the appropriate box)*
   ☒ Total Assignment    ☐ Partial Assignment *(Complete Attachment A)*

4. **OWNERSHIP INFORMATION:** *(Current mailing addresses and telephone numbers must be included)*

| PRIOR OWNER(S)/ASSIGNOR(S) | NEW OWNER(S)/ASSIGNEE(S) |
|---|---|
| Name Beaver Creek Golf Course LLC | Name Sedona Vineyards LLC |
| Address P.O. Box 426 | Address 2024 N 7th Street, Ste 202 |
| Sedona, AZ 86339 | Phoenix, AZ 85006 |
| Phone No. ( ) 928-821-3508 | Phone No. ( ) 602-570-5403 |
| Signature | Signature /s/ |
| Rob Schabatka | Douglas Edgelow |
| *(Print or type name of prior owner or representative)* | *(Print or type name of new owner or representative)* |
| Date Signed | 12/04/2024 Date Signed |

# INSTRUCTIONS FOR COMPLETING REQUEST FOR ASSIGNMENT OF SURFACE WATER FILINGS

The Arizona Department of Water Resources (Department) will only process requests for assignment of surface water filings (applications, permits, certificates, or statements of claim) submitted on the Request for Assignment form with all the requested information. Instructions for completing the Request for Assignment form are provided below.

1. The filing fees and documentation described below *must be submitted* with the Request for Assignment form. *Failure to enclose the proper fees and documentation is cause for the Request for Assignment to be returned.* Please provide the following:

   A. A *filing fee of $75.00 for each* surface water filing being assigned. See Arizona Administrative Code R12-15-104. Payment may be made by cash, check, or credit card. If you wish to pay by credit card, please contact the Surface Water Permitting Section at 602-771-8621. Checks should be made payable to the Arizona Department of Water Resources. Payments in cash can only be accepted in person at the Department's offices located at 1110 W. Washington Street, Suite 310, Phoenix, AZ 85007.

   B. A copy of a *recorded deed* showing land ownership in the name of the new owner of the land at the *place of use* listed in the surface water filing. A recorded deed can be obtained from the county recorder's office where the place of use listed in the surface water filing is located.

   C. A copy of a *county assessor map* that shows the *place of use* listed in the surface water filing. A county assessor map can be obtained from the county assessor's office where the place of use listed in the surface water filing is located.

   D. A *chain of title of ownership* if the prior owner *is not* the current holder of the surface water filing as shown in the Department's records, or if the prior owner is not available to sign the Request for Assignment form. The chain of title *must begin with the current holder of the surface water filing as shown in the Department's records and end with the new owner*. A chain of title may be obtained from the county recorder's office where the place of use listed in the surface water filing is located or through a title agency.

   E. A copy of *lease and/or permit* in the *name of the new owner* if the land at the place of use listed in the surface water filing is located on land owned by a state or federal agency. These copies may be obtained through the state or federal agency where the place of use listed in the surface water filing is located. For a surface water filing where the water is being put to beneficial use on public land, the Department's processing of a Request for Assignment form shall not be construed as a determination by the Department of whether it is the landowner, a lessee or a permittee that is entitled by law to hold a water right on the public land.

   F. An *allotment map* if the land at the *place of use* listed in the surface water filing is located on land owned by a *federal agency*. The allotment map may be obtained from the federal agency where the place of use listed in the surface water filing is located.

   G. *Change of name* documents that show the name change from the current holder of the surface water filing as shown in the Department's records to the new owner of the surface water filing.

   H. A copy of *Attachment A* if the Request for Assignment is for two or more surface water filings *or* if the Request for Assignment is for a partial assignment. The total quantities of water in the assignments to the new owners cannot exceed the quantity of water listed in the surface water filing being assigned.

2. Fill in the registry number of the surface water filing being assigned. If more than one surface water filing is being assigned, complete Attachment A to the Request for Assignment form. Write "See Attachment A" on the Request for Assignment form to indicate that more than one surface water filing is being assigned and submit it with the Request for Assignment form.

3. Indicate whether the Request for Assignment is for the entire surface water filing or for a portion of a surface water filing. Select *Total Assignment* if the current holder will retain no portion of the surface water filing following completion of the assignment. Select *Partial Assignment* if the current holder intends to retain some portion of the surface water filing or is assigning a portion to more than one new owner. For a partial assignment, complete Attachment A and submit it with the Request for Assignment form.

4. The Request for Assignment form must be signed by both the prior owner and the new owner. If the signature of the prior owner cannot be obtained, then the new owner will be required to provide a chain of title as described above. If a representative is signing on behalf of the prior owner or new owner, then documentation must be provided to establish that the representative is authorized to execute the Request for Assignment form.

Revised 02/2023

Page 2 of 3

Case 2:24-bk-09126-BMW    Doc 43-2    Filed 12/12/24    Entered 12/12/24 16:47:56    Desc
Exhibit B    Page 2 of 3
Case 2:24-bk-09126-BMW    Doc 77-1    Filed 03/10/25    Entered 03/10/25 14:30:55    Desc
Exhibit A    Page 9 of 10

# ATTACHMENT A

## REQUEST FOR ASSIGNMENT OF SURFACE WATER FILINGS

Attachment A must be completed if the Request for Assignment involves two or more surface water filings or if the Request for Assignment is for a partial assignment of a surface water filing. For a total assignment of a surface water filing, it is only necessary to provide the registry number of the surface water filing and to check the "Total Assignment" box. For a partial assignment of a surface water filing, check the "Partial Assignment" box and use the existing surface water filing to indicate the type of beneficial use, the quantity of use associated with that beneficial use, and the location of the place of use. Provide photocopies of this form as needed for additional surface water filings or multiple uses for a partial assignment.

**Registry number of surface water filing** 36-105852

☒ Total Assignment
☐ Partial Assignment – Please provide the following information:

Use Irrigation  Quantity _____ ¼ NW ¼ SE ¼ SE , Section 36 , Township 15N N/S, Range 5 E E/W; Parcel I.D. No. _____

Use _____  Quantity _____ ¼ ___ ¼ ___ ¼ ___ , Section ___ , Township ___ N/S, Range ___ E/W; Parcel I.D. No. _____

Use _____  Quantity _____ ¼ ___ ¼ ___ ¼ ___ , Section ___ , Township ___ N/S, Range ___ E/W; Parcel I.D. No. _____

**Registry number of surface water filing** _____

☐ Total Assignment
☐ Partial Assignment – Please provide the following information:

Use _____  Quantity _____ ¼ ___ ¼ ___ ¼ ___ , Section ___ , Township ___ N/S, Range ___ E/W; Parcel I.D. No. _____

Use _____  Quantity _____ ¼ ___ ¼ ___ ¼ ___ , Section ___ , Township ___ N/S, Range ___ E/W; Parcel I.D. No. _____

Use _____  Quantity _____ ¼ ___ ¼ ___ ¼ ___ , Section ___ , Township ___ N/S, Range ___ E/W; Parcel I.D. No. _____

**Registry number of surface water filing** _____

☐ Total Assignment
☐ Partial Assignment – Please provide the following information:

Use _____  Quantity _____ ¼ ___ ¼ ___ ¼ ___ , Section ___ , Township ___ N/S, Range ___ E/W; Parcel I.D. No. _____

Use _____  Quantity _____ ¼ ___ ¼ ___ ¼ ___ , Section ___ , Township ___ N/S, Range ___ E/W; Parcel I.D. No. _____

Use _____  Quantity _____ ¼ ___ ¼ ___ ¼ ___ , Section ___ , Township ___ N/S, Range ___ E/W; Parcel I.D. No. _____

Revised 02/2023