Ronald J. Ellett, Esq. (Bar No. 012697)
Ellett Law Offices, PC
2999 N. 44th Street, Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510

*Attorney for* **Debtor**

*ELLETT LAW OFFICES*
2999 North 44TH Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11, Subchapter V |
|---|---|
| SEDONA VINEYARDS LLC, | Case No. 2:24-bk-09126-BMW |
| Debtor. | **NOTICE OF MOTION TO APPROVE BEAVER CREEK SETTLEMENT AND COMPROMISE PURSUANT TO 9019** |

**NOTICE IS HEREBY GIVEN** that Sedona Vineyards LLC ("Debtor") has filed a *Motion to Approve Beaver Creek Settlement and Compromise Pursuant to 9019* ("Motion"). A copy of the Motion is attached hereto. If no objections are received on this request and, subject to Court approval, the Settlement will be approved without further hearing.

Any objections must be in writing, filed with the Bankruptcy Court, and served on the U.S. Trustee, 230 N. First Avenue, Suite 204, Phoenix, Arizona 85003, and Debtor's counsel within twenty-one (21) days of the date of the service of this Notice.

**DATED** this 10th day of March, 2025.

ELLETT LAW OFFICES, PC

*/s/ Ronald J. Ellett*
Ronald J. Ellett, Esq.
2999 N. 44th Street, Suite 330
Phoenix, Arizona 85018

copy of the foregoing sent via first class mail
this 10th day of March, 2025, to:

All entries on the attached Master Mailing Matrix.

*/s/ Ashley Lannon*