UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

# MINUTE ENTRY

## Hearing Information

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Brenda Moody Whinery |
| Case Number: | 2:24-bk-09126-BMW |
| Debtor(s): | SEDONA VINEYARDS LLC |
| Chapter: | 11 |
| Date and Time: | 03/04/2025 11:00 AM |
| Location(s): | Videoconference |
| Courtroom Clerk: | Rebecca Volz |
| Electronic Court Recording Operator: | Rhianna Dominguez |

## Matter(s)

1. STATUS HEARING REGARDING THE CASE (SET AT HEARING HELD 01/28/2025) (CONT. FROM 02/11/2025)
R/M: 1 / 73

2. STATUS HEARING RE: BEAVER CREEK GOLF RESORT, LLC'S MOTION 1) TO DECLARE STAY INAPPLICABLE, PURSUANT TO 11 U.S.C. § 362(n); OR ALTERNATIVELY, 2) TO LIFT STAY AGAINST PROPERTY, PURSUANT TO 11 U.S.C. § 362(d) (CONT. FROM 12/18/2024) (CONT. FROM 01/28/2025) (CONT. FROM 02/11/2025)
R/M: 36 / 73

3. STATUS HEARING RE: APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY AND APPOINT REAL ESTATE AGENTS (SET ON THE COURT'S OWN MOTION) (CONT. FROM 01/28/2025) (CONT. FROM 02/11/2025)
R/M: 54 / 73

## Appearances

RON ELLETT, REPRESENTING SEDONA VINEYARDS, LLC AND APPEARING BY VIDEOCONFERENCE
DAWN MAGUIRE, SUBCHAPTER V TRUSTEE, APPEARING BY VIDEOCONFERENCE
PATTY CHAN, REPRESENTING THE U.S. TRUSTEE AND APPEARING BY VIDEOCONFERENCE
SAM ANDREOLAS, U.S. TRUSTEE'S OFFICE, ATTENDING BY VIDEOCONFERENCE
BRAD KIMMELMAN, SOTHEBY'S INTERNATIONAL REALTY, APPEARING BY VIDEOCONFERENCE
BREE MCCABE, SOTHEBY'S INTERNATIONAL REALTY, APPEARING BY VIDEOCONFERENCE
TED WITTHOFT, REPRESENTING BEAVER CREEK GOLF RESORT, LLC AND APPEARING BY VIDEOCONFERENCE

## Proceedings

ITEM 1: STATUS HEARING REGARDING THE CASE

ITEM 2: STATUS HEARING RE: BEAVER CREEK GOLF RESORT, LLC'S MOTION 1) TO DECLARE STAY INAPPLICABLE, PURSUANT TO 11 U.S.C. § 362(n); OR ALTERNATIVELY, 2) TO LIFT STAY AGAINST PROPERTY, PURSUANT TO 11 U.S.C. § 362(d)

ITEM 3: STATUS HEARING RE: APPLICATION BY DEBTOR FOR AUTHORITY TO EMPLOY AND APPOINT REAL ESTATE AGENTS

**ITEM 3**
Mr. Ellett reports that the parties have been negotiating and have agreed to a stipulated order with respect to the Application to Employ Real Estate Agents. The property will be listed and marketed by these agents for 6 months. The appraisal will be completed no later than April 30, 2025 so the parties can determine if the listing price is appropriate.

The Court asks how Debtor will pay for the appraisal.

Mr. Ellett reports that Debtor's principal will pay for the appraisal.

Ms. Maguire confirms that all of the parties had input with respect to the stipulated order. It is her understanding that all parties have agreed to the form of order. She confirms that the property is back in Debtor's name.

The Court asks if Mr. Kimmelman has agreed to the terms.

Mr. Kimmelman confirms that his agency has agreed to the terms.

COURT: THE COURT WILL REVIEW AND CONSIDER THE STIPULATED ORDER AFTER IT HAS BEEN LODGED.

Ms. Chan reports that her office will see how this sale progresses and may still request to expand Ms. Maguire's powers.

**ITEM 1 and ITEM 2**
Mr. Ellett reports that the parties have agreed to terms regarding Beaver Creek's stay relief motion and will be filing a 9019. The parties have agreed that Debtor will have until September 13, 2025 to sell the property. If that does not occur, then the case will be converted to a Chapter 7. Beaver Creek's claim will be discounted by $54,000.00 if Debtor closes the sale by September 13, 2025.

The Court asks if counsel will be requesting a hearing or sending the 9019 motion out on negative notice.

Mr. Ellett states that he will be requesting a hearing.

Mr. Witthoft confirms that approval of the 9019 will resolve his client's stay relief motion.

COURT: COUNSEL IS TO CONTACT THE COURTROOM DEPUTY TO REQUEST A HEARING DATE AFTER THE 9019 MOTION IS ON FILE.