In the United States Bankruptcy Court

For the District of Arizona

In re:

SEDONA VINEYARDS, LLC,

Debtor.

) Chapter 11, Subchapter V
)
) Case No. 2:24-bk-09126-BMW
)
) **STIPULATED ORDER AUTHORIZING EMPLOYMENT OF BRAD S. KIMMELMAN AND BREENA MCCABE OF RUSS LYON SOTHEBY'S INTERNATIONAL REALTY AS REAL ESTATE AGENTS FOR DEBTOR**
)

Upon the Court's consideration of the Application of Sedona Vineyards, LLC (the "Debtor"), in which the Debtor requests authority to employ and appoint Brad S. Kimmelman and Breena McCabe of Russ Lyon Sotheby's International Realty, and upon the Sworn Statements of Brad S. Kimmelman and Breena McCabe and it appearing that no adverse interest having been represented, and it further appearing that Brad S. Kimmelman and Breena McCabe are licensed real estate agents in Arizona, and the Court being satisfied that said real estate agents represent no interest adverse to said Debtor in the matters upon which they are to be engaged, that their employment is necessary and would be in the best interest of the Estate; a hearing having been held on March 4, 2025, all interested parties having signed off on the order, and good cause appearing;

IT IS HEREBY ORDERED that Sedona Vineyards, LLC be authorized to employ

and appoint Brad S. Kimmelman and Breena McCabe as its real estate agents for a period of six (6) months from the date of this order. No compensation to be paid by the Debtor or Trustee except pursuant to further order following notice.

IT IS FURTHER ORDERED that approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the Court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the Court must have an opportunity to review any objections which any party may have. The Court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. § 327, 328, 329, 330, and 331.

IT IS FURTHER ORDERED that the debtor shall arrange for a formal appraisal to be completed on the property by April 30, 2025 and to be distributed to the parties signing off on the order.

**DATED AND SIGNED ABOVE.**

/s/Ronald J. Ellett
Ronald J. Ellett
Attorney for Debtor

Stipulated and Approved By:

/s/Theodore P. Witthoft
Theodore P. Witthoft
Attorney for Beaver Creek

/s/Dawn M. Maguire
Dawn M. Maguire
Subchapter V Trustee

Approved as to form:

ILENE J. LASHINSKY
United States Trustee
District of Arizona

/s/Patty Chan *(with permission, approved as to form only)*
Patty Chan
Trial Attorney

2