Ronald J. Ellett, Esq. (Bar No. 012697)
Ellett Law Offices, PC
2999 N. 44th Street, Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11 Subchapter V |
| | Case No. 2:24-bk-09126-BMW |
| SEDONA VINEYARDS LLC, | **CERTIFICATE OF NO OBJECTION, NOTICE OF LODGING AND REQUEST FOR ENTRY OF ORDER APPROVING BEAVER CREEK SETTLEMENT AND COMPROMISE PURSUANT TO 9019** |
| Debtor. | |

**NOTICE IS HEREBY GIVEN** that Ronald J. Ellett, attorney for Debtor, Sedona Vineyards LLC, certifies that the *Motion to Approve Beaver Creek Settlement and Compromise Pursuant to 9019* (Docket No. 77) has been appropriately noticed and no objection has been received. Accordingly, it is hereby requested that the Court enter the attached *Order Approving Beaver Creek Settlement and Compromise Pursuant to 9019*.

**RESPECTFULLY SUBMITTED** this 7th day of April, 2025.

ELLETT LAW OFFICES, PC

*/s/ Ronald J. Ellett*
Ronald J. Ellett, Esq.
2999 N. 44th Street, Suite 330
Phoenix, Arizona 85018

copy of the foregoing sent via first class mail
this 7th day of April, 2025, to:

All entries on the attached Master Mailing Matrix.

*/s/ Ashley Lannon*