Ronald J. Ellett, Esq. (Bar No. 012697)
Ellett Law Offices, PC
2999 N. 44th Street, Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510

*Attorney for **Debtor***

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11, Subchapter V<br><br>Case No. 2:24-bk-09126-BMW<br><br>**OBJECTION TO CLAIM OF<br>AQUA TECH SYSTEMS** |

Sedona Vineyards, LLC (the "Debtor") by and through undersigned counsel, hereby objects to the claim of Aqua Tech Systems listed on Schedule E/F. Upon further review of the records, the parties did not actually enter into a contract. Further, the debtor elected not to proceed with the proposed contract. Accordingly, the claim should be disallowed in its entirety.

**RESPECTFULLY SUBMITTED** this 10th day of April, 2025.

ELLETT LAW OFFICES, P.C.

 /s/ *Ronald J. Ellett*
Ronald J. Ellett
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018

1 | copy of the foreging mailed and emailed
2 | this 10th day of April, 2025, to:

3 | Dawn M. Maguire
Trustee Maguire
4 | 10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260

6 | Aqua Tech Systems
PO Box 9299
7 | Fayetteville, AR 72703

8 | Aqua Tech Systems
12117 Palm Cove St.
9 | Fort Myers, FL 33913

10 | contact@communitysewer.com

11 | /s/ *Ashley Lannon*

*ELLETT LAW OFFICES*
2999 North 44TH Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510