Ronald J. Ellett, Esq. (Bar No. 012697)
Ellett Law Offices, PC
2999 N. 44th Street, Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510

*Attorney for **Debtor***

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11, Subchapter V |
| | Case No. 2:24-bk-09126-BMW |
| SEDONA VINEYARDS, LLC, | |
| | **NOTICE OF OBJECTION TO CLAIM OF AQUA TECH SYSTEMS** |
| Debtor. | |

**NOTICE IS HEREBY GIVEN** that Sedona Vineyards, LLC (the "Debtor") by and through undersigned counsel, has filed an objection to the claim of Aqua Tech Systems. The Debtor recommends that the claim of Aqua Tech Systems be disallowed in its entirety. Any party opposing the Debtor's Objection shall file an objection/response with the Bankruptcy Court and serve such objection/response on Debtor's counsel at the following address within 30 days of the date of service of this Notice:

> Ronald J. Ellett
> Ellett Law Offices, PC
> 2999 North 44th Street, Suite 330
> Phoenix, Arizona 85018

If any party timely objects/responds to the Debtors Objection in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy judge. If no timely objection/response and request for the hearing is filed, no hearing will be held

*ELLETT LAW OFFICES*
2999 North 44TH Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510

and the Court may summarily enter an Order sustaining Debtor's *Objection to Claim of Aqua Tech Systems.*

DATED this 10th day of April, 2025.

ELLETT LAW OFFICES, P.C.

/s/ Ronald J. Ellett
Ronald J. Ellett
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018

copy of the foregoing mailed and emailed
this 10th day of April, 2025, to:

Dawn M. Maguire
Trustee Maguire
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260

Aqua Tech Systems
PO Box 9299
Fayetteville, AR 72703

Aqua Tech Systems
12117 Palm Cove St.
Fort Myers, FL 33913

contact@communitysewer.com

/s/ Ashley Lannon