Ronald J. Ellett (Bar No. 012697)
ELLETT LAW OFFICES, P.C
2999 North 44th Street
Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510
Facsimile: (602) 235-9098

Attorney for **Debtor**

# In the United States Bankruptcy Court

## For the District of Arizona

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11, Subchapter V |
| SEDONA VINEYARDS, LLC, | Case No. 2:24-bk-09126-BMW |
| Debtor. | **NOTICE OF FILING AMENDED SCHEDULES E/F** |

PLEASE TAKE NOTICE that on this date, the Debtor filed *Amended Schedules E/F*. Schedules E/F were amended to list Aqua Tech Systems, Architectural Collaborative Team, and Tesla Inc. as disputed, and to remove Sam Ciatu, Esq. who has confirmed in writing that he is not owed money by Sedona Vineyards, LLC, because the work he provided was for a different but affiliated entity.

RESPECTFULLY SUBMITTED this 24th day of April, 2025.

ELLETT LAW OFFICES, P.C..


 /s/ Ronald J. Ellett
Ronald J. Ellett
2999 North 44th Street
Suite 330
Phoenix, AZ 85018