| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Sedona Vineyards, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF ARIZONA |
| Case number (if known) | **2:24-bk-09126-BMW** |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  April 24, 2025    x  /s/ signature
                                  Signature of individual signing on behalf of debtor

                                  **Douglas Edgelow**
                                  Printed name

                                  Manager
                                  Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

Case 2:24-bk-09126-BMW    Doc 87-1    Filed 04/24/25    Entered 04/24/25 17:00:03    Desc
AMENDED SCHEDULES E/F    Page 1 of 5

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**ARIZONA DEPARTMENT OF REVENUE**<br>**1600 W. MONROE, SEVENTH FLOOR**<br>**Phoenix, AZ 85007**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $4,935.00 | $4,935.00 |
| 2.2 | Priority creditor's name and mailing address<br>**INTERNAL REVENUE SERVICE**<br>**CENTRALIZED INSOLVENCY OPERATIONS**<br>**PO BOX 7346**<br>**Philadelphia, PA 19101**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**TAX FILING FEES**<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $4,935.00 | $4,935.00 |

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| | | |
|---|---|---|
| Debtor | Sedona Vineyards, LLC | Case number (if known) 2:24-bk-09126-BMW |
| | Name | |

**3.1** Nonpriority creditor's name and mailing address
AGAVE ENVIRONMENTAL CONTRACTING
1634 N. 19TH AVE.
Phoenix, AZ 85009

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: TRANSPORTATION SERVICES

Is the claim subject to offset? ■ No ☐ Yes

$1,500.00

---

**3.2** Nonpriority creditor's name and mailing address
ALTA ARIZONA SURVEY ENGINEERING
7400 WEST DETROIT STREET, SUITE 190
Chandler, AZ 85226

Date(s) debt was incurred __
Last 4 digits of account number 576C

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: CIVIL DESIGN

Is the claim subject to offset? ■ No ☐ Yes

$35,450.00

---

**3.3** Nonpriority creditor's name and mailing address
APS
PO BOX 53933
Phoenix, AZ 85072

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: UTILITIES

Is the claim subject to offset? ■ No ☐ Yes

$1,254.59

---

**3.4** Nonpriority creditor's name and mailing address
AQUA TECH SYSTEMS
12117 PALM COVE ST.
Fort Myers, FL 33913

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: SEPTIC SYSTEM DESIGN

Is the claim subject to offset? ■ No ☐ Yes

$368,500.00

---

**3.5** Nonpriority creditor's name and mailing address
ARCHITECTURAL COLLABORATIVE TEAM
723 EAST DIAMON DRIVE
Tempe, AZ 85283

Date(s) debt was incurred __
Last 4 digits of account number 4004

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: ARCHITECTURAL SERVICES

Is the claim subject to offset? ■ No ☐ Yes

$38,400.00

---

**3.6** Nonpriority creditor's name and mailing address
CIVIL DESIGN & ENGINEERING INC
77075 W. BELL ROAD, SUITE 9
Glendale, AZ 85308

Date(s) debt was incurred __
Last 4 digits of account number 0159

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ENGINEERING SERVICES

Is the claim subject to offset? ■ No ☐ Yes

$7,753.43

---

**3.7** Nonpriority creditor's name and mailing address
DIXON CONTRUCTION SERVICES
2024 N. 7TH ST. SUITE 202
Boulder Creek, CA 95006

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: GENERAL CONSTRUCTION LABOR (AFFILIATE OF DEBTOR)

Is the claim subject to offset? ■ No ☐ Yes

$842,337.12

---

| 3.8 | Nonpriority creditor's name and mailing address<br>**DOUGLAS EDGELOW**<br>**371 E. MONTE VISTA RD.**<br>**Phoenix, AZ 85006**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **PROJECT MANAGEMENT, TRAVEL, PER DIEM COSTS (INSIDER)**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$68,608.75** |
|---|---|---|
| 3.9 | Nonpriority creditor's name and mailing address<br>**EARTRUMPET CONSULTING**<br>**12 ETHEL STREET**<br>**MALVERN VIC 3144**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number **2301** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **VINEYARD DESIGN**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,432.00** |
| 3.10 | Nonpriority creditor's name and mailing address<br>**HOGUE & ASSOCIATES**<br>**4325 S. 34TH STREET**<br>**Phoenix, AZ 85040**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **GEOTECHNICAL SERVICES**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$19,651.00** |
| 3.11 | Nonpriority creditor's name and mailing address<br>**INNES CONSTRUCTION LLC**<br>**7807 E. HUBBELL STREET**<br>**Scottsdale, AZ 85257**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CONSTRUCTION MANAGEMENT (AFFILIATE OF DEBTOR)**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$26,000.00** |
| 3.12 | Nonpriority creditor's name and mailing address<br>**NOVAVINE**<br>**6735 SONOMA HIGHWAY**<br>**Santa Rosa, CA 95409**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **GRAPE PRODUCT ORDER**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$41,321.69** |
| 3.13 | Nonpriority creditor's name and mailing address<br>**PATRICIA EDGELOW**<br>**371 E. MONTE VISTA RD.**<br>**Phoenix, AZ 85006**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **PROJECT MANAGEMENT, TRAVEL, PER DIEM COSTS (INSIDER)**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$6,840.00** |
| 3.14 | Nonpriority creditor's name and mailing address<br>**PERMIT PUSHERS LLC**<br>**c/o SHANNON METZGER**<br>**1009 MATTERHORN DRIVE**<br>**Lebanon, IN 46052**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **CITY, COUNTY CONSULTING SERVICES**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,500.00** |

| Debtor | Sedona Vineyards, LLC | Case number (if known) | 2:24-bk-09126-BMW |
|---|---|---|---|
| | Name | | |

| 3.15 | Nonpriority creditor's name and mailing address<br>**RAUCH MILLIKEN INTERNATIONAL**<br>**4400 TRENTON ST #A**<br>**Metairie, LA 70006** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$887.09** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** FINANCIAL CONSULTING SERVICES<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address<br>**REMINGTON HOTELS**<br>**14185 DALLAS PKWY #1150**<br>**Dallas, TX 75254** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** HOTEL CONSULTING SERVICES<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address<br>**TESLA INC.**<br>**1 TESLA ROAD**<br>**Austin, TX 78725** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$5,163.84** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** ELECTRIC CAR CHARGING STATION<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address<br>**THE GALLOWAY GROUP**<br>**2222 MARTIN, SUITE 210**<br>**Irvine, CA 92612** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$48,470.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** LAND/SITE PLANNING SERVICES<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address<br>**YAVAPAI TITLE AGENCY, INC.**<br>**PO BOX 1900**<br>**Sierra Vista, AZ 85636** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$300.00** |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** TITLE SERVICES/PROFESSIONAL<br>Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **9,870.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **1,541,369.51** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **1,551,239.51** |