# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 11, Subchapter V |
| SEDONA VINEYARDS, LLC, | Case No. 2:24-BK-09126-BMW |
| | **ORDER SUSTAINING OBJECTION TO CLAIM OF AQUA TECH SYSTEMS** |
| Debtor. | |

Upon the Debtor's objection to the claim of Aqua Tech Systems and no response having been made by Aqua Tech Systems, it is ordered that the claim of Aqua Tech Systems be disallowed in its entirety.

**SIGNED AND DATED ABOVE.**