Ronald J. Ellett, Esq. (Bar No. 012697)
Ellett Law Offices, PC
2999 N. 44th Street, Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510

*Attorney for **Debtor***

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11, Subchapter V |
|---|---|
| | Case No. 2:24-bk-09126-BMW |
| SEDONA VINEYARDS, LLC, | **OBJECTION TO CLAIM OF TESLA INC.** |
| Debtor. | |

Sedona Vineyards, LLC (the "Debtor") by and through undersigned counsel, hereby objects to the claim of Tesla Inc. listed on Schedule E/F. Upon further review of the records, the parties did enter into a contract prepetition, but neither parties had performed on the contract. Therefore, there is no money owing to Tesla Inc. Accordingly, the claim should be disallowed in its entirety.

**RESPECTFULLY SUBMITTED** this 22nd day of May, 2025.

                      ELLETT LAW OFFICES, P.C.

                      /s/ *Ronald J. Ellett*
                      Ronald J. Ellett
                      2999 North 44th Street, Suite 330
                      Phoenix, Arizona 85018

copy of the foregoing mailed
this 22nd day of May, 2025, to:

*ELLETT LAW OFFICES*
2999 North 44TH Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510

1. Dawn M. Maguire
   Trustee Maguire
2. 10115 E. Bell Rd., Ste. 107 #498
3. Scottsdale, AZ 85260
4. Tesla Inc.
   1 Tesla Road
5. Austin, TX 78725
6. 
7. /s/ *Ashley Lannon*