Ronald J. Ellett, Esq. (Bar No. 012697)
Ellett Law Offices, PC
2999 N. 44th Street, Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510

*Attorney for **Debtor***

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11, Subchapter V |
|---|---|
| | Case No. 2:24-bk-09126-BMW |
| SEDONA VINEYARDS, LLC, | |
| | **NOTICE OF OBJECTION TO CLAIM OF ARCHITECTURAL COLLABORATIVE TEAM** |
| Debtor. | |

**NOTICE IS HEREBY GIVEN** that Sedona Vineyards, LLC (the "Debtor") by and through undersigned counsel, has filed an objection to the claim of Architectural Collaborative Team. The Debtor recommends that the claim of Architectural Collaborative Team be disallowed in its entirety. Any party opposing the Debtor's Objection shall file an objection/response with the Bankruptcy Court and serve such objection/response on Debtor's counsel at the following address within 30 days of the date of service of this Notice:

> Ronald J. Ellett
> Ellett Law Offices, PC
> 2999 North 44th Street, Suite 330
> Phoenix, Arizona 85018

If any party timely objects/responds to the Debtors Objection in writing and requests a hearing, the matter will be placed on the calendar to be heard by a United States Bankruptcy judge. If no timely objection/response and request for the hearing is filed, no hearing will be held

and the Court may summarily enter an Order sustaining Debtor's *Objection to Claim of Architectural Collaborative Team.*

**DATED** this 22nd day of May, 2025.

ELLETT LAW OFFICES, P.C.

 /s/ *Ronald J. Ellett*
Ronald J. Ellett
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018

copy of the foregoing mailed
this 22nd day of May, 2025, to:

Dawn M. Maguire
Trustee Maguire
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260

Architectural Collaborative Team
723 East Diamond Drive
Tempe, AZ 85283

/s/ *Ashley Lannon*