Ronald J. Ellett, Esq. (Bar No. 012697)
Ellett Law Offices, PC
2999 N. 44th Street, Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510

*Attorney for **Debtor***

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11, Subchapter V<br><br>Case No. 2:24-bk-09126-BMW<br><br>**AMENDED OBJECTION TO CLAIM OF TESLA INC.** |

Sedona Vineyards, LLC (the "Debtor") by and through undersigned counsel, hereby objects to the claim of Tesla Inc. listed on Schedule E/F. Upon further review of the records, the parties did enter into a contract prepetition, but neither parties had performed on the contract. Therefore, there is no money owing to Tesla Inc. Accordingly, the claim should be disallowed in its entirety.

**RESPECTFULLY SUBMITTED** this 21st day of July, 2025.

ELLETT LAW OFFICES, P.C.

/s/ *Ronald J. Ellett*
Ronald J. Ellett
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018

*ELLETT LAW OFFICES*
2999 North 44TH Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510

copy of the foregoing mailed
this 21st day of July, 2025, to:

Dawn M. Maguire
Trustee Maguire
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260

Tesla Inc.
Attn: President of Tesla, Inc.
1 Tesla Road
Austin, TX 78725

CT Corporation System
Statutory Agent for Tesla Inc.
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3136

/s/ *Ashley Lannon*