Ronald J. Ellett, Esq. (Bar No. 012697)
Ellett Law Offices, PC
2999 N. 44th Street, Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510

*Attorney for **Debtor***

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11, Subchapter V |
|---|---|
| SEDONA VINEYARDS, LLC, | Case No. 2:24-bk-09126-BMW |
| Debtor. | **AMENDED OBJECTION TO CLAIM OF ARCHITECTURAL COLLABORATIVE TEAM, L.L.C.** |

Sedona Vineyards, LLC (the "Debtor") by and through undersigned counsel, hereby objects to the claim of Architectural Collaborative Team, L.L.C. listed on Schedule E/F. Upon further review of the records, the parties did enter into a contract prepetition, but neither parties had performed on the contract. Therefore, there is no money owing to Architectural Collaborative Team L.L.C. Accordingly, the claim should be disallowed in its entirety.

**RESPECTFULLY SUBMITTED** this 21st day of July, 2025.

                                                   ELLETT LAW OFFICES, P.C.

                                                  /s/ *Ronald J. Ellett*
                                                  Ronald J. Ellett
                                                  2999 North 44th Street, Suite 330
                                                  Phoenix, Arizona 85018

copy of the foregoing mailed
this 21st day of July, 2025, to:

Dawn M. Maguire
Trustee Maguire
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260

Architectural Collaborative Team, L.L.C
723 East Diamond Drive
Tempe, AZ 85283

T. Troy McNemar
Statutory Agent for Architectural Collaborative Team, L.L.C
1500 E. Bethany Home Rd., Ste. 105
Phoenix, AZ 85014

*/s/ Ashley Lannon*

*ELLETT LAW OFFICES*
2999 North 44TH Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510