THIS ORDER IS APPROVED.

Dated: September 5, 2025

*Brenda Moody Whinery*

**Brenda Moody Whinery, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS, LLC,<br><br>Debtor. | In Proceedings Under Chapter 11, Subchapter V<br><br>Case No. 2:24-BK-09126-BMW<br><br>**ORDER SUSTAINING AMENDED OBJECTION TO CLAIM OF ARCHITECTURAL COLLABORATIVE TEAM** |

Upon the Court's consideration of the *Amended Objection to Claim of Architectural Collaborative Team* (the "Objection")(Dkt. 100), Debtor certifies that the Debtor's objection to the claim of Architectural Collaborative Team has been appropriately noticed and no responses having been filed, and good cause appearing,

IT IS HEREBY ORDERED that the claim of Architectural Collaborative Team be disallowed in its entirety.

**SIGNED AND DATED ABOVE.**