**RUSING LOPEZ & LIZARDI, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, AZ 85254
Telephone: (480) 663-9800
Facsimile: (480) 863-1523
twitthoft@rllaz.com

Theodore P. Witthoft
State Bar No. 021632

Attorneys for Beaver Creek Golf Resort, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| SEDONA VINEYARDS LLC, | Subchapter V |
| | Case No. 2:24-bk-09126-BMW |
| Debtor. | **NOTICE OF DEFAULT** |

NOTICE IS HEREBY GIVEN that Sedona Vineyards LLC ("Debtor") is in default under the terms of the *Order Approving Beaver Creek Settlement and Compromise Pursuant to 9019* entered on April 15, 2025 at docket number 85 ("Settlement Order"). Pursuant to the Settlement Order, the Debtor was required to fully pay its obligation to Beaver Creek Golf Resort, LLC ("Beaver Creek") by September 13, 2025. As of the date of this Notice, Debtor owes Beaver Creek $2,378,347.97. Interest continues to accrue at a daily rate of $793.52. Debtor has not paid any portion of this amount to Beaver Creek. Accordingly, the Debtor is in default.

NOTICE IS FURTHER GIVEN that the Debtor must cure the above-described default on or before September 23, 2025 (i.e., seven days from the days of this Notice) by paying Beaver Creek the full amount due.

NOTICE IS FUTHER GIVEN that, under the terms of the Settlement Order, in the event the Debtor fails to fully pay Beaver Creek on or before September 23, 2025, an order may be submitted to the Court (which the Debtor consents may be entered by the Court), which provides the following: (a) the case will be converted to Chapter 7; (b) the Debtor shall immediately vacate the Real Property if instructed by the Chapter 7 Trustee; and (c) the Trustee shall take control of the Real Property if it decides to do so.

Respectfully submitted this 16th day of September, 2025.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Theodore P. Witthoft*
Theodore P. Witthoft
Attorneys for Creditor Beaver Creek
Golf Resort, LLC

COPIES of the foregoing were served September 16, 2025 via the Court's CM/ECF Notification System on all parties that requested notice in this case, including counsel for the Debtor with additional COPIES *e-mailed or mailed by U.S. Mail to the following parties as indicated below:

*Ronald J. Ellett
Ellett Law Offices, P.C.
2999 North 44th Street
Suite 330
Phoenix, AZ 85018
Email: Rjellett@Ellettlaw.Com

*Dawn M. Maguire
Trustee Maguire
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
Email: Trustee@Maguirelawaz.Com

*Patty Chan
Office Of The United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003
Email: Patty.Chan@Usdoj.Gov

By U.S. Mail:

Sedona Vineyards LLC
2024 N. 7th Street, Ste 202
Phoenix, AZ 85006

By: /s/ Rosalin Sanhadja