Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _____                                Date report filed: _____
                                                                    MM / DD / YYYY

Line of business: _____     NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                        _____

Original signature of responsible party   _____

Printed name of responsible party         _____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|   |   | Yes | No | N/A |
|---|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ❏ | ❏ | ❏ |
| 2. | Do you plan to continue to operate the business next month? | ❏ | ❏ | ❏ |
| 3. | Have you paid all of your bills on time? | ❏ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ❏ | ❏ | ❏ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ❏ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ❏ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ❏ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ❏ | ❏ | ❏ |
| 9. | Have you timely paid all of your insurance premiums? | ❏ | ❏ | ❏ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ❏ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ❏ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ❏ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ❏ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ❏ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ❏ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ❏ | ❏ |

Debtor Name _____   Case number_____

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ❏ | ❏ | ❏ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ❏ | ❏ | ❏ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case. $ _____

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here. $ _____

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here. − $ _____

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*. + $ _____

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ _____

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ _____

    *(Exhibit E)*

---

Official Form 425C    **Monthly Operating Report for Small Business Under Chapter 11**    page **2**

Case 2:24-bk-09126-BMW    Doc 109    Filed 09/23/25    Entered 09/23/25 09:15:13    Desc
Main Document    Page 2 of 13

Debtor Name  _____   Case number_____

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**  $ _____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?  _____
27. What is the number of employees as of the date of this monthly report?  _____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?  $ _____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ _____
30. How much have you paid this month in other professional fees?  $ _____
31. How much have you paid in total other professional fees since filing the case?  $ _____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* <br> **Projected** <br><br> Copy lines 35-37 from the previous month's report. | — | *Column B* <br> **Actual** <br><br> Copy lines 20-22 of this report. | = | *Column C* <br> **Difference** <br><br> Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ | — | $ _____ | = | $ _____ |
| 33. **Cash disbursements** | $ _____ | — | $ _____ | = | $ _____ |
| 34. **Net cash flow** | $ _____ | — | $ _____ | = | $ _____ |

35. Total projected cash receipts for the next month:  $ _____
36. Total projected cash disbursements for the next month:  — $ _____
37. Total projected net cash flow for the next month:  = $ _____

Debtor Name  _____     Case number_____

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☐ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- ☐ 39. Bank reconciliation reports for each account.

- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- ☐ 41. Budget, projection, or forecast reports.

- ☐ 42. Project, job costing, or work-in-progress reports.

# SEDONA VINEYARDS LLC
2:24-bk-09126-BMW

## EXHIBIT A - EXPLANATION

**QUESTION NO:** 3

**EXPLANATION:**

ELECRICITY AND WATER BILLS FOR AUGUST 2025 ATTACHED

**ATTACHMENTS:** YES

# SEDONA VINEYARDS LLC
2:24-bk-09126-BMW

## EXHIBIT 'C" - TOTAL CASH RECEIPTS

| DATE RECVD. | RECVD FROM | DESCRIPTION | TYPE | AMOUNT |
|---|---|---|---|---|

# SEDONA VINEYARDS LLC
2:24-bk-09126-BMW

## EXHIBIT 'D" - TOTAL CASH DISBURSEMENTS

| DATE PAID | PAYEE | PAYMENT DESCRIPTION | TYPE | AMT. PAID |
|---|---|---|---|---|
| | | TOTAL DISBURSEMENTS | | $0.00 |

## EXHIBIT 'E" - DEBTS / UNPAID BILLS

| DATE | OWED TO | DESCRIPTION | DUE DATE | AMT. DUE |
|---|---|---|---|---|
| 8/5/2025 | APS | Electricity Bill | 8/26/2025 | $811.09 |
| 8/18/2025 | AZ Water Co. | Water Bill | 9/3/2025 | $350.17 |

**TOTAL DEBTS / UNPAID BILLS**     $1,161.26

# SEDONA VINEYARDS LLC
2:24-bk-09126-BMW

## EXHIBIT "F" - TOTAL RECEIVABLES

| DATE | OWED FROM | DESCRIPTION | PYMT. DUE |
|---|---|---|---|



Bill Date: **August 05, 2025**

**Amount Due** | **$811.09**

Due Date: **August 26, 2025**
Account Number: **3646933153**

Hello,
**SEDONA VINEYARD LLC**
For Service At: **4250 S MONTEZUMA AVE RIMROCK, AZ 86335**

## Your August Statement

Billing Period: **July 07, 2025 to August 05, 2025**

| Account Summary | |
|---|---:|
| Previous Balance | $608.71 |
| No Payment Received Since Your Last Statement | $0.00 |
| **Remaining Balance** | **$608.71** |
| **Current Charges** | |
| Energy Usage | $156.26 |
| Taxes, Fees & Other Charges | $46.12 |
| Total Energy Cost | $202.38 |
| **Total Amount Due** | **$811.09** |

### Please Make a Payment Today
Your account has a past due balance of $608.71. We encourage you to pay what you can now to keep your balance from continuing to build.

**Need Assistance Paying Your Bill?**

We have programs and resources that can help. For example, we can give qualifying customers extra time to catch up on their past due energy bill with a payment arrangement. If you need help paying your bill call us (602) 371-6767 (metro Phoenix) or (800) 253-9407 (other areas) weekdays from 7:30 a.m. to 5 p.m.

**Heat Relief**

To support our community, we partner with local organizations like The Salvation Army to provide hydration stations, transportation assistance and other resources to customers.* Learn more at aps.com/assistance.

*This program is funded by APS shareholders and not included in customer rates.

**Stay in the know with alerts**

With alerts, you have options to help you stay on top of your account, provide reminders, or assist you in managing your bill. You can set a dollar or usage threshold alert, and we'll tell you when you've reached it each month. See all of your options at aps.com/bizalerts and select the ones that work best for your business

## Ways to Pay

**Mobile** — To pay your bill quickly download our free APS mobile app

**Online** — Create an account or log in to My Account on aps.com to pay your bill online

**AutoPay** — Sign up for our free automatic payment program. To learn more visit aps.com/autopay

**In-Person** — To find a location near you visit aps.com/payinperson or call our Care Center

**By Phone** — 602-371-6555 (metro Phoenix) 866-776-0445 (other areas)

Page 1 of 4

---

Please make your check payable to APS and write your account number on your check. To ensure prompt processing, enclose the bottom portion of your bill with your payment.



Due Date: **August 26, 2025**

Bill Date: **August 05, 2025**
**Amount Due** | **$811.09**
Due Date: **August 26, 2025**
Account Number: **3646933153**

\#  000005708     I=0000000000

Total Amount Paid $ _____



SEDONA VINEYARD LLC
2024 N 7TH ST STE 202
PHOENIX AZ 85006-2533

 **Make Check Payable To:**
APS
PO BOX 37812
BOONE, IA 50037-0812

☐ Mailing Address or Phone Number Change?
Check here and fill in the details on the back

Scan this code with your phone camera to pay your bill online.





0000000364693315390202508050000608718000081109-2    000

Case 2:24-bk-09126-BMW    Doc 109    Filed 09/23/25    Entered 09/23/25 09:15:13    Desc
Main Document    Page 10 of 13



Service Address: **4250 S MONTEZUMA AVE**

Account Number: **3646933153**

Service Plan: **Fixed Energy Charge Plan - Tier 2**

## Compare Your Monthly Energy Cost

Your energy cost this month is **$156.26** excluding your **$46.12** in taxes, adjustors and other charges which are shown on your statement details. To view more detailed historical usage data, login to aps.com



| How Your Energy Usage is Calculated | | | |
|---|---|---|---|
| Meter Number: EW9752 | | | |
| **Meter Reads** | Jul 07 | Aug 05 | **Total** |
| Total Read | 35317 | 36429 | **1112 kWh** |
| **Energy** | | | **$156.26** |
| 1112 kWh x $0.14052/kWh (Generation, Delivery & Transmission) | | | |

**Monthly Average Energy Usage**

**Tier 2, Your Current Monthly Average is 700 kWh**
Your tier is for an average monthly energy usage of 601 to 999 kWh. By November, if your annual average is more than 999 kWh, you will be placed on a higher-priced tier in December.

| Comparison | Last Month | This Month Last Year | This Month |
|---|---|---|---|
| **Monthly Usage (kWh)** | 1203 | N/A | 1112 |
| **Average Temperature** | 81°F | N/A | 83°F |
| **Days in Billing Period** | 32 | N/A | 29 |
| **Energy Cost** | $169.04 | N/A | $156.26 |
| **Total Cost** | $219.70 | N/A | $202.38 |
| **Total Cost Per kWh** | $0.18 | N/A | $0.18 |
| **Average Daily Cost** | $6.87 | N/A | $6.98 |

---

Please make your check payable to APS and write your account number on your check. To ensure prompt processing, enclose the bottom portion of your bill with your payment.

**Mailing Address Or Phone Number Change**

First Name, Middle Name, Last Name

Address (Number, Street Name)

Address Line 2

City    State    Zip Code+4

Home Phone     Business Phone
(      )         (      )



PO BOX 37812
BOONE, IA 50037-0812

Pay your bill with cash at a participating retailer check-out lane using your cash payment barcode. To find a store near you, visit **aps.com/PaymentLocator**.

 

7993664337200063716823592622 04

By using your cash payment barcode to make a cash payment ($1.75 convenience fee applies with transaction limit of $999), you agree to full Terms, which you can find at aps.com/PayTerms. You can access your e-receipt by visiting **aps.com/eReceipt**.



Service Address: **4250 S MONTEZUMA AVE**

Account Number: **3646933153**

Service Plan: **Fixed Energy Charge Plan - Tier 2**

## Your August Statement Details

To learn more about your bill charges visit aps.com/aboutmybill

| | |
|---|---:|
| **Energy** | **$156.26** |
| *The charge for APS to generate energy and deliver it to you* | |
| System Benefits Charge (1,112.00 kWh X $0.00361/kWh) | $4.01 |
| Federal Transmission And Ancillary Services (1,112.00 kWh x $0.01097/kWh) | $12.20 |
| Energy Delivery Service Charge (1,112.00 kWh X $0.03469/kWh) | $38.58 |
| Generation Of Electricity (1,112.00 kWh X $0.09125/kWh) | $101.47 |
| **Basic Service and Other Charges** | **$13.28** |
| *Charges and credits for service* | |
| Basic Service Charge | $13.28 |
| **Adjustors** | **$20.27** |
| *Charges for programs and services, like fuel, renewable energy and energy efficiency, that can adjust annually* | |
| Environmental Benefits Surcharge | -$4.17 |
| Power Supply Adjustment | $15.55 |
| Federal Transmission Cost Adjustment | $4.89 |
| LFCR Adjustor | $2.35 |
| Court Resolution Surcharge | $1.65 |
| **Taxes and Fees** | **$12.57** |
| *City and state mandated charges* | |
| Regulatory Assessment | $0.48 |
| Franchise Fee | $0.00 |
| State Sales Tax | $10.66 |
| County Sales Tax | $1.43 |
| City Sales Tax | $0.00 |
| **Total Energy Cost** | **$202.38** |

### Good News: Bill reductions

Bills for most customers will be reduced this July and August thanks to a credit approved by the Arizona Corporation Commission. The reduction – about $10 for both months for the typical residential customer using 1,050 kWh - will be applied to the Environmental Benefits Surcharge (EBS) on your bill. The amount is based on how much energy you use. The EBS funds clean energy projects and energy efficiency programs. Higher funds were collected due to increased usage related to hotter weather and new customers coming online. This charge will revert to its previous amount on your September bill. For more information, visit aps.com/adjustors.

 **Bill Terminology**

**kWh (Kilowatt Hour)**
Your energy usage is billed in units of kWh, or 1,000 watts of electricity used in one hour.

## APS Contact Information

We are here for you 24 hours a day, 7 days a week, if you have a question, concern or dispute

Our Business Line is available weekdays from 7:30am to 5:00pm

 **Phone**
**Business:** 602-371-6767 (metro Phoenix) or 800-253-9407 (other areas)
**Main:** 602-371-7171 (metro Phoenix) or 800-253-9405 (other areas)
**Spanish:** Para servicio en español llama al 602-371-6861
**Hearing Impaired:** Dial 711 (AZ Relay)
**Power Outages:** 855-688-2437
**Electrical Emergencies:**
602-258-5483 (metro Phoenix) or
800-253-9408 (other areas)

 **Online**
For help, visit: aps.com/help

 **Mail**
**Send your payment to:**
APS, PO BOX 37812, Boone, IA 50037-0812
**Send us a letter (do not send payment here):**
APS, Station 3200, PO BOX 53933
Phoenix, AZ 85072-3933

### General Information
**Late Fees**
Payment is due no later than 21 days from the bill date. If received later than 28 days from the bill date, your account will be delinquent and may be subject to a late payment charge of 1.5%+ tax per month. If your power is shut off for nonpayment, you will need to pay the past due amount, and a reconnect fee if applicable, before service will be turned back on.

**Deposit May Be Required**
We may require a deposit if an account becomes delinquent with two or more bills, or has been disconnected for nonpayment within a 12-month period. Deposits may also be required for customers with certain conditions (as determined by APS using a credit scoring worksheet).

**Energy Regulations And Rates Are Approved By:**
Arizona Corporation Commission (**do not send payment here**)
1200 West Washington Street, Phoenix, AZ 85007
602-542-4251 or 800-222-7000 (toll free in-state only) | azcc.gov

**One-time Waiver**
If you're on the Fixed Energy Charge Plan and your average monthly usage increases over time causing you to be moved to a higher tier you can contact us for a one-time waiver to keep your lower tier. See APS contact information.

# ARIZONA WATER COMPANY
## Water Bill

Customer Service Hours: Monday - Thursday: 7:30am - 5:00 pm
Alternating Fridays: 7:30am - 4:00 pm - see www.azwater.com
65 Coffee Pot Drive, Ste. 7, Sedona, AZ 86336
928-282-7092

### Account Information

| | |
|---|---|
| Customer Name | SEDONA VINEYARDS LLC |
| Account Number | 1131604615-2 |
| Service Address | 4250 N MONTZ AVE/RESTAURA |
| Customer Class | Commercial |
| Meter Size | 1" |
| Bill Date | 08/18/2025 |
| Past Due Date | 09/03/2025 |

### Account Activity

| | | |
|---|---|---|
| Previous Balance | | $218.87 |
| **Past Due** | **IMMEDIATE PAYMENT OF PAST DUE AMOUNT REQUIRED** | $218.87 |

**This bill has been pro-rated**

| Description | | | Amount |
|---|---|---|---|
| Minimum Charge | | | $30.88 |
| Minimum Charge | | | $29.54 |
| Tier 1 Charge | 58.30 | @ 4.9700 | $29.01 |
| Tier 1 Charge | 44.60 | @ 6.8093 | $30.39 |
| Late Charge | | | $3.28 |
| Water Usage Tax | | | $0.07 |
| Taxes | | | $8.13 |
| **Total Due Now** | | | **$350.17** |

## PLEASE HELP CONSERVE WATER

### Billing Information

| | |
|---|---|
| Days in Bill Cycle | 30 |
| Current Meter Read Date | 8/14/2025 |
| Previous Meter Read Date | 7/15/2025 |

| | Prev Read | Curr Read | Gal. Used in Thousands |
|---|---|---|---|
| Meter Number 55806 | 908.4 | 918.7 | 10.3 |



### Important Message

Copies of Arizona Water Company's 2024 water quality report are now available at the local office shown below or by viewing it on our website at www.azwater.com. Arizona Water Company recommends those customers serving more than one housing unit post a copy of the 2024 water quality report in a conspicuous place.

**\*\*\*URGENT\*\*\* YOUR ACCOUNT HAS A PAST DUE BALANCE. THE PAST DUE AMOUNT REQUIRES IMMEDIATE PAYMENT TO AVOID DISCONNECTION OF SERVICE.**

**This bill is now due and payable**
For payment options visit www.azwater.com or call 1-602-714-8220 to pay by phone.
For information about your bill and surcharges, please visit www.azwater.com. Rates and regulations governed by the Arizona Corporation Commission. For more information, see www.azcc.gov.

---

Please return this portion along with your payment and make check payable to ARIZONA WATER COMPANY

# ARIZONA WATER COMPANY

65 Coffee Pot Drive, Ste. 7
Sedona, AZ 86336
928-282-7092
www.azwater.com



Scan this code to save time and pay your water bill online!

| | |
|---|---|
| **Account Number** | 1131604615-2 |
| **Service Address** | 4250 N MONTZ AVE/RESTAURA |
| **Amount Due** | $350.17 |
| **Bill Date** | 08/18/2025 |
| **This bill is now due and payable** | |
| **PAST DUE DATE** | 09/03/2025 |

**Amount Enclosed**

AWC0818A
9000002295 00.0000.1863 1874/1



SEDONA VINEYARDS LLC
2024 N 7TH ST STE 202
PHOENIX AZ 85006-2533

ARIZONA WATER COMPANY
PO BOX 29098
PHOENIX, AZ 85038-9098

1131604615-200000350171