Theodore P. Witthoft (State Bar No. 021632)
**RUSING LOPEZ & LIZARDI, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, AZ 85254
Telephone: (480) 663-9800
Facsimile: (480) 863-1523
twitthoft@rllaz.com
Attorneys for Beaver Creek Golf Resort, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS LLC,<br><br>Debtor. | Chapter 11<br>Subchapter V<br><br>Case No. 2:24-bk-09126-BMW<br><br>**NOTICE OF FAILURE TO CURE DEFAULT AND LODGING OF ORDER** |

NOTICE IS HEREBY GIVEN that Sedona Vineyards LLC ("Debtor") has failed to cure its default under the terms of the *Order Approving Beaver Creek Settlement and Compromise Pursuant to 9019* entered on April 15, 2025, at docket number 85 ("Settlement Order"). The time to cure under the Settlement Order has expired. Accordingly, pursuant to the Settlement Order, Beaver Creek Golf Resort, LLC has lodged with the Court the form of order attached hereto as Exhibit A with the consent of the Subchapter V Trustee.

Respectfully submitted this 25th day of September, 2025.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Theodore P. Witthoft*
Theodore P. Witthoft
Attorneys for Creditor Beaver Creek
Golf Resort, LLC

COPIES of the foregoing were served September 25, 2025 via the Court's CM/ECF Notification System on all parties that requested notice in this case, including counsel for the Debtor with additional COPIES *e-mailed or mailed by U.S. Mail to the following parties as indicated below:

*Ronald J. Ellett
Ellett Law Offices, P.C.
2999 North 44th Street
Suite 330
Phoenix, AZ 85018
Email: Rjellett@Ellettlaw.Com

*Dawn M. Maguire
Trustee Maguire
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
Email: Trustee@Maguirelawaz.Com

*Patty Chan
Office Of The United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003
Email: Patty.Chan@Usdoj.Gov

By U.S. Mail:

Sedona Vineyards LLC
2024 N. 7th Street, Ste 202
Phoenix, AZ 85006


By:   /s/ Rosalin Sanhadja

# Exhibit A

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS LLC,<br><br><br><br>Debtor. | Chapter 11<br>Subchapter V<br><br>Case No. 2:24-bk-09126-BMW<br><br>**ORDER CONVERTING CASE TO CHAPTER 7** |

On March 10, 2025 Sedona Vineyards LLC ("Debtor") filed its *Motion to Approve Beaver Creek Settlement and Compromise Pursuant to 9019* at docket number 77; on April 15, 2025, the Court entered the *Order Approving Beaver Creek Settlement and Compromise Pursuant to 9019* at docket number 85 ("Settlement Order"); pursuant to the Settlement Order, the Debtor was required to fully pay its obligation to Beaver Creek Golf Resort, LLC ("Beaver Creek") by September 13, 2025; on September 16, 2025, Beaver Creek filed a *Notice of Default* ("Notice of Default") at docket number 107, informing the Court that Debtor had not paid Beaver Creek and was in default; pursuant to the Settlement Order, the Debtor was required to cure the default on or before September 23, 2025 (i.e., seven days

from the date of the Notice of Default); pursuant to the Settlement Order, in the event of Debtor's failure to pay Beaver Creek in full on or before September 23, 2025, an order may be submitted to the Court (which the Debtor consented may be entered by the Court), providing that: (a) the case will be converted to Chapter 7; (b) the Debtor shall immediately vacate the Real Property if instructed by the Chapter 7 Trustee; and (c) the Trustee shall take control of the Real Property if it decides to do so. As the Debtor failed to cure the default on or before September 23, 2025, and remains in default, as evidenced by the signature of counsel for Beaver Creek below; based upon the record before the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

A. The case is hereby converted to a case under Chapter 7 of the Bankruptcy Code;

B. Debtor shall immediately vacate the Real Property if instructed by the Chapter 7 Trustee; and

C. The Chapter 7 Trustee shall take control of the Debtor's Real Property if it decides to do so.

**SIGNED AND DATED ABOVE**

Approved as to form and content:

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Theodore P. Witthoft*
Theodore P. Witthoft
Attorneys for Creditor Beaver Creek
Golf Resort, LLC

**SUBCHAPTER V TRUSTEE**

*/s/ Dawn M. Maguire*
Dawn M. Maguire
Subchapter V Trustee