UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS LLC,<br><br><br>Debtor. | Chapter 11<br>Subchapter V<br><br>Case No. 2:24-bk-09126-BMW<br><br>**ORDER CONVERTING CASE TO CHAPTER 7** |

On March 10, 2025 Sedona Vineyards LLC ("Debtor") filed its *Motion to Approve Beaver Creek Settlement and Compromise Pursuant to 9019* at docket number 77; on April 15, 2025, the Court entered the *Order Approving Beaver Creek Settlement and Compromise Pursuant to 9019* at docket number 85 ("Settlement Order"); pursuant to the Settlement Order, the Debtor was required to fully pay its obligation to Beaver Creek Golf Resort, LLC ("Beaver Creek") by September 13, 2025; on September 16, 2025, Beaver Creek filed a *Notice of Default* ("Notice of Default") at docket number 107, informing the Court that Debtor had not paid Beaver Creek and was in default; pursuant to the Settlement Order, the Debtor was required to cure the default on or before September 23, 2025 (i.e., seven days

from the date of the Notice of Default); pursuant to the Settlement Order, in the event of Debtor's failure to pay Beaver Creek in full on or before September 23, 2025, an order may be submitted to the Court (which the Debtor consented may be entered by the Court), providing that: (a) the case will be converted to Chapter 7; (b) the Debtor shall immediately vacate the Real Property if instructed by the Chapter 7 Trustee; and (c) the Trustee shall take control of the Real Property if it decides to do so. As the Debtor failed to cure the default on or before September 23, 2025, and remains in default, as evidenced by the signature of counsel for Beaver Creek below; based upon the record before the Court, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

A. The case is hereby converted to a case under Chapter 7 of the Bankruptcy Code;

B. Debtor shall immediately vacate the Real Property if instructed by the Chapter 7 Trustee; and

C. The Chapter 7 Trustee shall take control of the Debtor's Real Property if it decides to do so.

**SIGNED AND DATED ABOVE**

Approved as to form and content:

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Theodore P. Witthoft*
Theodore P. Witthoft
Attorneys for Creditor Beaver Creek Golf Resort, LLC

**SUBCHAPTER V TRUSTEE**

*/s/ Dawn M. Maguire*
Dawn M. Maguire
Subchapter V Trustee