Dawn M. Maguire
Subchapter V Trustee
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
Email: Trustee@MaguireLawAZ.com
Phone: (480) 304-8302

Subchapter V Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:24-bk-09126-BMW<br><br>**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR SERVICES RENDERED BY THE SUBCHAPTER V TRUSTEE** |

<u>APPLICATION PERIOD: OCTOBER 28, 2024 THROUGH SEPTEMBER 29, 2025</u>

Dawn M. Maguire, as Subchapter V Trustee ("Trustee"), hereby makes her First and Final Application for Compensation and Reimbursement of Expenses for services rendered in this case ("Application"). In support of this Application, the Trustee submits her billing invoice for fees and costs incurred between the period of October 28, 2024, through September 29, 2025, attached hereto as **Exhibit A**. In further support of this Application, the Trustee represents as follows:

## BACKGROUND

1. On October 25, 2024, Debtor filed a Voluntary Petition under Chapter 7 of the Bankruptcy Code. Thereafter, Dawn Maguire was appointed as Subchapter V Trustee ("Trustee").

2. This is the Trustee's First and Final Application for Compensation and Reimbursement of Expenses as a chapter 11 administrative claim. The Trustee applies for compensation in the amount of $14,706.00 and reimbursement of expenses in the amount of $66.48; for a total compensation and reimbursement amount of $14,772.48.

3. Pursuant to 11 U.S.C. § 330 and in compliance with the UST Guidelines, the Trustee has reviewed this Application and approves the requested amount, and the Trustee has provided this Application to the Debtor.

4. The rates charged by the Trustee are customary rates charged by comparably skilled practitioners and trustees for similar services rendered in comparable bankruptcy proceedings.

5. All services for which compensation is requested were performed for and on behalf of the Trustee; all expenses for which reimbursement is requested were expended for and on behalf of the Trustee. Compensation is sought pursuant to 11 U.S.C. §§ 330(a), 331, and 503(a) and (b), Fed. R. Bankr. P., Rule 2016(a) and the guidelines of the Office of the United States Trustee for the District of Arizona.

6. Except as otherwise provided pursuant to 11 U.S.C. § 504(b)(1) the Trustee has not shared, nor agreed to share, compensation with any other individuals or entities.

7. The Trustee requests the right to supplement this Application if additional fees and costs are incurred.

## SERVICES PERFORMED AND COSTS INCURRED

A. <u>Summary of Services Performed by Category</u>

In compliance with the UST Guidelines, the invoice attached as **Exhibit A** is categorized by specific task. Generally, early in this case, as Trustee I attended all the case hearings and outlined my position to the Court, and worked with the UST to ensure that the Debtor was complying with all guidelines. In addition, the Trustee investigated the acts, conduct, assets, liabilities and financial condition of the Debtor and its business operations, along with the desirability of the continuance of such business. Given that the Debtor maintained control and operation of the business affairs, the Trustee did not take or control any of the Debtor's assets.

<u>Case Administration and Asset Analysis and Recovery (BK02)</u>

The Trustee in this case performed her duties as outline in the Bankruptcy Code and recited above. During the case, the Trustee met with the Debtor on numerous occasions, attended all the hearing in the matter, and worked with the UST regarding any outstanding

issues. The Trustee reviewed all of the pleadings in the case. Additionally, the Trustee reviewed and analyzed the monthly operating reports. The Trustee also submitted the monthly reports to the UST regarding the case activity and the Trustee's role.

The Trustee analyzed the ownership issues regarding the real property and worked with the lender and the Debtor to resolve the ownership transfer and put the real property back in the Debtor's name for control by the bankruptcy estate. The Trustee worked with the Debtor and Lender to evaluate the potential financing options for the case. The Trustee reviewed the limited records of the Debtor, given that the Debtor did not have ongoing operations.

The Trustee also assisted the Lender regarding the outstanding town violations and pre-petition actions regarding the pond. The matters were remedied and therefore resolved.

**Total expended time of 32.2 hours in this category for fees in the amount of $12,236.00.**

Fee/Employment Application (BK07)

During the Application Period, the Trustee expended time preparing and obtaining its approval to act as the Trustee. Additionally, the Trustee expended time in preparation and filing of this Application.

**Total expended time of** 1.8 **hours in this category for fees in the amount of** $684.00.

Meeting of Creditors (BK10)

The Trustee met with the Debtor and the UST prior to the Meeting of Creditors and attended the Meeting of Creditors as well as the IDI with the UST and the Debtor.

**Total expended time of 1.9 hours in this category for fees in the amount of $722.00.**

Plan (BK11)

The Debtor filed the Plan. The Debtor intended on selling the real property in this case and paying off all the creditors in full. Under that theory, the Debtor employed a real estate agent and the Trustee interviewed the real estate agent regarding the value, listing price, and sale options. Unfortunately, the Debtor was not able to secure a buyer, so the Debtor was not able to see the Plan come to fruition.

**Total expended time of 1.5 hours in this category for fees in the amount of $570.00.**

Case 2:24-bk-09126-BMW    Doc 114    Filed 10/03/25    Entered 10/03/25 15:18:28    Desc
Main Document    Page 3 of 18

<u>Relief from Stay Proceedings (BK12)</u>

The Trustee reviewed the claims on the Schedules, and analyzed the estate issues outlined in the Stay Lift and assisted the parties in the settlement negotiations. The Debtor failed to remit payments on the debt, and failed to sell the real property in the agreed upon deadline, and the case was converted to a chapter 7 case.

**Total expended time of 1.3 hours in this category for fees in the amount of $494.00.**

B. <u>Summary of Costs</u>

10. The Trustee seeks reimbursement of costs in the amount of $66.48 as set forth in **Exhibit A**. The Trustee charges $.25 per page for photocopies, $.50 per page for incoming facsimiles, and a flat fee of $.50 for each outgoing facsimile, regardless of the number of pages sent. The Trustee charges its actual costs incurred from outside parties, including, but not limited to, delivery services, transcription fees, process service, postage, long distance telephone charges, computer research, and parking, and requests recover of its expenses for photocopies, messenger services, filing fees, PACER charges, postage, and travel mileage. The Trustee charges $.20 for photocopies, and $0.51 per mile for travel. All expenses incurred to third parties, such as Federal Express, mail, computer research, and parking are limited to the actual amount paid.

**EVALUATING STANDARDS**

Based upon its customary hourly rates, the Trustee incurred fees during the Application Period totaling $14,706.00. In accordance with 11 U.S.C. § 330, this amount was calculated using the hourly rate for professional and paraprofessionals involved. <u>See also</u> <u>In re Yermankov</u>, 718 F.2d 1465, 1471 (9th Cir. 1983) ("the primary method used to determine reasonable attorney's fees in a bankruptcy case is to multiply the number of hours expended by an hourly rate"). This has also been referred to as the "lodestar" or basic fee which, if warranted, can be adjusted upward or downward. In that regard, the Ninth Circuit in <u>Yermankov</u> made specific reference to <u>Johnson v. Georgia Highway Express, Inc</u>. 488 F.2d 713, 717-719(5th Cir. 1974), in which the Firth Circuit listed twelve factors which should be considered in awarding attorneys' fees in bankruptcy cases. <u>See</u> <u>In re Nucorp Energy, Inc.</u> 764

F.2d 655 (9th Cir. 1985). The Ninth Circuit Bankruptcy Appellate Panel concluded that the "lodestar" approach, coupled with consideration of the "Johnson factors" is the appropriate standard to be applied in awarding the fees in a bankruptcy case. See In re Powerine Oil Co., 71 B.R. 767 (9th Cir. 1986). The same standard should be applied to the Subchapter V Trustee review of fees in this matter. Given the unique and discrete issues in this case, the services provided by the Subchapter V Trustee were necessary and complied with the requirements of the Subchapter V Trustee appointment.

Furthermore, based upon the customary compensation charged by comparably skilled practitioners in non-bankruptcy cases, the results obtained within the time frame of this Application and the rates charges for the services performed, the compensation requested is reasonable.

## **CONCLUSION**

11. Based on the foregoing, the Trustee respectfully requests an order of this Court:

   a. approving and allowing the Trustee's total administrative chapter 11 claim for fees in the total sum of $14,706.00;

   b. approving and allowing the Trustee's total administrative chapter 11 claim for costs in the total sum of $66.48;

   c. allowing for the payment of $14,706.00 for fees pursuant to the attached invoice, to Trustee Dawn Maguire provided that payment will not prejudice claimants of equal or higher priority; and

   d. allowing for the payment of $66.48 for costs pursuant to the attached invoice, to Trustee Dawn Maguire provided that payment will not prejudice claimants of equal or higher priority.

Dated: October 3, 2025

**TRUSTEE DAWN MAGUIRE**

*/s/ Dawn M. Maguire*
Dawn M. Maguire
Subchapter V Trustee

**E-FILED** on October 3, 2025, with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** emailed the same date via U.S. Mail to:

Brian J. Mullen
Chapter 7 Trustee

Patty Chan
Office of the United States Trustee
Email: patty.chan@usdoj.gov

Ronald J. Ellett
Ellett Law Offices, P.C.
rjellett@ellettlaw.com
*Debtor's Counsel*

Grant L. Cartwright
gcartwright@maypotenza.com
Andrew A. Harnisch
aharnisch@maypotenza.com
Eric Moats
emoats@maypotenza.com
May, Potenza, Baran & Gillespie, P.C.
*Counsel for:*
*Alta CMTI LLC*
*Alta Civil, LLC dba Alta Arizona*
*Alta Environmental LLC*
*Alta Field Services LLC*
*Alta Land Survey, LLC*
*Alta Survey LLC*
*Sandhill Holdings, LLC*

Theodore P. Witthoft
Rusing Lopez & Lizardi, P.L.L.C.
twitthoft@rllaz.com
*Counsel for Beaver Creek Golf Resort, LLC*

*/s/ Dawn Maguire*

1
2
3
4
5
6
7
8                             Exhibit A
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dawn M. Maguire
Subchapter V Trustee
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
Email: Trustee@MaguireLawAZ.com
Phone: (480) 304-8302

Subchapter V Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| SEDONA VINEYARDS LLC, | Case No. 2:24-bk-09126-BMW |
| Debtor. | |

Applicant: Subchapter V Trustee
Role in this case: Trustee

| | |
|---|---|
| Fees and Expenses Previously Requested | $0 |
| Fees and Expenses Previously Awarded | $0 |
| **Current Application** | |
| Fees Incurred | $14,706.00 |
| Fees Requested | $14,706.00 |
| Expenses Requested | $    66.48 |
| TOTAL Fees & Costs Requested: | $14,772.48 |

| Trustee | Hours | Rate | Total |
|---|---|---|---|
| Dawn M. Maguire | 38.70 | $380.00/hour | $14,706.00 |
| **Averaged Hourly Rate:** | | **$380.00** | |
| **TOTALS** | **38.70** | | **$14,706.00** |

# Maguire Law, PLC

10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
US
Dawn@MaguireLawAZ.com

| | |
|---|---|
| Number | 86 |
| Issue Date | 10/3/2025 |
| Matter | 2000010 - SEDONA VINEYARDS LLC |
| Ledes Id | 2000 |

## Bill To:

2000 - Trustee Maguire

## Time Entries

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| bk07<br>10/28/2024<br>Perform conflicts check for employment, review current and previous case. Draft Verified Statement and provide to P. Chan. | TM | $380.00 | 0.30 | $114.00 |
| bk07<br>10/28/2024<br>Conference with Patty Chan regarding case issues | TM | $380.00 | 0.20 | $76.00 |
| bk07<br>10/29/2024<br>Draft Notice of Appearance | TM | $380.00 | 0.20 | $76.00 |
| bk07<br>10/29/2024<br>Finalize, file and serve pleading. | TM | $380.00 | 0.20 | $76.00 |
| bk02<br>10/29/2024<br>Review docket, and correspondence from D. Griffiths regarding IDI. | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>10/29/2024<br>Review correspondence from L. Korklan regarding DIP accounts | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>10/29/2024<br>Draft correspondence to R. Ellett regarding case involvement | TM | $380.00 | 0.30 | $114.00 |
| bk02<br>10/29/2024<br>Review Addendum and financial documents | TM | $380.00 | 0.40 | $152.00 |
| bk02<br>10/30/2024<br>Review correspondence and documents from meeting of creditors | TM | $380.00 | 0.30 | $114.00 |
| bk02<br>10/31/2024<br>Review Court Order | TM | $380.00 | 0.10 | $38.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| bk02 11/4/2024 Review Notice, calendar accordingly | TM | $380.00 | 0.10 | $38.00 |
| bk02 11/5/2024 Research business | TM | $380.00 | 0.70 | $266.00 |
| bk02 11/7/2024 Review NOA for Beaver Creek Golf Resort | TM | $380.00 | 0.10 | $38.00 |
| bk02 11/7/2024 Review correspondence from UST for missing documents and information. Review file and draft correspondence to R. Ellett regarding same | TM | $380.00 | 0.20 | $76.00 |
| bk02 11/7/2024 Evaluate records provided by Debtor for IDI | TM | $380.00 | 1.00 | $380.00 |
| bk02 11/8/2024 Review Schedules and case documents | TM | $380.00 | 0.50 | $190.00 |
| bk02 11/8/2024 Review correspondence from R. Ellett regarding case strategy | TM | $380.00 | 0.10 | $38.00 |
| bk02 11/12/2024 Review correspondence from R. Ellett. Review issues and evaluate options. Correspondence to R. Ellett regarding status and meeting | TM | $380.00 | 0.30 | $114.00 |
| bk02 11/13/2024 Review issues regarding insurance | TM | $380.00 | 0.10 | $38.00 |
| bk02 11/14/2024 Review insurance records, business documents and investigate business | TM | $380.00 | 0.80 | $304.00 |
| bk10 11/14/2024 Prepare for and attend IDI | TM | $380.00 | 1.10 | $418.00 |
| bk02 11/15/2024 Evaluate Exit Strategy agreement and realistic impact on case | TM | $380.00 | 1.50 | $570.00 |
| bk02 11/18/2024 Draft correspondence to P. Chan | TM | $380.00 | 0.10 | $38.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| bk02<br>11/18/2024<br>Review claims filed by APS | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>11/18/2024<br>Conference with P. Chan regarding hearing | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>11/18/2024<br>Review Amended pleadings | TM | $380.00 | 0.40 | $152.00 |
| bk02<br>11/18/2024<br>Begin evaluation of Motion for Authority to Obtain Credit | TM | $380.00 | 0.50 | $190.00 |
| bk02<br>11/18/2024<br>Review Declaration | TM | $380.00 | 0.20 | $76.00 |
| bk12<br>11/18/2024<br>Review Motion to Maintain Stay | TM | $380.00 | 0.20 | $76.00 |
| bk02<br>11/19/2024<br>Prepare for and attend hearing on Ellett employment application | TM | $380.00 | 0.50 | $190.00 |
| bk02<br>11/19/2024<br>Research stay issues and small business cases v subchapter v cases | TM | $380.00 | 0.50 | $190.00 |
| bk02<br>11/19/2024<br>Conference with Ron Ellett regarding assets, foreclosure and small business case | TM | $380.00 | 0.20 | $76.00 |
| bk02<br>11/19/2024<br>Telephone call to T. Witthoft regarding Beaver Creek foreclosure | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>11/19/2024<br>Telephone call to Patty Chan regarding foreclosure | TM | $380.00 | 0.10 | $38.00 |
| bk12<br>11/19/2024<br>Conference with T. Witthoft regarding case and stay issues | TM | $380.00 | 0.20 | $76.00 |
| bk12<br>11/20/2024<br>Conference with T. Witthoft regarding creditors actions and remedies | TM | $380.00 | 0.30 | $114.00 |
| bk02<br>11/25/2024<br>Telephone call from Patty Chan regarding real property | TM | $380.00 | 0.10 | $38.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| bk10<br>11/26/2024<br>Prepare for and attend Meeting of Creditors | TM | $380.00 | 0.80 | $304.00 |
| bk12<br>11/26/2024<br>Review Motion to Lift Stay and begin research | TM | $380.00 | 0.40 | $152.00 |
| bk02<br>12/3/2024<br>Review case issues | TM | $380.00 | 0.60 | $228.00 |
| bk02<br>12/4/2024<br>Review Objection and outstanding issues regarding real property. Research stay issues and Debtor rights. | TM | $380.00 | 1.80 | $684.00 |
| bk02<br>12/4/2024<br>Review Status Conference report | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>12/12/2024<br>Review Motion to Approve Settlement and Stipulation | TM | $380.00 | 0.40 | $152.00 |
| bk02<br>12/13/2024<br>Review Notice of Filing regarding hearing | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>12/13/2024<br>Review proposed Order | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>12/16/2024<br>Review correspondence from R. Ellett and inventory lists for estate property | TM | $380.00 | 0.40 | $152.00 |
| bk02<br>12/18/2024<br>Conference with Ron Ellett regarding hearing | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>12/18/2024<br>Prepare for and attend hearing on Financing and case status | TM | $380.00 | 1.20 | $456.00 |
| bk02<br>12/31/2024<br>Review case, draft report to UST | TM | $380.00 | 0.30 | $114.00 |
| bk02<br>1/11/2025<br>Evaluate case issues, status, and outstanding invoice | TM | $380.00 | 0.50 | $190.00 |
| bk02<br>1/21/2025<br>Review Monthly Operating Report | TM | $380.00 | 0.10 | $38.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| bk02<br>1/21/2025<br>Review Notice of Hearing and correspondence to R. Volz regarding Jan. 28 hearing | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>1/21/2025<br>Review Monthly Operating Report | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>1/21/2025<br>Review Sedona's response | TM | $380.00 | 0.30 | $114.00 |
| **bk02**<br>1/22/2025<br>Review claim filed by IRS | TM | $380.00 | 0.10 | $38.00 |
| bk11<br>1/22/2025<br>Review Plan, outline issues and concerns | TM | $380.00 | 1.40 | $532.00 |
| bk02<br>1/23/2025<br>Review Reply and research case law on estate's rights to defeat Stay Lift | TM | $380.00 | 1.80 | $684.00 |
| bk11<br>1/23/2025<br>Review Notice | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>1/28/2025<br>Telephone call to Patty Chan regarding expanded powers | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>1/28/2025<br>Telephone call to Ron Ellett regarding estate property | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>1/28/2025<br>Review case, draft report to UST and outline case issues | TM | $380.00 | 0.30 | $114.00 |
| bk02<br>1/28/2025<br>Prepare for and attend stay and settlement hearing. | TM | $380.00 | 1.90 | $722.00 |
| bk02<br>1/30/2025<br>Review communications between R. Ellett, T. Witthoft, and C. Ambrosio | TM | $380.00 | 0.20 | $76.00 |
| bk12<br>1/31/2025<br>Review correspondences from T. Witthoft and R. Ellett regarding stay issues and resolution | TM | $380.00 | 0.20 | $76.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| bk02<br>1/31/2025<br>Analyze claims of the parties, review hearing record, review Stipulated Order and provisions | TM | $380.00 | 0.60 | $228.00 |
| bk02<br>1/31/2025<br>Telephone call to T. Witthoft regarding Stipulated Order | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>1/31/2025<br>Conference with Ron Ellett regarding Stipulated Order and future actions | TM | $380.00 | 0.20 | $76.00 |
| bk02<br>1/31/2025<br>Review correspondence from T. Witthoft and R. Ellett regarding Stipulated Order | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>2/3/2025<br>Telephone call to T. Witthoft | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>2/6/2025<br>Review correspondence and proposed quitclaim deed between the parties | TM | $380.00 | 0.20 | $76.00 |
| bk02<br>2/6/2025<br>Review correspondence from T. Witthoft, and response from R. Ellett, regarding Stipulated Order | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>2/10/2025<br>Conference with T. Witthoft regarding Yavapai County and Lake Montezuma issues. | TM | $380.00 | 0.30 | $114.00 |
| bk02<br>2/10/2025<br>Research Lake Montezuma and impacting issues on case. | TM | $380.00 | 0.70 | $266.00 |
| bk02<br>2/10/2025<br>Investigation with Cushman Wakefield on sale options | TM | $380.00 | 0.60 | $228.00 |
| bk02<br>2/21/2025<br>Review Monthly Operating Report | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>2/22/2025<br>Review settlement proposal from Beaver Creek. Telephone call to T. Witthoft regarding same. | TM | $380.00 | 0.80 | $304.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| bk02<br>2/24/2025<br>Telephone call with T. Witthoft regarding case issues and settlement options | TM | $380.00 | 0.20 | $76.00 |
| bk02<br>2/24/2025<br>Review water rights and discuss same with J. Noble | TM | $380.00 | 0.40 | $152.00 |
| bk02<br>2/25/2025<br>Review case, draft report to UST | TM | $380.00 | 0.20 | $76.00 |
| Tbk02<br>2/26/2025<br>Conference with T. Witthoft regarding real property issues | TM | $380.00 | 0.40 | $152.00 |
| bk02<br>2/26/2025<br>Telephone call to Ron Ellett regarding sale procedures | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>2/28/2025<br>Conference with Patty Chan regarding real property issues | TM | $380.00 | 0.30 | $114.00 |
| bk02<br>2/28/2025<br>Conference with Ron Ellett regarding real property and brokers | TM | $380.00 | 0.20 | $76.00 |
| bk02<br>2/28/2025<br>Draft correspondences to P. Chan, R. Ellett, and T. Witthoft regarding real estate issues | TM | $380.00 | 0.20 | $76.00 |
| bk02<br>3/3/2025<br>Review correspondence between Ron Ellett and Ted Witthoft. Research insurance issues. Review documents. Analyze resolution options. Draft correspondence to R. Ellett regarding same. | TM | $380.00 | 0.70 | $266.00 |
| bk02<br>3/3/2025<br>Review all correspondences regarding insurance between T. Witthoft, P. Chan and R. Ellett. Review all policies and outline differences for confirmation from Debtor. | TM | $380.00 | 0.40 | $152.00 |
| bk02<br>3/3/2025<br>Review final stipulated Order and settlement agreement. Correspondence to both parties regarding acceptance of both documents. | TM | $380.00 | 0.40 | $152.00 |
| bk02<br>3/5/2025<br>Review UST proof of claim | TM | $380.00 | 0.10 | $38.00 |
| Time Entries | Billed By | Rate | Hours | Sub |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| bk02<br>3/21/2025<br>Review correspondence from Scott German regarding property. Research sale listing. Draft response. | TM | $380.00 | 0.40 | $152.00 |
| bk02<br>3/26/2025<br>Review real estate, correspondence to R. Ellett regarding status | TM | $380.00 | 0.20 | $76.00 |
| bk02<br>3/26/2025<br>Review Monthly Operating Report | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>3/29/2025<br>Review case, draft report to UST | TM | $380.00 | 0.20 | $76.00 |
| bk02<br>4/10/2025<br>Conference with Ron Ellett regarding appraisal and case issues | TM | $380.00 | 0.30 | $114.00 |
| bk02<br>4/11/2025<br>Review claim objection | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>4/24/2025<br>Review Monthly Operating Report | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>4/24/2025<br>Draft correspondence to Ron Ellett regarding appraisal | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>4/25/2025<br>Review correspondence from K. Gruden regarding subpoena | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>4/25/2025<br>Draft correspondence to Patty Chan regarding subpoena | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>4/25/2025<br>Review correspondence from T. Witthoft and review issues. Draft response. | TM | $380.00 | 0.20 | $76.00 |
| bk02<br>4/25/2025<br>Review correspondence from Ron Ellett regarding lake | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>4/28/2025<br>Conference with Shawn McCabe regarding case strategy | TM | $380.00 | 0.30 | $114.00 |
| bk02<br>4/28/2025<br>Review case, draft report to UST | TM | $380.00 | 0.10 | $38.00 |

| Time Entries | Billed By | Rate | Hours | Sub |
|---|---|---|---|---|
| bk02<br>4/30/2025<br>Review correspondence from T. Witthoft regarding appraisal. | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>5/13/2025<br>Review correspondence between parties. Review appraisal. | TM | $380.00 | 0.40 | $152.00 |
| bk02<br>5/24/2025<br>Review Monthly Operating Report | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>5/28/2025<br>Review case, draft status update to UST | TM | $380.00 | 0.20 | $76.00 |
| bk02<br>5/30/2025<br>Review case issues and status. Draft correspondence to R. Ellett regarding sale options. | TM | $380.00 | 0.20 | $76.00 |
| bk02<br>6/9/2025<br>Draft correspondence with R. Ellett regarding Listing Agreement | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>7/7/2025<br>Review case, draft report to UST | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>7/7/2025<br>Draft correspondence to R. Ellett regarding real property issues | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>8/31/2025<br>Review case, draft report to UST. Review case and correspondence to Ron Ellett regarding status of sale. | TM | $380.00 | 0.30 | $114.00 |
| bk02<br>9/16/2025<br>Conference with T. Witthoft regarding default issues | TM | $380.00 | 0.10 | $38.00 |
| bk02<br>9/25/2025<br>Review correspondence from T. Witthoft, review Order. Revise and draft response. | TM | $380.00 | 0.30 | $114.00 |
| bk07<br>9/29/2025<br>Review case. Review invoice, draft fee application and prepare to close file given pending conversion. | TM | $380.00 | 0.90 | $342.00 |
| | | Time Entries Total | 38.70 | $14,706.00 |

Expenses

| Expenses | Billed By | Price | Qty | Sub |
|---|---|---|---|---|
| Copying<br>10/29/2024 | TM | $0.20 | 31.00 | $6.20 |
| Copying<br>11/18/2024 | TM | $0.20 | 73.00 | $14.60 |
| Copying<br>11/18/2024 | TM | $0.20 | 40.00 | $8.00 |
| Copying<br>11/18/2024 | TM | $0.20 | 6.00 | $1.20 |
| Copying<br>1/11/2025 | TM | $0.20 | 15.00 | $3.00 |
| Copying<br>1/31/2025 | TM | $0.20 | 11.00 | $2.20 |
| Pacer<br>9/29/2025 | TM | $0.10 | 6.00 | $0.60 |
| Copying<br>9/29/2025 | TM | $0.20 | 52.00 | $10.40 |
| Postage<br>9/29/2025 | TM | $0.78 | 26.00 | $20.28 |
| | | **Expenses Total:** | **260.00** | **$66.48** |

| | |
|---|---|
| Total (USD) | $14,772.48 |
| Paid | $0.00 |
| Balance | $14,772.48 |

## Timekeeper Totals

| Name | Rate | Hours | Total |
|---|---|---|---|
| TM | $380.00 | 38.70 | $14,706.00 |