In re:  Case No. 24-09126-BMW

SEDONA VINEYARDS LLC  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2      User: admin      Page 1 of 4
Date Rcvd: Oct 02, 2025      Form ID: 309D      Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | SEDONA VINEYARDS LLC, 2024 N. 7TH STREET, STE 202, PHOENIX, AZ 85006-2533 |
| aty | + | ANDREW A. HARNISCH, May Potenza Baran & Gillespie, P.C., 1850 N. Central Avenue, Suite 1600, Phoenix, AZ 85004-4633 |
| aty | + | GRANT L. CARTWRIGHT, May, Potenza, Baran & Gillespie, P.C., 1850 N. Central Avenue, Suite 1600, Phoenix, AZ 85004-4633 |
| aty | + | THEODORE P. WITTHOFT, Rusing Lopez & Lizardi, P.L.L.C., 7047 E. Greenway Parkway, Suite 400, Scottsdale, AZ 85254-8120 |
| 17559542 | + | AGAVE ENVIRONMENTAL CONTRACTING, 1634 N. 19TH AVE., PHOENIX AZ 85009-2843 |
| 17551608 | + | ALTA ARIZONA SURVEY ENGINEERING, 7400 WEST DETROIT STREET, SUITE 190, Chandler AZ 85226-2441 |
| 17559543 | + | AQUA TECH SYSTEMS, 12117 PALM COVE ST., FORT MYERS FL 33913-8724 |
| 17559544 | + | ARCHITECTURAL COLLABORATIVE TEAM, 723 EAST DIAMOND DRIVE, TEMPE AZ 85283-3761 |
| 17551610 | + | ARIZONA AMERICAN WATER COMPANY, 18736 CACTUS ROAD, Surprise AZ 85388-5676 |
| 17643302 | + | Alta CMTI, LLC, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643294 | + | Alta CMTI, LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643293 | + | Alta Civil, LLC dba Alta Arizona, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643301 | + | Alta Civil, LLC dba Alta Arizona, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643303 | + | Alta Environmental LLC, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643295 | + | Alta Environmental LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643306 | + | Alta Field Services LLC, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643298 | + | Alta Field Services LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643297 | + | Alta Land Survey, LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643305 | + | Alta Land Survey, LLC, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643296 | + | Alta Survey LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643304 | + | Alta Survey LLC, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17551612 | + | BEAVER CREEK GOLF RESORT LLC, 1645 WEST MOORE ROAD, Tucson AZ 85755-9125 |
| 17551613 | + | CHRISTOPHER AMBROSIO, AMBROSIO LAW LLC, 2525 E. BROADWAY BLVD, SUITE 202, Tucson AZ 85716-5398 |
| 17559545 | + | CIVIL DESIGN & ENGINEERING INC, 7075 W. BELL ROAD, SUITE 9, GLENDALE AZ 85308-8547 |
| 17559546 | | DIXON CONSTRUCTION SERVICES, 2024 N. 7TH ST. SUITE 202, BOULDER CREEK CA 95006 |
| 17551614 | + | DIXON CONSTRUCTION SERVICES, 2701 E. CAMELBACK ROAD, SUITE 175, Phoenix AZ 85016-4332 |
| 17559547 | + | DOUGLAS EDGELOW, 371 E. MONTE VISTA RD., PHOENIX AZ 85004-1438 |
| 17551615 | + | EQUUS GROUP INC., 2024 N. 7TH STREET, SUITE 202, Phoenix AZ 85006-2533 |
| 17551616 | + | EQUUS INVESTMENT CORPORATION, 2024 N. 7TH STREET, SUITE 202, Phoenix AZ 85006-2533 |
| 17551617 | + | HOGUE & ASSOCIATES, 4325 S. 34TH STREET, Phoenix AZ 85040-1807 |
| 17559549 | + | NOVAVINE, 6735 SONOMA HIGHWAY, SANTA ROSA CA 95409-5723 |
| 17559550 | + | PATRICIA EDGELOW, 371 E. MONTE VISTA RD., PHOENIX AZ 85004-1438 |
| 17551620 | + | PERMIT PUSHERS LLC, c/o SHANNON METZGER, 1009 MATTERHORN DRIVE, Lebanon IN 46052-3120 |
| 17559551 | + | RAUCH MILLIKEN INTERNATIONAL, 4400 TRENTON ST #A, METAIRIE LA 70006-6550 |
| 17559552 | + | REMINGTON HOTELS, 14185 DALLAS PKWY #1150, DALLAS TX 75254-4309 |
| 17559553 | + | SAM CIATU, 668 N. COAST HEY. #1123, LAGUNA BEACH CA 92651-1513 |

| | | |
|---|---|---|
| 17643292 | + | Sandhill Holdings, LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643300 | + | Sandhill Holdings, LLC, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17559554 | + | TESLA INC., 1 TESLA ROAD, AUSTIN TX 78725-4400 |
| 17551621 | + | THEODORE P. WITTHOFT, RUSING LOPEZ & LIZARDI PLLC, 16427 N. SCOTTSDALE ROAD, SUITE 200, Scottsdale AZ 85254-1592 |
| 17547625 | + | TRUSTEE MAGUIRE, Dawn M. Maguire, 10115 E. Bell Rd., Ste. 107 #498, Scottsdale, AZ 85260-2189 |
| 17551622 | + | YAVAPAI COUNTY TREASURER, 1015 FAIR STREET, SUITE 209, Prescott AZ 86305-1807 |
| 17559556 | + | YAVAPAI TITLE AGENCY, INC., PO BOX 1900, SIERRA VISTA AZ 85636-1900 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: emoats@maypotenza.com | Oct 02 2025 23:11:00 | Eric Moats, May, Potenza, Baran & Gillespie, P.C., 1850 N. Central Avenue, Suite 1600, Phoenix, AZ 85004-4633 |
| aty | | Email/Text: rjellett@ellettlaw.com | Oct 02 2025 23:10:00 | RONALD J. ELLETT, ELLETT LAW OFFICES, P.C., 2999 North 44th Street, Suite 330, PHOENIX, AZ 85018 |
| tr | + | EDI: QBJMULLEN.COM | Oct 03 2025 02:59:00 | BRIAN J. MULLEN, PO BOX 32247, PHOENIX, AZ 85064-2247 |
| tr | + | EDI: QDMMAGUIRE | Oct 03 2025 02:59:00 | DAWN M. MAGUIRE, Trustee Maguire, 10115 E. Bell Rd., Ste. 107 #498, Scottsdale, AZ 85260-2189 |
| smg | | EDI: AZDEPREV.COM | Oct 03 2025 02:59:00 | AZ DEPARTMENT OF REVENUE, BANKRUPTCY & LITIGATION, 1600 W. MONROE, 7TH FL., PHOENIX, AZ 85007-2650 |
| 17551609 | + | Email/Text: bankruptcy2006@apsc.com | Oct 02 2025 23:11:33 | APS, PO BOX 53933, Phoenix AZ 85072-3933 |
| 17551611 | | EDI: AZDEPREV.COM | Oct 03 2025 02:59:00 | ARIZONA DEPARTMENT OF REVENUE, 1600 W. MONROE, SEVENTH FLOOR, Phoenix AZ 85007 |
| 17573868 | + | EDI: AZDEPREV.COM | Oct 03 2025 02:59:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546 |
| 17643353 | + | Email/Text: emoats@maypotenza.com | Oct 02 2025 23:11:00 | Alta CMTI, LLC, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643352 | + | Email/Text: emoats@maypotenza.com | Oct 02 2025 23:11:00 | Alta Civil, LLC dba Alta Arizona, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643354 | + | Email/Text: emoats@maypotenza.com | Oct 02 2025 23:11:00 | Alta Environmental LLC, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643357 | + | Email/Text: emoats@maypotenza.com | Oct 02 2025 23:11:00 | Alta Field Services LLC, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643356 | + | Email/Text: emoats@maypotenza.com | Oct 02 2025 23:11:00 | Alta Land Survey, LLC, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643355 | + | Email/Text: emoats@maypotenza.com | Oct 02 2025 23:11:00 | Alta Survey LLC, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17551619 | + | EDI: IRS.COM | Oct 03 2025 02:59:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 17643351 | + | Email/Text: emoats@maypotenza.com | Oct 02 2025 23:11:00 | Sandhill Holdings, LLC, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 (PO BOX 7346, Philadelphia PA 19101-7346) |
| 17665507 | + | Email/Text: ustpregion14.px.ecf@usdoj.gov | Oct 02 2025 23:11:00 | United States Trustee, 230 N 1st Ave #204, Phoenix, AZ 85003-0605 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| tr | | ZCHAPTER 11 FMC |
| cr | | Beaver Creek Golf Resort, LLC |
| 17556330 | | Beaver Creek Golf Resort, LLC |
| 17559548 | | EARTRUMPET CONSULTING, 12 ETHEL STREET, MALVERN VIC 3144 |
| aty | *+ | DAWN M. MAGUIRE, Trustee Maguire, 10115 E. Bell Rd., Ste. 107 #498, Scottsdale, AZ 85260-2189 |
| cr | *+ | Alta CMTI LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| cr | *+ | Alta Civil, LLC dba Alta Arizona, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| cr | *+ | Alta Environmental LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| cr | *+ | Alta Field Services LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| cr | *+ | Alta Land Survey, LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| cr | *+ | Alta Survey LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| cr | *+ | Sandhill Holdings, LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17551618 | ##+ | INNES CONSTRUCTION LLC, 7807 E. HUBBELL STREET, Scottsdale AZ 85257-2205 |
| 17559555 | ##+ | THE GALLOWAY GROUP, 2222 MARTIN, SUITE 210, IRVINE CA 92612-1419 |

TOTAL: 4 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2025   Signature:   /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW A. HARNISCH | on behalf of Creditor Alta Land Survey  LLC aharnisch@maypotenza.com, mgiordano@maypotenza.com |
| ANDREW A. HARNISCH | on behalf of Creditor Alta Field Services LLC aharnisch@maypotenza.com  mgiordano@maypotenza.com |

| | |
|---|---|
| ANDREW A. HARNISCH | on behalf of Creditor Alta Civil  LLC dba Alta Arizona aharnisch@maypotenza.com, mgiordano@maypotenza.com |
| ANDREW A. HARNISCH | on behalf of Creditor Alta Survey LLC aharnisch@maypotenza.com  mgiordano@maypotenza.com |
| ANDREW A. HARNISCH | on behalf of Creditor Alta Environmental LLC aharnisch@maypotenza.com  mgiordano@maypotenza.com |
| ANDREW A. HARNISCH | on behalf of Creditor Alta CMTI LLC aharnisch@maypotenza.com  mgiordano@maypotenza.com |
| ANDREW A. HARNISCH | on behalf of Creditor Sandhill Holdings  LLC aharnisch@maypotenza.com, mgiordano@maypotenza.com |
| BRIAN J. MULLEN | bmullen@ecf.axosfs.com |
| DAWN M. MAGUIRE | Trustee@MaguireLawAZ.com DMaguire@ecf.axosfs.com |
| DAWN M. MAGUIRE | on behalf of Trustee DAWN M. MAGUIRE Trustee@MaguireLawAZ.com  DMaguire@ecf.axosfs.com |
| Eric Moats | on behalf of Creditor Sandhill Holdings  LLC emoats@maypotenza.com, mgiordano@maypotenza.com |
| Eric Moats | on behalf of Creditor Alta Land Survey  LLC emoats@maypotenza.com, mgiordano@maypotenza.com |
| Eric Moats | on behalf of Creditor Alta Civil  LLC dba Alta Arizona emoats@maypotenza.com, mgiordano@maypotenza.com |
| Eric Moats | on behalf of Creditor Alta Environmental LLC emoats@maypotenza.com  mgiordano@maypotenza.com |
| Eric Moats | on behalf of Creditor Alta Survey LLC emoats@maypotenza.com  mgiordano@maypotenza.com |
| Eric Moats | on behalf of Creditor Alta Field Services LLC emoats@maypotenza.com  mgiordano@maypotenza.com |
| Eric Moats | on behalf of Creditor Alta CMTI LLC emoats@maypotenza.com  mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Alta Civil  LLC dba Alta Arizona gcartwright@maypotenza.com, mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Sandhill Holdings  LLC gcartwright@maypotenza.com, mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Alta Field Services LLC gcartwright@maypotenza.com  mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Alta Survey LLC gcartwright@maypotenza.com  mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Alta CMTI LLC gcartwright@maypotenza.com  mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Alta Land Survey  LLC gcartwright@maypotenza.com, mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Alta Environmental LLC gcartwright@maypotenza.com  mgiordano@maypotenza.com |
| PATTY CHAN | on behalf of U.S. Trustee U.S. TRUSTEE patty.chan@usdoj.gov |
| RONALD J. ELLETT | on behalf of Debtor SEDONA VINEYARDS LLC rjellett@ellettlaw.com  ellettecfnotice@gmail.com |
| THEODORE P. WITTHOFT | on behalf of Creditor Beaver Creek Golf Resort  LLC twitthoft@rllaz.com, rsanhadja@rllaz.com |

TOTAL: 27

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | SEDONA VINEYARDS LLC <br> Name | EIN: | 88–3659060 |
| United States Bankruptcy Court  District of Arizona | | Date case filed in chapter: | 11  10/25/24 |
| Case number: 2:24-bk-09126-BMW | | Date case converted to chapter: | 7  10/2/25 |

Official Form 309D (For Corporations or Partnerships)

## Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set   10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Your case could be dismissed if you fail to appear at the meeting of creditors or if you do not provide photo identification and proof of social security number to the trustee at the meeting.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

**To protect your rights, consult an attorney. The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | SEDONA VINEYARDS LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2024 N. 7TH STREET, STE 202 <br> PHOENIX, AZ 85006 | |
| 4. | **Debtor's attorney** <br> Name and address | RONALD J. ELLETT <br> ELLETT LAW OFFICES, P.C. <br> 2999 North 44th Street <br> Suite 330 <br> PHOENIX, AZ 85018 | Contact phone 602–235–9510 <br> Email: rjellett@ellettlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | BRIAN J. MULLEN <br> PO BOX 32247 <br> PHOENIX, AZ 85064 | Contact phone 602–283–4468 <br> Email: bmullen@bktrustee.phxcoxmail.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | **U.S. Bankruptcy Court, Arizona** <br> **230 North First Avenue, Suite 101** <br> **Phoenix, AZ 85003–1727** | Office Hours: <br> 8:30 am – 4:00 pm Monday–Friday <br><br> Contact Phone: (602) 682–4000 <br> Date: 10/2/25 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **November 4, 2025 at 03:30 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 594 571 2629, and Passcode 9522364765, OR call 1–602–855–9173** |
| | | **For additional meeting information go to https://www.justice.gov/ust/moc** | |

**For more information, see page 2 >**

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**   page 1

Debtor **SEDONA VINEYARDS LLC**     Case number **2:24–bk–09126–BMW**

| | | |
|---|---|---|
| 8. | **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim Filing deadline: 12/11/25 (except governmental units):**<br><br>**Deadline for governmental units to file a proof**    **Filing deadline: 3/31/26**<br>**of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 10. | **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. |

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**     page **2**

Case 2:24-bk-09126-BMW    Doc 117    Filed 10/02/25    Entered 10/04/25 21:38:53    Desc
Imaged Certificate of Notice    Page 6 of 6