United States Bankruptcy Court

District of Arizona

In re:                                                                                      Case No. 24-09126-BMW

SEDONA VINEYARDS LLC                                                  Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:
**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2025:**

**Recip ID            Recipient Name and Address**
db                +   SEDONA VINEYARDS LLC, 2024 N. 7TH STREET, STE 202, PHOENIX, AZ 85006-2533

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2025                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2025 at the address(es) listed below:**

**Name                           Email Address**

ANDREW A. HARNISCH

         on behalf of Creditor Alta Survey LLC aharnisch@maypotenza.com  mgiordano@maypotenza.com

ANDREW A. HARNISCH

         on behalf of Creditor Alta Environmental LLC aharnisch@maypotenza.com  mgiordano@maypotenza.com

ANDREW A. HARNISCH

         on behalf of Creditor Alta CMTI LLC aharnisch@maypotenza.com  mgiordano@maypotenza.com

ANDREW A. HARNISCH

         on behalf of Creditor Sandhill Holdings  LLC aharnisch@maypotenza.com, mgiordano@maypotenza.com

ANDREW A. HARNISCH

         on behalf of Creditor Alta Land Survey  LLC aharnisch@maypotenza.com, mgiordano@maypotenza.com

ANDREW A. HARNISCH

         on behalf of Creditor Alta Field Services LLC aharnisch@maypotenza.com  mgiordano@maypotenza.com

District/off: 0970-2

Date Rcvd: Oct 02, 2025

User: admin

Form ID: o11fldoc

Page 2 of 2

Total Noticed: 1

ANDREW A. HARNISCH

on behalf of Creditor Alta Civil  LLC dba Alta Arizona aharnisch@maypotenza.com, mgiordano@maypotenza.com

BRIAN J. MULLEN

bmullen@ecf.axosfs.com

DAWN M. MAGUIRE

on behalf of Trustee DAWN M. MAGUIRE Trustee@MaguireLawAZ.com  DMaguire@ecf.axosfs.com

DAWN M. MAGUIRE

Trustee@MaguireLawAZ.com  DMaguire@ecf.axosfs.com

Eric Moats

on behalf of Creditor Alta Environmental LLC emoats@maypotenza.com  mgiordano@maypotenza.com

Eric Moats

on behalf of Creditor Alta Survey LLC emoats@maypotenza.com  mgiordano@maypotenza.com

Eric Moats

on behalf of Creditor Alta Field Services LLC emoats@maypotenza.com  mgiordano@maypotenza.com

Eric Moats

on behalf of Creditor Alta CMTI LLC emoats@maypotenza.com  mgiordano@maypotenza.com

Eric Moats

on behalf of Creditor Sandhill Holdings  LLC emoats@maypotenza.com, mgiordano@maypotenza.com

Eric Moats

on behalf of Creditor Alta Land Survey  LLC emoats@maypotenza.com, mgiordano@maypotenza.com

Eric Moats

on behalf of Creditor Alta Civil  LLC dba Alta Arizona emoats@maypotenza.com, mgiordano@maypotenza.com

GRANT L. CARTWRIGHT

on behalf of Creditor Alta Survey LLC gcartwright@maypotenza.com  mgiordano@maypotenza.com

GRANT L. CARTWRIGHT

on behalf of Creditor Alta CMTI LLC gcartwright@maypotenza.com  mgiordano@maypotenza.com

GRANT L. CARTWRIGHT

on behalf of Creditor Alta Land Survey  LLC gcartwright@maypotenza.com, mgiordano@maypotenza.com

GRANT L. CARTWRIGHT

on behalf of Creditor Alta Environmental LLC gcartwright@maypotenza.com  mgiordano@maypotenza.com

GRANT L. CARTWRIGHT

on behalf of Creditor Alta Civil  LLC dba Alta Arizona gcartwright@maypotenza.com, mgiordano@maypotenza.com

GRANT L. CARTWRIGHT

on behalf of Creditor Sandhill Holdings  LLC gcartwright@maypotenza.com, mgiordano@maypotenza.com

GRANT L. CARTWRIGHT

on behalf of Creditor Alta Field Services LLC gcartwright@maypotenza.com  mgiordano@maypotenza.com

PATTY CHAN

on behalf of U.S. Trustee U.S. TRUSTEE patty.chan@usdoj.gov

RONALD J. ELLETT

on behalf of Debtor SEDONA VINEYARDS LLC rjellett@ellettlaw.com  ellettecfnotice@gmail.com

THEODORE P. WITTHOFT

on behalf of Creditor Beaver Creek Golf Resort  LLC twitthoft@rllaz.com, rsanhadja@rllaz.com

TOTAL: 27

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:                                              Case No.: 2:24−bk−09126−BMW

SEDONA VINEYARDS LLC                                Chapter: 7
2024 N. 7TH STREET, STE 202
PHOENIX, AZ 85006
SSAN:
EIN: 88−3659060

Debtor(s)

## ORDER TO FILE DOCUMENTS

   The above captioned case having been converted from a case under Chapter 11 to a case under Chapter 7, IT IS
ORDERED that the debtor file the following documents within the time limits specified.

   1. A supplemental mailing list containing the names and addresses of any creditors not previously listed, to
      include any creditors which are to be listed on the schedule of unpaid debts. The supplemental mailing list is
      to be filed no later than seven days from the date of conversion. Should the supplemental mailing list not be
      timely filed, debtor shall have the responsibility and duty to give notice to any creditors listed thereon.

   2. A schedule of unpaid debts incurred during the Chapter 11 proceeding within 14 days of the date of
      conversion.

   3. Amended schedules: A − Real Property and B − Personal Property listing those assets as of the date of
      conversion to Chapter 7 within 14 days of the date of conversion.

   4. If the conversion was after confirmation of plan, the debtor shall file:
      A.   a schedule of property acquired after the filing of the petition;
      B.   a schedule of unpaid debts incurred after confirmation and;
      C.   a schedule of executory contracts and unexpired leases entered or assumed after the filing of the petition.

   5. A final report and account to include an accounting of all assets listed in the Chapter 11 schedules and a
      complete inventory of all assets remaining at the time of conversion within 30 days of the date of conversion.

   NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

Date: October 2, 2025                               BY THE COURT


Address of the Bankruptcy Clerk's Office:           **Honorable Brenda Moody Whinery**
U.S. Bankruptcy Court, Arizona                      United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov