*TERRY A. DAKE, LTD.*
P.O. Box 9134
Phoenix, Arizona 85068-9134
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| SEDONA VINEYARDS, LLC; | ) | Case No. 2:24-BK-09126-BMW |
| | ) | |
| Debtor. | ) | |

**NOTICE OF LODGING ORDER**

      Please take notice that the attached order has been lodged with the Court.

      DATED October 7, 2025.

                              *TERRY A. DAKE, LTD.*

                              By /s/ TD009656
                                 Terry A. Dake
                                 P.O. Box 9134
                                 Phoenix, Arizona 85068-9134

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| SEDONA VINEYARDS, LLC; | ) | Case No. 2:24-BK-09126-BMW |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER GRANTING APPLICATION TO
RETAIN ATTORNEY FOR THE ESTATE**

An Application To Retain Attorney For The Estate having been submitted to the Court, and

Good cause appearing therefrom.

**IT IS HEREBY ORDERED** appointing ***TERRY A. DAKE, LTD.*** as attorney for the trustee pursuant to 11 U.S.C. §330(a)(1) and Bankruptcy Rule 2016(a).

**IT IS FURTHER ORDERED** that approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the Court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the Court must have an opportunity to review any objections which any party may have. The Court may also consider the application in the absence of

1 | any objections, and may adjust the fees according to the merits of the
2 | particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

**DATED AND SIGNED ABOVE.**

2