THIS ORDER IS APPROVED.

Dated: October 8, 2025

Brenda Moody Whinery, Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Chapter 7 Proceedings |
| ) | |
| SEDONA VINEYARDS, LLC; ) | Case No. 2:24-BK-09126-BMW |
| ) | |
| Debtor. ) | |
| ) | |

**ORDER GRANTING APPLICATION TO
RETAIN ATTORNEY FOR THE ESTATE**

An Application To Retain Attorney For The Estate having been submitted to the Court, and

Good cause appearing therefrom.

**IT IS HEREBY ORDERED** appointing *TERRY A. DAKE, LTD.* as attorney for the trustee pursuant to 11 U.S.C. §330(a)(1) and Bankruptcy Rule 2016(a).

**IT IS FURTHER ORDERED** that approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the Court. Any request for a professional fee must be made separately, by a detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the Court must have an opportunity to review any objections which any party may have. The Court may also consider the application in the absence of

any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

**DATED AND SIGNED ABOVE.**