Dawn M. Maguire
Subchapter V Trustee
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
Email: Trustee@MaguireLawAZ.com
Phone: (480) 304-8302

Subchapter V Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In re: | Chapter 7 |
|---|---|
| SEDONA VINEYARDS LLC, | Case No. 2:24-bk-09126-BMW |
| Debtor. | **CERTIFICATE OF SERVICE AND NO OBJECTIONS RE FIRST AND FINAL FEE APPLICATION FOR THE SUBCHAPTER V TRUSTEE AS A CHAPTER 11 ADMINISTRATIVE CLAIM** |

Dawn M. Maguire, as Subchapter V Trustee ("Trustee") in this case, hereby files this Certificate of Service and No Objections Re First and Final Fee Application for the Subchapter V Trustee as a chapter 11 administrative claim, to certify as follows:

1. On October 3, 2025, I caused the *First and Final Application for Subchapter V Trustee as a chapter 11 administrative claim* ("Application") and *Bar Date Notice of Filing First and Final Application for Subchapter V Trustee as a chapter 11 administrative claim* ("Notice") to be served via email the following parties:

Brian J. Mullen
Chapter 7 Trustee

Patty Chan
Office of the United States Trustee
Email: patty.chan@usdoj.gov

Ronald J. Ellett
Ellett Law Offices, P.C.
rjellett@ellettlaw.com
*Debtor's Counsel*

Grant L. Cartwright
gcartwright@maypotenza.com
Andrew A. Harnisch
aharnisch@maypotenza.com
Eric Moats
emoats@maypotenza.com
May, Potenza, Baran & Gillespie, P.C.
*Counsel for:*
*Alta CMTI LLC*
*Alta Civil, LLC dba Alta Arizona*
*Alta Environmental LLC*
*Alta Field Services LLC*
*Alta Land Survey, LLC*
*Alta Survey LLC*
*Sandhill Holdings, LLC*

Theodore P. Witthoft
Rusing Lopez & Lizardi, P.L.L.C.
twitthoft@rllaz.com
*Counsel for Beaver Creek Golf Resort, LLC*

2. On October 3, 2025, I caused to be served all parties on the Debtor's master mailing list by first class mail with copies of the *Bar Date Notice of Filing First and Final Application for Subchapter V Trustee as a chapter 11 administrative claim* ("Notice").

3. I caused the Notice to be mailed to all parties on the Debtor's Master Mailing List, which was attached as Exhibit A, pursuant to LR 2002-1(f) to the *Affidavit Of Mailing* filed on October 3, 2025. See docket number 116.

4. Pursuant to the Notice and Application, all parties in interest were provided with 21 days within which to object to the Application.

5. More than 24 days have passed since service of the Notice.

6. The Trustee has received no objection to the Application and no objection appears on the Bankruptcy Court docket in this case.

/////

/////

As no party has timely objected to the Application, the Trustee requests that the Court enter an Order approving the Application.

DATED: November 20, 2025

**TRUSTEE DAWN MAGUIRE**

*/s/ Dawn M. Maguire*
Dawn M. Maguire
Subchapter V Trustee

**E-FILED** on November 20, 2025, with the U.S. Bankruptcy Court and copies served via ECF notice on all parties that have appeared in the case.

**COPY** e-mailed the same date to:

Brian J. Mullen
Chapter 7 Trustee

TERRY A. DAKE
Terry A. Dake, Ltd
tdake@cox.net
*Attorney for Trustee Mullen*

Patty Chan
Office of the United States Trustee
Email: patty.chan@usdoj.gov

Ronald J. Ellett
Ellett Law Offices, P.C.
rjellett@ellettlaw.com
*Debtor's Counsel*

Theodore P. Witthoft
Rusing Lopez & Lizardi, P.L.L.C.
twitthoft@rllaz.com
*Counsel for Beaver Creek Golf Resort, LLC*

| 1 | Grant L. Cartwright |
| --- | --- |
| | gcartwright@maypotenza.com |
| 2 | Andrew A. Harnisch |
| | aharnisch@maypotenza.com |
| 3 | Eric Moats |
| | emoats@maypotenza.com |
| 4 | May, Potenza, Baran & Gillespie, P.C. |
| 5 | *Counsel for:* |
| | *Alta CMTI LLC* |
| 6 | *Alta Civil, LLC dba Alta Arizona* |
| | *Alta Environmental LLC* |
| 7 | *Alta Field Services LLC* |
| | *Alta Land Survey, LLC* |
| 8 | *Alta Survey LLC* |
| 9 | *Sandhill Holdings, LLC* |
| 10 | |
| | /s/ Dawn Maguire |