Dawn M. Maguire
Subchapter V Trustee
10115 E. Bell Rd,. Ste. 107 #498
Scottsdale, AZ 85260
Phone: (480) 304-8300
Email: Trustee@MaguireLawAZ.com

Subchapter V Trustee

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 2:24-bk-09126-BMW<br><br>**CHAPTER 11 SUBCHAPTER V TRUSTEE'S REPORT OF NO DISTRIBUTION** |

Chapter 11 Subchapter V Trustee's Report of No Distribution[1]

Chapter 11 Subchapter V Trustee's Report of No Distribution in a converted case. Funds Collected: $0.00. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 13 months. Assets Abandoned (without deducting any secured claims): $0, Assets Exempt: Not Applicable, Claims Scheduled: $0, Claims Asserted: $0, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable.

Date: November 20, 2025

By:     /s/ Dawn M. Maguire
              Subchapter V Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[1] UST Form 101-11(V)-NDR C