Donald W. Hudspeth (012198)
John M. Powers, Esq. (023411)
**THE LAW OFFICES OF DONALD W. HUDSPETH, P.C.**
3200 N. Central Avenue, Suite 2500
Phoenix, Arizona 85012
Telephone: 602.265.7997
Facsimile: 602.265.6099
don@azbuslaw.com
jmp@azbuslaw.com
amb@azbuslaw.com
Court@azbuslaw.com
Attorneys for Peggy Regehr

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 Proceeding |
| Sedona Vineyards, LLC; | Case No. 2:24-bk-09126-BMW |
| Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Attorneys Donald W. Hudspeth and John M. Powers of the Law Offices of Donald W. Hudspeth, P.C., hereby enters their appearance as counsel for Peggy Regehr in the above-captioned bankruptcy proceeding.

Pursuant to Section 1109(b) of the United States Bankruptcy Code and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure), it is respectfully requested that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

**John M. Powers, Esq.
Donald W. Hudspeth, Esq.
Law Offices of Donald W. Hudspeth, P.C.
3200 N Central Avenue, Suite 2500**

Phoenix, AZ 85012-2445
Telephone: 602.265.7997
don@azbuslaw.com
jmp@azbuslaw.com
amb@azbuslaw.com
court@azbuslaw.com

This request includes all notices, copies, and pleadings referred to in Bankruptcy Rules 2002, 3017, and 9007, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings, or requests, whether formal or informal.

A Proof of Claim will be filed by the deadline.

RESPECTFULLY SUBMITTED this 24th day of November 2025.

| | |
|---|---|
| **THE LAW OFFICES OF DONALD W. HUDSPETH, P.C.** | **THE LAW OFFICES OF DONALD W. HUDSPETH, P.C.** |
| */s/ John M. Powers* | */s/ Donald W. Hudspeth* |
| John M Powers, Esq. | Donald W. Hudspeth, Esq. |
| Attorney for Peggy Regehr | Attorney for Peggy Regehr |

### **CERTIFICATE OF SERVICE**

I, Afton M. Buse, certify that on this 24th day of November 2025, an ORIGINAL of the foregoing document was E-FILED via the CM/ECF system and to the parties and attorneys of record.

By: */s/ Afton M. Buse*
Afton M. Buse, C.P. Senior Litigation Paralegal