# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 7 |
| SEDONA VINEYARDS LLC, | Case No. 2:24-bk-09126-BMW |
| Debtor. | **ORDER APPROVING FIRST AND FINAL FEE APPLICATION FOR THE SUBCHAPTER V TRUSTEE** |

Upon the Court's consideration of the *First and Final Fee Application for the Subchapter V Trustee* ("Application") (Dkt. 114) and the Bar Date *Notice of Filing First and Final Application for the Subchapter V Trustee* (Dkt. 115), both filed by Trustee Maguire (the "Sub V Trustee"), no objections having been filed, as evidenced by the *Certificate of Service and No Objections Re: First and Final Fee Application For the Subchapter V Trustee* (Dkt. 123), and good cause appearing;

**IT IS HEREBY ORDERED** approving the Application and allowing the total chapter 11 administrative claim for fees in the total sum of $14,706.00, and the total chapter 11 administrative claim for costs in the total sum of $66.48.

**IT IS FURTHER ORDERED** allowing for the payment of $14,706.00 for fees, plus $66.48 for costs, for the chapter 11 administrative claim to Trustee Dawn Maguire, and that the allowed Chapter 11 administrative expense claim is subject to payment by the Chapter 7 Trustee upon approval of the Chapter 7 Trustee's Final Report and distribution by the Chapter 7 Trustee.

**DATED AND SIGNED ABOVE**