Ronald J. Ellett (Bar No. 012697)
Ellett Law Offices, P.C.
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510
Facsimile: (602) 235-9098

*Attorney for **Debtor***

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS, LLC,<br><br><br>Debtor. | In Proceedings Under Chapter 11, Subchapter V<br><br>Case No. 2:24-bk-09126-BMW<br><br>**CHAPTER 11 DEBTOR'S COUNSEL'S FIRST AND FINAL FEE APPLICATION** |

Debtor's counsel hereby files its First and Final Application for Allowance of Fees ("Application"). This Application is supported by the attached detailed invoice. The Application of Ronald J. Ellett respectfully represents:

**BACKGROUND:**

1. Applicant is an attorney authorized to practice law in the State of Arizona and in the Federal Courts of that state.

2. This Application seeks allowance of compensation for professional services rendered by Applicant.

3. All services for which compensation is requested by this application were performed for and on behalf of Sedona Vineyards, LLC ("Debtor") and not on behalf of any committee, creditor or other person.

4. An itemized summary of the services rendered by Applicant from January 22, 2025, through September 30, 2025, is attached and is incorporated by this reference (**Exhibit A**).

5. Ronald J. Ellett is the primary attorney whose hourly services are billed. Mr. Ellett was admitted to the bar in 1989. The Ninth Circuit has explained the intent of Congress in enacting 11 U.S.C. §330 is "...to compensate attorneys and other professionals serving in cases under title 11

at the same rate as the attorney or other professional would be compensated for performing comparable services other than in a case under title 11"*Manoa Finance Company, Inc. v. Klenske*, 853 F.2d 687,690 (9th Cir. 1988) citing 124 Cong. Rec. 33,994 (1978). Undersigned's standard hourly rate for non-bankruptcy matters is $595.00. Further, my non-title 11 practice is substantial and established. The collected fees for non-title 11 matters has averaged over $100,000.00 per year for the past decade.

6. 11 U.S.C. §330(a)(3)(E) mandates that the court should consider counsel's demonstrated skill and expertise in bankruptcy. Counsel has been actively practicing bankruptcy for 23 years. His cases have established the following legal precedents in this district: *Sternberg v. Johnston*, 582 F.3d 1114 (9th Cir. 2009); *In re Brown*, 484 F.3d 1116 (9th Cir.2007); *In re Bliemeister*, 296 F.3d 858 (9th Cir. 2002); *Jinro America Inc. v. Secure Investments, Inc*., 266 F.3d 993 (9th Cir. 2001)*; In re Smith*, 352 B.R. 702 (9th Cir. BAP 2006); *In re Peralta*, 317 B.R. 381 (9th Cir. BAP 2004)*;In re Smith*, 293 B.R. 220 (9th Cir. BAP 2003); *North v. Winterthur Assurances*, 2003 Bankr. LEXIS 829 (BAP 9th Cir. 2003) reversing *In re North*, 279 B.R. 845 (Bkrtcy. D. Ariz., 2002); *In re Johnston*, 321 B.R. 262 (D.Ariz. 2005) reversing *In re Johnston*, 308 B.R. 469 (Bkrtcy. D. Ariz., 2003); Counsel has also obtained the following published decisions from the Arizona Bankruptcy Courts: *In re Castro*, 285 B.R. 703 (Bkrtcy. D. Ariz., 2002); *In re Bliemeister*, 251 B.R. 383 (Bkrtcy.D.Ariz., 2000); *In re Scroggins*, 209 B.R. 727 (Bkrtcy. D. Ariz.,1997); *In re Hobbs*, 204 B.R. 994 (Bkrtcy. D. Ariz. 1997); *In re Boardwalk Partners*, 171 B.R. 87 (Bkrtcy. D. Ariz., 1994). Counsel also had the opportunity to successfully argue before the Arizona Supreme Court on a certified question from the bankruptcy court *In re Smith*, 209 Ariz. 343, 101 P.3d 637 (2004). Counsel has also prevailed in a number of matters that resulted in slip opinions in West Law which, for brevity, will not be cited.

7. Counsel has received pre-petition payments of $15,000.00 for this Chapter 11 bankruptcy proceeding. The $15,000.00 was used to pay the filing fee of $1,738.00 and the pre-petition attorney fees of $4,913.00. The balance of $8,349.00 is in undersigned counsel's Trust Account.

Case 2:24-bk-09126-BMW    Doc 129    Filed 12/11/25    Entered 12/11/25 12:00:16    Desc
Main Document    Page 2 of 7

*ELLETT LAW OFFICES, P.C.*
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510

8. The total attorney's fees for this Application are $87,759.30 (fees of $87,745.50 and costs of $13.80).

9. Except as set forth above, Applicant has received no other payment and no promises for payment from any source for services rendered in any capacity whatsoever in connection with this case and there is no agreement or understanding between Applicant and any other person for the sharing of compensation to be received for services rendered in this case.

10. Applicant submits that the reasonable value of the services rendered by him, as attorney for the Debtor, for this Application is $87,759.30 (fees of $87,745.50 and costs of $13.80).

11. This fee Application with exhibits has been provided for advance approval to the Debtor.

**WHEREFORE**, Applicant requests that $87,759.30 (fees of $87,745.50 and costs of $13.80) be approved with the sum of $8,349.00 to be paid from counsel's Trust Account.

**SUMMARY SHEET:**

Total Compensation Requested: $87,759.30 (fees of $87,745.50 and costs of $13.80).

Total Compensation Previously Paid Post-Petition: $0.00. Pre-petition, counsel received $15,000.00. Attorney fees of $4,913.00 and the filing fee of $1,738.00 were paid pre-petition and the balance of $8,349.00 is held in counsel's Trust Account. The source of the $15,000.00 was Douglas Edgelow.

Name of Attorney and Rate: Ronald J. Ellett, $595.00 per hour (standard rate for bankruptcy and non-bankruptcy matters).

| **Name** | **Year Admitted** | **Rate** | **Hours** | **Amount** |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | $595.00 | 99.6 | $ 59,262.00 |
| Ashley Lannon | Paralegal | $255.00 | 76.2 | $ 19,431.00 |
| Kaitlyn Gruden | Paralegal | $255.00 | 34.7 | $ 8,848.50 |
| Alyssa Prado | Paralegal | $255.00 | 0.8 | $ 204.00 |
| Total Fees | | | 211.3 | $ 87,745.50 |
| Total Costs | | | | $ 13.80 |
| Total Fees and Costs | | | | $ 87,759.30 |

**CASE STATUS:**

A. <u>Unencumbered Funds.</u>

The Debtor's funds are subject to a cash collateral stipulation and order.

B. <u>Unpaid Administrative Expenses.</u>

Besides Applicant's fees, there are no known unpaid administrative expenses.

C. The Debtor has been provided with this attorney's fee request and has been provided with a copy of the Application.

**ITEMIZATION:**

**POST-PETITION CASE ADMINISTRATION**

| Professional | Admitted | Rate | Hours | Amount |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | $595.00 | 25.2 | $ 14,994.00 |
| Ashley Lannon | Paralegal | $255.00 | 24.9 | $ 6,349.50 |
| Kaitlyn Gruden | Paralegal | $255.00 | 16.0 | $ 4,080.00 |
| Allysa Prado | Paralegal | $255.00 | 0.8 | $ 204.00 |
| Total Fees | | | 66.9 | $ 25,627.50 |
| Total Costs | | | | $ 13.80 |
| Total Fees and Costs | | | | $ 25,641.30 |

The Debtor seeks approval of attorneys fees of $25,627.50 and costs of $13.80 over the application period for this category. This category includes coordination and compliance activities, including providing requested documentation to the case Trustee, Creditors, and U.S. Trustee, and also assisting in preparation of the Monthly Operating Reports, and responding to creditor inquiries. This category also includes preparation of the bankruptcy Schedules and the Statement of Financial Affairs and any amendments thereto.

**BUSINESS OPERATIONS**

| Professional | Admitted | Rate | Hours | Amount |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | $595.00 | 25.2 | $ 18,683.00 |

*ELLETT LAW OFFICES, P.C.*
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510

| | | | | |
|---|---|---|---|---|
| Kaitlyn Gruden | Paralegal | $255.00 | 11.7 | $ 2,983.50 |
| Total Fees | | | 43.1 | $ 21,666.50 |

The Debtor seeks approval of attorneys fees of $21,666.50 over the application period for this category. This category includes dealing with business operation issues.

## MOTION TO APPOINT

| Professional | Admitted | Rate | Hours | Amount |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | $595.00 | 3.3 | $ 1,963.50 |
| Ashley Lannon | Paralegal | $255.00 | 12.0 | $ 3,060.00 |
| Kaitlyn Gruden | Paralegal | $255.00 | 1.0 | $ 255.00 |
| Total Fees | | | 16.3 | $ 5,278.50 |

The attorney's fees over the application for this period in this category is $5,278.50. This category includes drafting and filing Motions to Employ and Appoint Debtor's counsel and Debtor's accountant. Fees also include a attending a hearing on the Motion to Appoint.

## 341 MEETING/IDI

| Professional | Admitted | Rate | Hours | Amount |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | $595.00 | 2.3 | $ 1,368.50 |
| Ashley Lannon | Paralegal | $255.00 | 6.5 | $ 1,657.00 |
| Kaitlyn Gruden | Paralegal | $255.00 | 0.8 | $ 204.00 |
| Total Fees | | | 9.6 | $ 3,230.00 |

The attorney's fees over the application for this period in this category is $3,230.00. This category includes preparing for and attending the 341 Meeting and the IDI Meeting.

## PLAN

| Professional | Admitted | Rate | Hours | Amount |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | $595.00 | 2.8 | $ 1,666.00 |

ELLETT LAW OFFICES, P.C.
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018
(602) 235-9510

| | | | | |
|---|---|---|---|---|
| Ashley Lannon | Paralegal | $255.00 | 9.5 | $ 2,422.50 |
| Kaitlyn Gruden | Paralegal | $255.00 | 0.4 | $ 102.00 |
| Total Fees | | | 12.7 | $ 4,190.50 |

The attorney's fees over the application for this period in this category is $4,190.50. This category includes preparing and filing the Chapter 11 Plan.

**CLAIM OBJECTION**

| Professional | Admitted | Rate | Hours | Amount |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | $595.00 | 1.9 | $ 1,130.50 |
| Ashley Lannon | Paralegal | $255.00 | 10.9 | $ 2,779.50 |
| Kaitlyn Gruden | Paralegal | $255.00 | 0.2 | $ 51.00 |
| Total Fees | | | 13.0 | $ 3,961.00 |

The attorney's fees over the application for this period in this category is $3,961.00. This category includes preparing and filing Objections to Proofs of Claims. Debtor's counsel filed Objections to Architectural Collaborative Team, Aqua Tech Systems, and Tesla, Inc. The claims were disallowed in their entirety.

**BEAVER CREEK MOTION FOR RELIEF FROM STAY AND COMPROMISE OF DISPUTED ISSUES**

| Professional | Admitted | Rate | Hours | Amount |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | $595.00 | 32.7 | $ 19,456.50 |
| Ashley Lannon | Paralegal | $255.00 | 12.4 | $ 3,162.00 |
| Kaitlyn Gruden | Paralegal | $255.00 | 4.6 | $ 1,173.00 |
| Total Fees | | | 49.7 | $ 23,791.50 |

The attorney's fees over the application for this period in this category is $23,791.50. This category includes responding to Beaver Creek's Motion for Relief from Stay and resolution of disputed Issues.

**DATED** this 11th day of December, 2025.

        ELLETT LAW OFFICES, P.C.

        /s/ *Ronald J. Ellett*
        Ronald J. Ellett
        2999 North 44th Street, Suite 330
        Phoenix, Arizona 85018