Ronald J. Ellett (Bar No. 012697)
Ellett Law Offices, P.C.
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018
Telephone: (602) 235-9510

*Attorney for **Debtor***

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| In re: | In Proceedings Under Chapter 11, Subchapter V |
|---|---|
| SEDONA VINEYARDS, LLC, | Case No. 2:24-bk-09126-BMW |
| | **NOTICE OF FILING CHAPTER 11 DEBTOR'S COUNSEL'S FIRST AND FINAL FEE APPLICATION** |
| Debtor. | |

**NOTICE IS HEREBY GIVEN** that Debtor's Counsel has filed an application for fees for attorney's fees, paraprofessional fees, and costs for services rendered from January 22, 2025, through September 30, 2025.

| | |
|---|---|
| Attorney's Fees requested........................... | $ 59,262.00 |
| Paralegal Fees requested........................... | $ 28,483.50 |
| Plus: Costs to be reimbursed...................... | $      13.80 |
| Total Fees and Costs .................................... | $ 87,759.30 |
| Less Amount in Counsel's Trust Account...................... | <$8,349.00> |
| Attorney's Fees and Costs to be paid as a Chapter 11 administrative expense................. .................... | $ 79,410.30 |

A copy of the application and the Detailed Statement of Fees and Costs is available from the Clerk of the Court or Debtors' counsel whose address and phone number is listed above. Any person opposing the Application shall file a written objection on or before 21 days from the date of this Notice. The objection should be filed with the Clerk of the United States Bankruptcy Court, 230 North First Avenue, Suite 101, Phoenix, Arizona 85003-1727, and served on Debtor's counsel

whose address is given above. If a timely written objection is filed, a hearing will be set before the Court. If no timely written objection is filed, no hearing will be held and the Court may summarily enter an order approving the application.

**RESPECTFULLY SUBMITTED** this 11th day of December, 2025.

ELLETT LAW OFFICES, P.C.

/s/ *Ronald J. Ellett*
Ronald J. Ellett
2999 North 44th Street, Suite 330
Phoenix, AZ 85018