# Notice Recipients

District/Off: 0970–2      User: admin      Date Created: 2/4/2026

Case: 2:24–bk–09126–BMW      Form ID: pdf001      Total: 74

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | Beaver Creek Golf Resort, LLC | |
| 17556330 | Beaver Creek Golf Resort, LLC | |

TOTAL: 2

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | BRIAN J. MULLEN | bmullen@bktrustee.phxcoxmail.com |
| aty | ANDREW A. HARNISCH | aharnisch@maypotenza.com |
| aty | Eric Moats | emoats@maypotenza.com |
| aty | GRANT L. CARTWRIGHT | gcartwright@maypotenza.com |
| aty | RONALD J. ELLETT | rjellett@ellettlaw.com |
| aty | TERRY A. DAKE | tdake@cox.net |
| aty | THEODORE P. WITTHOFT | twitthoft@rllsaz.com |

TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | SEDONA VINEYARDS LLC | 2024 N. 7TH STREET, STE 202    PHOENIX, AZ 85006 |
| cr | Alta Field Services LLC | c/o Grant L. Cartwright    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| cr | Alta Land Survey, LLC | c/o Grant L. Cartwright    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| cr | Alta Survey LLC | c/o Grant L. Cartwright    May Potenza Baran & Gillespie PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| cr | Alta Environmental LLC | c/o Grant L. Cartwright    May Potenza Baran & Gillespie PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| cr | Alta CMTI LLC | c/o Grant L. Cartwright    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| cr | Alta Civil, LLC dba Alta Arizona | c/o Grant L. Cartwright    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| cr | Sandhill Holdings, LLC | c/o Grant L. Cartwright    May Potenza Baran & Gillespie PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| cr | Peggy Regehr | 3200 N. Central Ave    Suite 2500    Phoenix, AZ 85012 |
| aty | DONALD W. HUDSPETH | LAW OFFICES OF DONALD W. HUDSPETH, P.C.    3030 N CENTRAL AVE #604    PHOENIX, AZ 85012 |
| 17559542 | AGAVE ENVIRONMENTAL CONTRACTING | 1634 N. 19TH AVE.    PHOENIX AZ 85009 |
| 17551608 | ALTA ARIZONA SURVEY ENGINEERING | 7400 WEST DETROIT STREET, SUITE 190    Chandler AZ 85226 |
| 17551609 | APS | PO BOX 53933    Phoenix AZ 85072 |
| 17559543 | AQUA TECH SYSTEMS | 12117 PALM COVE ST.    FORT MYERS FL 33913 |
| 17559544 | ARCHITECTURAL COLLABORATIVE TEAM | 723 EAST DIAMOND DRIVE    TEMPE AZ 85283 |
| 17551610 | ARIZONA AMERICAN WATER COMPANY | 18736 CACTUS ROAD    Surprise AZ 85388 |
| 17551611 | ARIZONA DEPARTMENT OF REVENUE | 1600 W. MONROE, SEVENTH FLOOR    Phoenix AZ 85007 |
| 17573868 | ARIZONA DEPARTMENT OF REVENUE | Office of the Arizona Attorney General    c/o Tax, Bankruptcy and Collection Sct    2005 N Central Ave, Suite 100    Phoenix AZ 85004 |
| 17643302 | Alta CMTI, LLC | c/o Andrew A. Harnisch    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| 17643353 | Alta CMTI, LLC | c/o Eric W. Moats    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| 17643294 | Alta CMTI, LLC | c/o Grant L. Cartwright    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| 17643301 | Alta Civil, LLC dba Alta Arizona | c/o Andrew A. Harnisch    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| 17643352 | Alta Civil, LLC dba Alta Arizona | c/o Eric W. Moats    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| 17643293 | Alta Civil, LLC dba Alta Arizona | c/o Grant L. Cartwright    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| 17643303 | Alta Environmental LLC | c/o Andrew A. Harnisch    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| 17643354 | Alta Environmental LLC | c/o Eric W. Moats    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| 17643295 | Alta Environmental LLC | c/o Grant L. Cartwright    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| 17643306 | Alta Field Services LLC | c/o Andrew A. Harnisch    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |
| 17643357 | Alta Field Services LLC | c/o Eric W. Moats    May Potenza Baran & Gillespie, PC    1850 N. Central Avenue, Ste 1600    Phoenix, AZ 85004 |

| | | | | |
|---|---|---|---|---|
| 17643298 | Alta Field Services LLC | c/o Grant L. Cartwright | May Potenza Baran & Gillespie, PC | 1850 N. Central Avenue, Ste 1600 Phoenix, AZ 85004 |
| 17643305 | Alta Land Survey, LLC | c/o Andrew A. Harnisch | May Potenza Baran & Gillespie, PC | 1850 N. Central Avenue, Ste 1600 Phoenix, AZ 85004 |
| 17643356 | Alta Land Survey, LLC | c/o Eric W. Moats | May Potenza Baran & Gillespie, PC | 1850 N. Central Avenue, Ste 1600 Phoenix, AZ 85004 |
| 17643297 | Alta Land Survey, LLC | c/o Grant L. Cartwright | May Potenza Baran & Gillespie, PC | 1850 N. Central Avenue, Ste 1600 Phoenix, AZ 85004 |
| 17643304 | Alta Survey LLC | c/o Andrew A. Harnisch | May Potenza Baran & Gillespie, PC | 1850 N. Central Avenue, Ste 1600 Phoenix, AZ 85004 |
| 17643355 | Alta Survey LLC | c/o Eric W. Moats | May Potenza Baran & Gillespie, PC | 1850 N. Central Avenue, Ste 1600 Phoenix, AZ 85004 |
| 17643296 | Alta Survey LLC | c/o Grant L. Cartwright | May Potenza Baran & Gillespie, PC | 1850 N. Central Avenue, Ste 1600 Phoenix, AZ 85004 |
| 17551612 | BEAVER CREEK GOLF RESORT LLC | 1645 WEST MOORE ROAD | Tucson AZ 85755 | |
| 17551613 | CHRISTOPHER AMBROSIO | AMBROSIO LAW LLC | 2525 E. BROADWAY BLVD, SUITE 202 Tucson AZ 85716 | |
| 17559545 | CIVIL DESIGN & ENGINEERING INC | 7075 W. BELL ROAD, SUITE 9 | GLENDALE AZ 85308 | |
| 17559546 | DIXON CONSTRUCTION SERVICES | 2024 N. 7TH ST. SUITE 202 | BOULDER CREEK CA 95006 | |
| 17551614 | DIXON CONSTRUCTION SERVICES | 2701 E. CAMELBACK ROAD, SUITE 175 | Phoenix AZ 85016 | |
| 17559547 | DOUGLAS EDGELOW | 371 E. MONTE VISTA RD. | PHOENIX AZ 85006 | |
| 17559548 | EARTRUMPET CONSULTING | 12 ETHEL STREET | MALVERN VIC 3144 | |
| 17551615 | EQUUS GROUP INC. | 2024 N. 7TH STREET, SUITE 202 | Phoenix AZ 85006 | |
| 17551616 | EQUUS INVESTMENT CORPORATION | 2024 N. 7TH STREET, SUITE 202 | Phoenix AZ 85006 | |
| 17551617 | HOGUE & ASSOCIATES | 4325 S. 34TH STREET | Phoenix AZ 85040 | |
| 17551618 | INNES CONSTRUCTION LLC | 7807 E. HUBBELL STREET | Scottsdale AZ 85257 | |
| 17551619 | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATIONS | PO BOX 7346 Philadelphia PA 19101 | |
| 17559549 | NOVAVINE | 6735 SONOMA HIGHWAY | SANTA ROSA CA 95409 | |
| 17559550 | PATRICIA EDGELOW | 371 E. MONTE VISTA RD. | PHOENIX AZ 85006 | |
| 17551620 | PERMIT PUSHERS LLC | c/o SHANNON METZGER | 1009 MATTERHORN DRIVE Lebanon IN 46052 | |
| 17963893 | Peggy Regehr | c/o Donald Hudspeth | 3200 N Central Ave Suite 2500 Phoenix, AZ 85012 | |
| 17559551 | RAUCH MILLIKEN INTERNATIONAL | 4400 TRENTON ST #A | METAIRIE LA 70006 | |
| 17559552 | REMINGTON HOTELS | 14185 DALLAS PKWY #1150 | DALLAS TX 75254 | |
| 17559553 | SAM CIATU | 668 N. COAST HEY. #1123 | LAGUNA BEACH CA 92651 | |
| 17643300 | Sandhill Holdings, LLC | c/o Andrew A. Harnisch | May Potenza Baran & Gillespie, PC | 1850 N. Central Avenue, Ste 1600 Phoenix, AZ 85004 |
| 17643351 | Sandhill Holdings, LLC | c/o Eric W. Moats | May Potenza Baran & Gillespie, PC | 1850 N. Central Avenue, Ste 1600 Phoenix, AZ 85004 |
| 17643292 | Sandhill Holdings, LLC | c/o Grant L. Cartwright | May Potenza Baran & Gillespie, PC | 1850 N. Central Avenue, Ste 1600 Phoenix, AZ 85004 |
| 17559554 | TESLA INC. | 1 TESLA ROAD | AUSTIN TX 78725 | |
| 17559555 | THE GALLOWAY GROUP | 2222 MARTIN, SUITE 210 | IRVINE CA 92612 | |
| 17551621 | THEODORE P. WITTHOFT | RUSING LOPEZ & LIZARDI PLLC | 16427 N. SCOTTSDALE ROAD, SUITE 200 Scottsdale AZ 85254 | |
| 17547625 | TRUSTEE MAGUIRE | Dawn M. Maguire | 10115 E. Bell Rd., Ste. 107 #498 Scottsdale, AZ 85260 | |
| 17665507 | United States Trustee | 230 N 1st Ave #204 | Phoenix, AZ 85003 | |
| 17551622 | YAVAPAI COUNTY TREASURER | 1015 FAIR STREET, SUITE 209 | Prescott AZ 86305 | |
| 17559556 | YAVAPAI TITLE AGENCY, INC. | PO BOX 1900 | SIERRA VISTA AZ 85636 | |

TOTAL: 65