In re:                                            Case No. 24-09126-BMW
SEDONA VINEYARDS LLC                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2                                  User: admin                                  Page 1 of 4
Date Rcvd: Feb 04, 2026                         Form ID: pdf001                         Total Noticed: 56

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | SEDONA VINEYARDS LLC, 2024 N. 7TH STREET, STE 202, PHOENIX, AZ 85006-2533 |
| aty | + | DONALD W. HUDSPETH, LAW OFFICES OF DONALD W. HUDSPETH, P.C., 3030 N CENTRAL AVE #604, PHOENIX, AZ 85012-2713 |
| cr | + | Peggy Regehr, 3200 N. Central Ave, Suite 2500, Phoenix, AZ 85012-2445 |
| 17559542 | + | AGAVE ENVIRONMENTAL CONTRACTING, 1634 N. 19TH AVE., PHOENIX AZ 85009-2843 |
| 17551608 | + | ALTA ARIZONA SURVEY ENGINEERING, 7400 WEST DETROIT STREET, SUITE 190, Chandler AZ 85226-2441 |
| 17559543 | + | AQUA TECH SYSTEMS, 12117 PALM COVE ST., FORT MYERS FL 33913-8724 |
| 17559544 | + | ARCHITECTURAL COLLABORATIVE TEAM, 723 EAST DIAMOND DRIVE, TEMPE AZ 85283-3761 |
| 17551610 | + | ARIZONA AMERICAN WATER COMPANY, 18736 CACTUS ROAD, Surprise AZ 85388-5676 |
| 17643302 | + | Alta CMTI, LLC, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643294 | + | Alta CMTI, LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643293 | + | Alta Civil, LLC dba Alta Arizona, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643301 | + | Alta Civil, LLC dba Alta Arizona, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643303 | + | Alta Environmental LLC, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643295 | + | Alta Environmental LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643306 | + | Alta Field Services LLC, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643298 | + | Alta Field Services LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643297 | + | Alta Land Survey, LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643305 | + | Alta Land Survey, LLC, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643296 | + | Alta Survey LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643304 | + | Alta Survey LLC, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17551612 | + | BEAVER CREEK GOLF RESORT LLC, 1645 WEST MOORE ROAD, Tucson AZ 85755-9125 |
| 17551613 | + | CHRISTOPHER AMBROSIO, AMBROSIO LAW LLC, 2525 E. BROADWAY BLVD, SUITE 202, Tucson AZ 85716-5398 |
| 17559545 | + | CIVIL DESIGN & ENGINEERING INC, 7075 W. BELL ROAD, SUITE 9, GLENDALE AZ 85308-8547 |
| 17559546 | | DIXON CONSTRUCTION SERVICES, 2024 N. 7TH ST. SUITE 202, BOULDER CREEK CA 95006 |
| 17551614 | + | DIXON CONSTRUCTION SERVICES, 2701 E. CAMELBACK ROAD, SUITE 175, Phoenix AZ 85016-4332 |
| 17559547 | + | DOUGLAS EDGELOW, 371 E. MONTE VISTA RD., PHOENIX AZ 85004-1438 |
| 17551615 | + | EQUUS GROUP INC., 2024 N. 7TH STREET, SUITE 202, Phoenix AZ 85006-2533 |
| 17551616 | + | EQUUS INVESTMENT CORPORATION, 2024 N. 7TH STREET, SUITE 202, Phoenix AZ 85006-2533 |
| 17551617 | + | HOGUE & ASSOCIATES, 4325 S. 34TH STREET, Phoenix AZ 85040-1807 |
| 17551618 | + | INNES CONSTRUCTION LLC, 7807 E. HUBBELL STREET, Scottsdale AZ 85257-2205 |
| 17559549 | + | NOVAVINE, 6735 SONOMA HIGHWAY, SANTA ROSA CA 95409-5723 |
| 17559550 | + | PATRICIA EDGELOW, 371 E. MONTE VISTA RD., PHOENIX AZ 85004-1438 |
| 17551620 | + | PERMIT PUSHERS LLC, c/o SHANNON METZGER, 1009 MATTERHORN DRIVE, Lebanon IN 46052-3120 |
| 17963893 | + | Peggy Regehr, c/o Donald Hudspeth, 3200 N Central Ave, Suite 2500, Phoenix, AZ 85012-2445 |
| 17559551 | + | RAUCH MILLIKEN INTERNATIONAL, 4400 TRENTON ST #A, METAIRIE LA 70006-6550 |

| Recip ID | | Recipient |
|---|---|---|
| 17559552 | + | REMINGTON HOTELS, 14185 DALLAS PKWY #1150, DALLAS TX 75254-4309 |
| 17559553 | + | SAM CIATU, 668 N. COAST HEY. #1123, LAGUNA BEACH CA 92651-1513 |
| 17643292 | + | Sandhill Holdings, LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643300 | + | Sandhill Holdings, LLC, c/o Andrew A. Harnisch, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17559554 | + | TESLA INC., 1 TESLA ROAD, AUSTIN TX 78725-4400 |
| 17551621 | + | THEODORE P. WITTHOFT, RUSING LOPEZ & LIZARDI PLLC, 16427 N. SCOTTSDALE ROAD, SUITE 200, Scottsdale AZ 85254-1592 |
| 17547625 | + | TRUSTEE MAGUIRE, Dawn M. Maguire, 10115 E. Bell Rd., Ste. 107 #498, Scottsdale, AZ 85260-2189 |
| 17551622 | + | YAVAPAI COUNTY TREASURER, 1015 FAIR STREET, SUITE 209, Prescott AZ 86305-1807 |
| 17559556 | + | YAVAPAI TITLE AGENCY, INC., PO BOX 1900, SIERRA VISTA AZ 85636-1900 |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 17551609 | + | Email/Text: bankruptcy2006@apsc.com | Feb 04 2026 22:57:56 | APS, PO BOX 53933, Phoenix AZ 85072-3933 |
| 17551611 | | Email/Text: bankruptcynotices@azdor.gov | Feb 04 2026 22:56:00 | ARIZONA DEPARTMENT OF REVENUE, 1600 W. MONROE, SEVENTH FLOOR, Phoenix AZ 85007 |
| 17573868 | + | Email/Text: bankruptcynotices@azdor.gov | Feb 04 2026 22:56:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix AZ 85004-1546 |
| 17643353 | + | Email/Text: emoats@maypotenza.com | Feb 04 2026 22:57:00 | Alta CMTI, LLC, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643352 | + | Email/Text: emoats@maypotenza.com | Feb 04 2026 22:57:00 | Alta Civil, LLC dba Alta Arizona, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643354 | + | Email/Text: emoats@maypotenza.com | Feb 04 2026 22:57:00 | Alta Environmental LLC, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643357 | + | Email/Text: emoats@maypotenza.com | Feb 04 2026 22:57:00 | Alta Field Services LLC, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643356 | + | Email/Text: emoats@maypotenza.com | Feb 04 2026 22:57:00 | Alta Land Survey, LLC, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17643355 | + | Email/Text: emoats@maypotenza.com | Feb 04 2026 22:57:00 | Alta Survey LLC, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17551619 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 04 2026 22:56:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, Philadelphia PA 19101-7346 |
| 17643351 | + | Email/Text: emoats@maypotenza.com | Feb 04 2026 22:57:00 | Sandhill Holdings, LLC, c/o Eric W. Moats, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17665507 | + | Email/Text: ustpregion14.px.ecf@usdoj.gov | Feb 04 2026 22:57:00 | United States Trustee, 230 N 1st Ave #204, Phoenix, AZ 85003-0605 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Beaver Creek Golf Resort, LLC |
| 17556330 | | Beaver Creek Golf Resort, LLC |
| 17559548 | | EARTRUMPET CONSULTING, 12 ETHEL STREET, MALVERN VIC 3144 |
| cr | *+ | Alta CMTI LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| cr | *+ | Alta Civil, LLC dba Alta Arizona, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| cr | *+ | Alta Environmental LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| cr | *+ | Alta Field Services LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| cr | *+ | Alta Land Survey, LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| cr | *+ | Alta Survey LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| cr | *+ | Sandhill Holdings, LLC, c/o Grant L. Cartwright, May Potenza Baran & Gillespie, PC, 1850 N. Central Avenue, Ste 1600, Phoenix, AZ 85004-4633 |
| 17559555 | ##+ | THE GALLOWAY GROUP, 2222 MARTIN, SUITE 210, IRVINE CA 92612-1419 |

TOTAL: 3 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2026        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW A. HARNISCH | on behalf of Creditor Alta Land Survey  LLC aharnisch@maypotenza.com, mgiordano@maypotenza.com |
| ANDREW A. HARNISCH | on behalf of Creditor Alta Field Services LLC aharnisch@maypotenza.com  mgiordano@maypotenza.com |
| ANDREW A. HARNISCH | on behalf of Creditor Alta Civil  LLC dba Alta Arizona aharnisch@maypotenza.com, mgiordano@maypotenza.com |
| ANDREW A. HARNISCH | on behalf of Creditor Alta Survey LLC aharnisch@maypotenza.com  mgiordano@maypotenza.com |
| ANDREW A. HARNISCH | on behalf of Creditor Alta Environmental LLC aharnisch@maypotenza.com  mgiordano@maypotenza.com |
| ANDREW A. HARNISCH | on behalf of Creditor Sandhill Holdings  LLC aharnisch@maypotenza.com, mgiordano@maypotenza.com |
| ANDREW A. HARNISCH | on behalf of Creditor Alta CMTI LLC aharnisch@maypotenza.com  mgiordano@maypotenza.com |
| BRIAN J. MULLEN | bmullen@ecf.axosfs.com |
| Eric Moats | on behalf of Creditor Alta Land Survey  LLC emoats@maypotenza.com, mgiordano@maypotenza.com |
| Eric Moats | |

| | |
|---|---|
| Eric Moats | on behalf of Creditor Alta Civil LLC dba Alta Arizona emoats@maypotenza.com, mgiordano@maypotenza.com |
| Eric Moats | on behalf of Creditor Alta Environmental LLC emoats@maypotenza.com mgiordano@maypotenza.com |
| Eric Moats | on behalf of Creditor Alta Survey LLC emoats@maypotenza.com mgiordano@maypotenza.com |
| Eric Moats | on behalf of Creditor Alta Field Services LLC emoats@maypotenza.com mgiordano@maypotenza.com |
| Eric Moats | on behalf of Creditor Alta CMTI LLC emoats@maypotenza.com mgiordano@maypotenza.com |
| Eric Moats | on behalf of Creditor Sandhill Holdings LLC emoats@maypotenza.com, mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Sandhill Holdings LLC gcartwright@maypotenza.com, mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Alta Field Services LLC gcartwright@maypotenza.com mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Alta Survey LLC gcartwright@maypotenza.com mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Alta CMTI LLC gcartwright@maypotenza.com mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Alta Land Survey LLC gcartwright@maypotenza.com, mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Alta Environmental LLC gcartwright@maypotenza.com mgiordano@maypotenza.com |
| GRANT L. CARTWRIGHT | on behalf of Creditor Alta Civil LLC dba Alta Arizona gcartwright@maypotenza.com, mgiordano@maypotenza.com |
| PATTY CHAN | on behalf of U.S. Trustee U.S. TRUSTEE patty.chan@usdoj.gov |
| RONALD J. ELLETT | on behalf of Debtor SEDONA VINEYARDS LLC rjellett@ellettlaw.com ellettecfnotice@gmail.com |
| TERRY A. DAKE | on behalf of Trustee BRIAN J. MULLEN tdake@cox.net |
| THEODORE P. WITTHOFT | on behalf of Creditor Beaver Creek Golf Resort LLC twitthoft@rllsaz.com, rsanhadja@rllaz.com |

TOTAL: 26

```
 1  TERRY A. DAKE, LTD.
    P.O. Box 9134
 2  Phoenix, Arizona  85068-9134
    Telephone: (602) 710-1005
 3  tdake@cox.net

 4  Terry A. Dake - 009656

 5  Attorney for Trustee
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re: | ) | In Chapter 7 Proceedings |
|---|---|---|
| | ) | |
| SEDONA VINEYARDS, LLC; | ) | Case No. 2:24-BK-09126-BMW |
| | ) | |
| Debtor. | ) | |

### NOTICE OF ABANDONMENT

**PLEASE TAKE NOTICE** that the trustee intends to abandon the following real property pursuant to 11 U.S.C. §554 and Bankruptcy Rule 6007(a):

> All right, title and interest of the bankruptcy estate in and to the real property described in the attached Exhibit A.

The trustee does not believe that the property can be sold for an amount sufficient to pay the balance due on the lien which encumbers the property plus transactional costs (commissions and closing costs) and still leave a meaningful return for the estate. Furthermore, the property has ongoing maintenance issues and the estate has no funds to pay for those obligations.

Any objections to this proposed abandonment must be filed on or before 14 days from the date of the mailing of this notice. Local Rule 6007-1(d). Objections must be filed with the Clerk of the Bankruptcy Court, 230 N. First Avenue, Ste. 101, Phoenix, Arizona 85003-1706. If no objection is timely filed and served, the asset(s) described above shall be abandoned without further notice or hearing.

DATED February 4, 2026.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
    Terry A. Dake – 009656
    P.O. Box 9134
    Phoenix, Arizona 85068-9134

```
 1  Copy mailed February 4, 2026 to:

 2  All creditors and parties in
    interest on the attached
 3  master mailing list.

 4   /s/ Terry A. Dake
```

Exhibit A

PARCEL 1:

Lot 6 and Tract A, LAKESIDE TERRACE, according to the plat recorded in Book 12 of Maps, page 24, records of Yavapai County, Arizona.

EXCEPTING all gas, oil, minerals and other like minerals and all other minerals as reserved from said land.

PARCEL 2:

Tract R, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

Said Tract was formerly known as Lot 39, MONTEZUMA PARK, UNIT SIX, according to the plat of record in Book 9 of Maps and Plats, page(s) 6, 7 & 8, records of Yavapai County, Arizona.

PARCEL 3:

Parcels B and G, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

PARCEL 4:

The following is a legal description of a parcel of land within Section 1 and Section 2, Township 14 North, Range 5 East of the Gila and Salt River Base and Meridian, Yavapai County Arizona more particularly described as follows:

BEING that area as shown on the ALTA/ACSM LAND TITLE SURVEY by Shephard-Wesnitzer Engineering, Inc., performed by Earl G. Watts RLS 27253 ON June 15, 2005, and recorded in Book 125 of Land Surveys, pages 77-105 in the office of the Yavapai County Recorders;

EXCEPTING those Parcels described as Parcels A, C, D, E, F, H, I, J, K and L, as shown on the final plat of the Villas at Beaver Creek recorded in Book 58 of Maps and Plats, pages 86 through 91, inclusive, in the office of the Yavapai County Recorder, sealed by Earl G. Watts, R.L.S. 27253 on December 8, 2006.

ALSO EXCEPTING Tract R, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona;

Said Tract was formerly known as Lot 39, MONTEZUMA PARK, UNIT SIX, according to the plat of record in Book 9 of Maps and Plats, page(s) 6, 7 & 8, records of Yavapai County, Arizona.

ALSO EXCEPTING Parcels B and G, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

FURTHER EXCEPTING the following described parcel:

4Special Warranty Deed - Escrow No. 08031334

A parcel situated in the Northwest Quarter of Section 1, Township 14 North, Range 5 East, Gila and Salt River Base and Meridian, Yavapai County, Arizona, more particularly described as follows:

BEGINNING at the East most corner of Lot 95, El Estribo Unit 2, Book 7 of Maps, Page 78, Yavapai County Recorder, (YCR), a found ¾ inch open pipe;

Thence North 40°44'31" East, 110.00 feet along the Northwest line of Lot 95 to the North most corner of Lot 95, a found ¾ inch open pipe and the POINT OF BEGINNING;

Thence North 40°44'31" East, 1.84 feet;

Thence South 48°04'37" East, 12.52 feet;

Thence South 78°38'53" East, 3.47 feet;

Thence North 41°15'59" East, 14.49 feet;

Thence South 86°04'56" East, 68.45 feet;

Thence South 26°59'54" East, 15.24 feet;

Thence South 07°27'31" West, 66.06 feet;

Thence South 66°45'25" West, 24.84 feet to a found ½ inch rebar with cap LS 5357 and the beginning of a non-tangent curve, concave to the Southwest, having a radius of 257.21 feet, a chord bearing North 36°40'50" West, 112.62 feet;

Thence along the Northeast line of Lot 95, a curve to the left, and arc length of 113.54 feet to the POINT OF BEGINNING.

ALSO EXCEPTING the following:

A parcel located in Section 2, Township 14 North, Range 5 East, beginning at the Northeast corner of Lot 166, EL ESTRIBO UNIT FOUR, according to the plat of record in Book 8 of Maps, Page 31, records of Yavapai County, Arizona;

Thence South 69 degrees, 22 minutes, 10 seconds, East, 10.00 feet;

Thence South 37 degrees, 07 minutes, 28 seconds, West, 208.06 feet;

Thence North 61 degrees, 24 minutes, 30 seconds, West, 10.00 feet to the Southeast corner of said Lot 166;

Thence North 37 degrees, 12 minutes, 20 seconds, East, along the Easterly line of said Lot 166, 206.70 feet to the TRUE POINT OF BEGINNING.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0970-2<br>Case 2:24-bk-09126-BMW<br>District of Arizona<br>Phoenix<br>Wed Feb  4 10:29:36 MST 2026 | Alta CMTI LLC<br>c/o Grant L. Cartwright<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 | Alta Civil, LLC dba Alta Arizona<br>c/o Grant L. Cartwright<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 |
| Alta Environmental LLC<br>c/o Grant L. Cartwright<br>May Potenza Baran & Gillespie PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 | Alta Field Services LLC<br>c/o Grant L. Cartwright<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 | Alta Land Survey, LLC<br>c/o Grant L. Cartwright<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 |
| Alta Survey LLC<br>c/o Grant L. Cartwright<br>May Potenza Baran & Gillespie PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 | SEDONA VINEYARDS LLC<br>2024 N. 7TH STREET, STE 202<br>PHOENIX, AZ 85006-2533 | Sandhill Holdings, LLC<br>c/o Grant L. Cartwright<br>May Potenza Baran & Gillespie PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 |
| AGAVE ENVIRONMENTAL CONTRACTING<br>1634 N. 19TH AVE.<br>PHOENIX AZ 85009-2843 | ALTA ARIZONA SURVEY ENGINEERING<br>7400 WEST DETROIT STREET, SUITE 190<br>Chandler AZ 85226-2441 | APS<br>PO BOX 53933<br>Phoenix AZ 85072-3933 |
| AQUA TECH SYSTEMS<br>12117 PALM COVE ST.<br>FORT MYERS FL 33913-8724 | ARCHITECTURAL COLLABORATIVE TEAM<br>723 EAST DIAMOND DRIVE<br>TEMPE AZ 85283-3761 | ARIZONA AMERICAN WATER COMPANY<br>18736 CACTUS ROAD<br>Surprise AZ 85388-5676 |
| ARIZONA DEPARTMENT OF REVENUE<br>1600 W. MONROE, SEVENTH FLOOR<br>Phoenix AZ 85007 | ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix   AZ 85004-1546 | Alta CMTI, LLC<br>c/o Andrew A. Harnisch<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 |
| Alta CMTI, LLC<br>c/o Eric W. Moats<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 | Alta Civil, LLC dba Alta Arizona<br>c/o Andrew A. Harnisch<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 | Alta Civil, LLC dba Alta Arizona<br>c/o Eric W. Moats<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 |
| Alta Environmental LLC<br>c/o Andrew A. Harnisch<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 | Alta Environmental LLC<br>c/o Eric W. Moats<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 | Alta Field Services LLC<br>c/o Andrew A. Harnisch<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 |
| Alta Field Services LLC<br>c/o Eric W. Moats<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 | Alta Land Survey, LLC<br>c/o Andrew A. Harnisch<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 | Alta Land Survey, LLC<br>c/o Eric W. Moats<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 |
| Alta Survey LLC<br>c/o Andrew A. Harnisch<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 | Alta Survey LLC<br>c/o Eric W. Moats<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 | BEAVER CREEK GOLF RESORT LLC<br>1645 WEST MOORE ROAD<br>Tucson AZ 85755-9125 |

| | | |
|---|---|---|
| CHRISTOPHER AMBROSIO<br>AMBROSIO LAW LLC<br>2525 E. BROADWAY BLVD, SUITE 202<br>Tucson AZ 85716-5398 | CIVIL DESIGN & ENGINEERING INC<br>7075 W. BELL ROAD, SUITE 9<br>GLENDALE AZ 85308-8547 | DIXON CONSTRUCTION SERVICES<br>2024 N. 7TH ST. SUITE 202<br>BOULDER CREEK CA 95006 |
| DIXON CONSTRUCTION SERVICES<br>2701 E. CAMELBACK ROAD, SUITE 175<br>Phoenix AZ 85016-4332 | DOUGLAS EDGELOW<br>371 E. MONTE VISTA RD.<br>PHOENIX AZ 85004-1438 | EQUUS GROUP INC.<br>2024 N. 7TH STREET, SUITE 202<br>Phoenix AZ 85006-2533 |
| EQUUS INVESTMENT CORPORATION<br>2024 N. 7TH STREET, SUITE 202<br>Phoenix AZ 85006-2533 | HOGUE & ASSOCIATES<br>4325 S. 34TH STREET<br>Phoenix AZ 85040-1807 | INNES CONSTRUCTION LLC<br>7807 E. HUBBELL STREET<br>Scottsdale AZ 85257-2205 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>Philadelphia PA 19101-7346 | NOVAVINE<br>6735 SONOMA HIGHWAY<br>SANTA ROSA CA 95409-5723 | PATRICIA EDGELOW<br>371 E. MONTE VISTA RD.<br>PHOENIX AZ 85004-1438 |
| PERMIT PUSHERS LLC<br>c/o SHANNON METZGER<br>1009 MATTERHORN DRIVE<br>Lebanon IN 46052-3120 | Peggy Regehr<br>c/o Donald Hudspeth<br>3200 N Central Ave<br>Suite 2500<br>Phoenix, AZ 85012-2445 | RAUCH MILLIKEN INTERNATIONAL<br>4400 TRENTON ST #A<br>METAIRIE LA 70006-6550 |
| REMINGTON HOTELS<br>14185 DALLAS PKWY #1150<br>DALLAS TX 75254-4309 | SAM CIATU<br>668 N. COAST HEY. #1123<br>LAGUNA BEACH CA 92651-1513 | Sandhill Holdings, LLC<br>c/o Andrew A. Harnisch<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 |
| Sandhill Holdings, LLC<br>c/o Eric W. Moats<br>May Potenza Baran & Gillespie, PC<br>1850 N. Central Avenue, Ste 1600<br>Phoenix, AZ 85004-4633 | TESLA INC.<br>1 TESLA ROAD<br>AUSTIN TX 78725-4400 | THE GALLOWAY GROUP<br>2222 MARTIN, SUITE 210<br>IRVINE CA 92612-1419 |
| THEODORE P. WITTHOFT<br>RUSING LOPEZ & LIZARDI PLLC<br>16427 N. SCOTTSDALE ROAD, SUITE 200<br>Scottsdale AZ 85254-1592 | TRUSTEE MAGUIRE<br>Dawn M. Maguire<br>10115 E. Bell Rd., Ste. 107 #498<br>Scottsdale, AZ 85260-2189 | U.S. TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>230 NORTH FIRST AVENUE<br>SUITE 204<br>PHOENIX, AZ 85003-1725 |
| United States Trustee<br>230 N 1st Ave #204<br>Phoenix, AZ 85003-0605 | YAVAPAI COUNTY TREASURER<br>1015 FAIR STREET, SUITE 209<br>Prescott AZ 86305-1807 | YAVAPAI TITLE AGENCY, INC.<br>PO BOX 1900<br>SIERRA VISTA AZ 85636-1900 |
| BRIAN J. MULLEN<br>PO BOX 32247<br>PHOENIX, AZ 85064-2247 | Peggy Regehr<br>3200 N. Central Ave<br>Suite 2500<br>Phoenix, AZ 85012-2445 | RONALD J. ELLETT<br>ELLETT LAW OFFICES, P.C.<br>2999 North 44th Street<br>Suite 330<br>PHOENIX, AZ 85018-7259 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Beaver Creek Golf Resort, LLC

(d)Alta CMTI, LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

(d)Alta Civil, LLC dba Alta Arizona
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

(d)Alta Environmental LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

(d)Alta Field Services LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

(d)Alta Land Survey, LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

(d)Alta Survey LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

(du)Beaver Creek Golf Resort, LLC

(u)EARTRUMPET CONSULTING
12 ETHEL STREET
MALVERN VIC 3144

(d)Sandhill Holdings, LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

End of Label Matrix
Mailable recipients   59
Bypassed recipients   10
Total                 69