**INNES** CONSTRUCTION

February 13, 2026

U.S. Bankruptcy Court, **District of Arizona**
CASE NAME: Sedona Vineyards LLC
CASE NO:     2:24-bk-09126-BMW
CASE TYPE:   Chapter 11, Subchapter V

 FILED USBC PHX
2026 FEB 13 PM3:04

**RE:    OBJECTION TO TRUSTEE NOTICE TO ABANDON PROPERTY Pro Se**

I, Geoffrey Edgelow, am the Owner of Innes Construction LLC and a creditor in the above referenced case.  I received the Trustee's notice to Abandon Property on dated Feb 4th, 2026 and I firmly object to the notice under **11 U.S.C. § 554 and FRBP 6007.**

The property located at 4250 N. Montezuma Avenue, Rimrock, AZ 86335.  Please see attached legal description on the Abandonment notice received from the law offices of "Ronald J. Elliot".  The trustee claims that the property is being abandoned because "The trustee does not believe that the property can be sold for an amount sufficient to pay the balance due on the lien which encumbers the property plus transactional costs (commissions and closing costs) and still leave a meaningful return for the estate.  Furthermore, the property has ongoing maintenance issues and the estate has no funds to pay for those objections." My objection to this claim is based on the following:

- KB Valuation Services Appraisal Dated March 18th 2025 for **SEVEN MILLION EIGHT HUNDRED AND TWENTY-FIVE THOUSAND DOLLARS** ($7,825,000) well exceeds the debt obligation to all parties.
- The Sale would benefit all parties including the debtor, creditors, and all parties even after closing costs
- Trustee either missed or overlooked the most recent appraisal included in this objection
- Abandonment unfairly prejudices all creditors and effected parties
- Included is a history of property maintenance violations under the previous ownership group "Beaver Creek Golf Resort LLC"  See section "Complaints made prior to the purchase of the property"  All listed violations were prior to "Sedona Vineyards, LLC" purchase from "Beaver Creek Golf Resort, LLC" on or around August 31·2022.
- Court documentation delivered by mail to "Innes Construction, LLC" indicates that the debt is $3,641,756.27 well under the attached appraisal acquired from "Sedona Vineyards, LLC" in the sum of $7,825,000.00

In conclusion, I am asking the Court to Deny the abandonment or set the matter for the next available hearing based on the prior maintenance history of the previous ownership group (Beaver Creek Golf Resort, LLC) that is currently the Lender in this case along with the surplus valuation since the sale date that has been added to the property by "Sedona

---



Vineyards, LLC". Including all the efforts "Sedona Vineyards, LLC" has made to a derelict property cleaning up years of neglected property maintenance. The valuation in the Appraisal satisfies all parties involved including any closing costs associated with a sale. This would be a detriment to all the listed affected parties (label matrix included from the Law offices of Ronald J. Elliot) if allowed to be abandoned.

A copy of this objection (including the following exhibits has been sent to all listed parties on the label matrix by first class mail.

Exhibit A: Notice of Abandonment received from the Law Offices of Ronald J. Elliot that includes the complete Label matrix of all parties in this case.
Exhibit B: maintenance history by "Beaver Creek Golf Resort LLC
Exhibit C: KB Valuation Services Appraisal Dated March 18th, 2025

Feel free to contact me with any questions at (602) 410-9790.

Thank You,

Geoffrey Edgelow, Owner
Innes Construction LLC

7807 E Hubbel Street

Scottsdale, AZ 85257

# Exhibit A

FRI-53604 0970-2 pdf001 24-09126
RONALD J. ELLETT
2999 North 44th Street
Suite 330
PHOENIX, AZ 85018



011287 11287 1 AB 0.636 85257 5 4 10654-1-11287

 րուլիկիներիիիսներիկիիիիիսիիիիիիիիկիիիկիիիսիր

INNES CONSTRUCTION LLC
7807 E. HUBBELL STREET
Scottsdale AZ 85257-2205

# Electronic Bankruptcy Noticing

## Go Green!
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
**https://bankruptcynotices.uscourts.gov**



CHRISTOPHER AMBROSIO
AMBROSIO LAW LLC
2525 E. BROADWAY BLVD, SUITE 202
Tucson AZ 85716-5398

CIVIL DESIGN & ENGINEERING INC
7075 W. BELL ROAD, SUITE 9
GLENDALE AZ 85308-8547

DIXON CONSTRUCTION SERVICES
2024 N. 7TH ST. SUITE 202
BOULDER CREEK CA 95006

DIXON CONSTRUCTION SERVICES
2701 E. CAMELBACK ROAD, SUITE 175
Phoenix AZ 85016-4332

DOUGLAS EDGELOW
371 E. MONTE VISTA RD.
PHOENIX AZ 85004-1438

EQUUS GROUP INC.
2024 N. 7TH STREET, SUITE 202
Phoenix AZ 85006-2533

EQUUS INVESTMENT CORPORATION
2024 N. 7TH STREET, SUITE 202
Phoenix AZ 85006-2533

HOGUE & ASSOCIATES
4325 S. 34TH STREET
Phoenix AZ 85040-1807

INNES CONSTRUCTION LLC
7807 E. HUBBELL STREET
Scottsdale AZ 85257-2205

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
Philadelphia PA 19101-7346

NOVAVINE
6735 SONOMA HIGHWAY
SANTA ROSA CA 95409-5723

PATRICIA EDGELOW
371 E. MONTE VISTA RD.
PHOENIX AZ 85004-1438

PERMIT PUSHERS LLC
c/o SHANNON METZGER
1009 MATTERHORN DRIVE
Lebanon IN 46052-3120

Peggy Regehr
c/o Donald Hudspeth
3200 N Central Ave
Suite 2500
Phoenix, AZ 85012-2445

RAUCH MILLIKEN INTERNATIONAL
4400 TRENTON ST #A
METAIRIE LA 70006-6550

REMINGTON HOTELS
14185 DALLAS PKWY #1150
DALLAS TX 75254-4309

SAM CIATU
668 N. COAST HWY. #1123
LAGUNA BEACH CA 92651-1513

Sandhill Holdings, LLC
c/o Andrew A. Harnisch
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Sandhill Holdings, LLC
c/o Eric W. Moats
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

TESLA INC.
1 TESLA ROAD
AUSTIN TX 78725-4400

THE GALLOWAY GROUP
2222 MARTIN, SUITE 210
IRVINE CA 92612-1419

THEODORE P. WITTHOFT
RUSING LOPEZ & LIZARDI PLLC
16427 N. SCOTTSDALE ROAD, SUITE 200
Scottsdale AZ 85254-1592

TRUSTEE MAGUIRE
Dawn M. Maguire
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260-2189

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

United States Trustee
230 N 1st Ave #204
Phoenix, AZ 85003-0605

YAVAPAI COUNTY TREASURER
1015 FAIR STREET, SUITE 209
Prescott AZ 86305-1807

YAVAPAI TITLE AGENCY, INC.
PO BOX 1900
SIERRA VISTA AZ 85636-1900

BRIAN J. MULLEN
PO BOX 32247
PHOENIX, AZ 85064-2247

Peggy Regehr
3200 N. Central Ave
Suite 2500
Phoenix, AZ 85012-2445

RONALD J. ELLETT
ELLETT LAW OFFICES, P.C.
2999 North 44th Street
Suite 330
PHOENIX, AZ 85018-7259



A parcel situated in the Northwest Quarter of Section 1, Township 14 North, Range 5 East, Gila and Salt River Base and Meridian, Yavapai County, Arizona, more particularly described as follows:

BEGINNING at the East most corner of Lot 95, El Estribo Unit 2, Book 7 of Maps, Page 78, Yavapai County Recorder, (YCR), a found ¾ inch open pipe;

Thence North 40°44'31" East, 110.00 feet along the Northwest line of Lot 95 to the North most corner of Lot 95, a found ¾ inch open pipe and the POINT OF BEGINNING;

Thence North 40°44'31" East, 1.84 feet;

Thence South 48°04'37" East, 12.52 feet;

Thence South 78°38'53" East, 3.47 feet;

Thence North 41°15'59" East, 14.49 feet;

Thence South 86°04'56" East, 68.45 feet;

Thence South 26°59'54" East, 15.24 feet;

Thence South 07°27'31" West, 66.06 feet;

Thence South 66°45'25" West, 24.84 feet to a found ½ inch rebar with cap LS 5357 and the beginning of a non-tangent curve, concave to the Southwest, having a radius of 257.21 feet, a chord bearing North 36°40'50" West, 112.62 feet;

Thence along the Northeast line of Lot 95, a curve to the left, and arc length of 113.54 feet to the POINT OF BEGINNING.

ALSO EXCEPTING the following:

A parcel located in Section 2, Township 14 North, Range 5 East, beginning at the Northeast corner of Lot 166, EL ESTRIBO UNIT FOUR, according to the plat of record in Book 8 of Maps, Page 31, records of Yavapai County, Arizona;

Thence South 69 degrees, 22 minutes, 10 seconds, East, 10.00 feet;

Thence South 37 degrees, 07 minutes, 28 seconds, West, 208.06 feet;

Thence North 61 degrees, 24 minutes, 30 seconds, West, 10.00 feet to the Southeast corner of said Lot 166;

Thence North 37 degrees, 12 minutes, 20 seconds, East, along the Easterly line of said Lot 166, 206.70 feet to the TRUE POINT OF BEGINNING.

4Special Warranty Deed - Escrow No. 08031334



1 **TERRY A. DAKE, LTD.**
P.O. Box 9134
2 Phoenix, Arizona 85068-9134
Telephone: (602) 710-1005
3 tdake@cox.net

4 **Terry A. Dake - 009656**

5 Attorney for Trustee

6       **IN THE UNITED STATES BANKRUPTCY COURT**

7       **FOR THE DISTRICT OF ARIZONA**

8 In re:               )    In Chapter 7 Proceedings
                   )
9 SEDONA VINEYARDS, LLC;   )    Case No. 2:24-BK-09126-BMW
                   )
10           Debtor.   )
                   )
11 _____)

12            **NOTICE OF ABANDONMENT**

      **PLEASE TAKE NOTICE** that the trustee intends to abandon the
13 following real property pursuant to 11 U.S.C. §554 and Bankruptcy Rule
6007(a):
14           All right, title and interest of the bankruptcy
          estate in and to the real property described in the
15           attached Exhibit A.

16       The trustee does not believe that the property can be sold
for an amount sufficient to pay the balance due on the lien which
17 encumbers the property plus transactional costs (commissions and
closing costs) and still leave a meaningful return for the estate.
18 Furthermore, the property has ongoing maintenance issues and the estate
has no funds to pay for those obligations.

19
      Any objections to this proposed abandonment must be filed on
20 or before 14 days from the date of the mailing of this notice. Local
Rule 6007-1(d). Objections must be filed with the Clerk of the
21 Bankruptcy Court, 230 N. First Avenue, Ste. 101, Phoenix, Arizona
85003-1706. If no objection is timely filed and served, the asset(s)
22 described above shall be abandoned without further notice or hearing.

23
      DATED February 4, 2026.
24
             **TERRY A. DAKE, LTD.**
25
             By /s/ TD009656
26                 Terry A. Dake - 009656
                P.O. Box 9134
27                 Phoenix, Arizona 85068-9134

28

# Exhibit B

# Complaints made prior to the purchase of the property

1. **Dead Fish complaint – 11/18/2009**



2. **Ongoing Maintenance and Weed Abatement Issues at Beaver Creek Golf Resort- 06/01/2010**



### 5. Weeds and Tree Concern on Former Golf Course – 05/18/2017



### 6. Tall Weeds and Fire Hazard Complaint – Golf Course – 08/17/2017



9. **fire hazard - dry grasses (already had a fire in the past week) – 06/02/2021**



YAVAPAI COUNTY
DEVELOPMENT SERVICES

Home    Services    Search    Reports    My Account    Contact

☁ VIEW COMPLAINT

Home / Services / Code Complaints / View Complaint

File #: 21-808522
Status: Closed
Open Date: 06/02/2021
Close Date: 06/00/2021
Type: Land Use Code Enforcement Complaint
Address: ⚲
Description: fire hazard – dry grasses (already had a fire in the past week)

Complaint    Activities    Documents    Violations

| Type | Department | Date | Status | |
|------|-----------|------|--------|---|
| Initial Inspection | Land Use | 06/04/2021 | No Violations | |

# Exhibit C

# AN APPRAISAL REPORT OF

**AN EXISTING BAR AND RESTAURANT WITH EXCESS LAND**



## LOCATED AT

4250 N. MONTEZUMA AVENUE
RIMROCK, ARIZONA

## PREPARED FOR

KELVIN GILLETT
*KEY BUSINESS STRATEGIES, INC.*
986 BERGANOT TRAIL
CASTLE PINES, CO 80108

## PREPARED BY

*KB VALUATION SERVICES*
11308 E. FAIRBROOK STREET
MESA, ARIZONA 85207
(844) 347-8186

This appraisal has been prepared in conformity with the current requirements of the Appraisal Foundation as set forth in the Uniform Standards of Professional Appraisal Practice (USPAP 2024) and with the requirements of the federal bank regulating agencies.

This valuation is based upon the attached report and all the assumptions and limiting conditions contained therein, including the understanding that I have no control of the utilization of this appraisal by its subsequent readers. Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser, or the firm with which he is connected) shall be disseminated to the public through advertising media, public relations media, news media, sales media, or any other public means of communication without prior written consent and approval of the undersigned.

The narrative report that follows sets forth the data and analyses upon which my conclusions are based.

Sincerely,

Brian D. Mills, MAI
Arizona Cert. General
Real Estate Appraiser No. 31149
brian@kbvaluation.com

## Current Ownership, Sales History, Status

The owner of the subject property is listed in public records as Sedona Vineyards, LLC. According to public records, Sedona Vineyards, LLC purchased the property from Beaver Creek Golf Resort, LLC in August 2022 for $2,500,000. The property was listed on the open market for $2,600,000 with a local real estate sales company and listed for 85 days. The financing terms involved seller carry financing. In October 2024, Beaver Creek Golf Resort foreclosed on the property and retained ownership; however, in February 2025, Sedona Vineyards, LLC retained possession of the property through an order from the United States Bankruptcy Court. To the best of my knowledge, the subject is not currently listed for or pending sale. The current owner plans to renovate the restaurant, construct a hotel, vineyards, and develop portions of the excess land with residences, equestrian uses, and an RV resort.

## Market Value Definition

**Market value** is defined by the federal financial institutions regulatory agencies as follows:

*Market value* means the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;

2. both parties are well informed or well advised, and acting in what they consider their own best interests;

3. a reasonable time is allowed for exposure in the open market;

4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.

Source: Office of the Comptroller of the Currency under 12 CFR, Part 34, Subpart C-Appraisals, 34.42 Definitions (f).

## Definition of Fee Simple Estate

"Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat."[1]

---

1  Source: Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022).

## Legal Description (continued)

Thence North 40°44'31" East, 110.00 feet along the Northwest line of Lot 95 to the North most corner of Lot 95, a found ¾ inch open pipe and the POINT OF BEGINNING;

Thence North 40°44'31" East, 1.84 feet;

Thence South 48°04'37" East, 12.52 feet;

Thence South 78°38'53" East, 3.47 feet;

Thence North 41°15'59" East, 14.49 feet;

Thence South 86°04'55" East, 68.45 feet;

Thence South 26°59'54" East, 15.24 feet;

Thence South 07°27'31" West, 66.06 feet;

Thence South 66°45'25" West, 24.84 feet to a found ½ inch rebar with cap LS 5357 and the beginning of a non-tangent curve, concave to the Southwest, having a radius of 257.21 feet, a chord bearing North 36°40'50" West, 112.62 feet;

Thence along the Northeast line of Lot 95, a curve to the left, and arc length of 113.54 feet to the POINT OF BEGINNING.

ALSO EXCEPTING the following:

A parcel located in Section 2, Township 14 North, Range 5 East, beginning at the Northeast corner of Lot 166, EL ESTRIBO UNIT FOUR, according to the plat of record in Book 8 of Maps, Page 31, records of Yavapai County, Arizona;

Thence South 69 degrees, 22 minutes, 10 seconds, East, 10.00 feet;

Thence South 37 degrees, 07 minutes, 28 seconds, West, 208.06 feet;

Thence North 51 degrees, 24 minutes, 30 seconds, West, 10.00 feet to the Southeast corner of said Lot 166;

Thence North 37 degrees, 12 minutes, 20 seconds, East, along the Easterly line of said Lot 166, 206.70 feet to the TRUE POINT OF BEGINNING.


## Definition of Exposure Time

**Exposure Time** is defined as the: *an opinion, based on supporting market data, of the length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.*

*Appraisal Standards Board (ASB), USPAP 2024, Page 4*

In this appraisal report, the exposure period for the subject property is estimated to be 12 months or less. This conclusion is predicated upon telephone interviews with market participants, consideration of current market conditions, and an evaluation of the historical marketing periods of comparable sales information analyzed during the preparation of this report.

## Property Description

| | |
|---|---|
| Site Area: | 167,270 square feet or 3.84 acres – Utilized by Bar/Restaurant<br>4,569,010 square feet or 104.89 acres – Excess Land<br>4,736,280 square feet or 108.730 acres – Total |
| Type: | Bar and restaurant building with excess land |
| Zoning: | OS, Open Space Resource Conservation Zone & PAD, Planned Area Development, Yavapai County |
| Frontage: | Along Montezuma Avenue and multiple local access roadways |
| Topography: | Generally level, rolling |
| Utilities: | Electric, well, septic. The property 624 acre-feet of annual water rights. |
| Flood Zone: | Zone X (69% of site), Zone AE (17% of site), and Zone AE Floodway (15% of site), FEMA panel 04025C1820G, dated September 3, 2010 |
| Net Building Size: | 7,310 square feet – Bar & Restaurant<br>1,538 square feet – Lounge / Office<br>728 square feet – Pro-Shop<br>388 square feet – Restroom Building<br>1,951 square feet – Manager's Residence<br>853 square feet – Open side workshop<br>12,768 square feet – Gross Building Area |
| Buildings: | Six |
| Construction: | Wood frame construction. The interior build-out consists of a bar, restaurant with full commercial kitchen (with all restaurant/bar equipment included), a lounge/office building, a building previously uses as a golf pro-shop, a restroom building, an open sided shop building, and a two-bedroom, two-bathroom residence. |
| Year Built: | The improvements were built in 1939 and are rated in average condition. The improvements have an estimate effective age of 20 years with 25 years of remaining economic life. |
| Parking: | The development has 34 open spaces |

Case 2:24-bk-09126-BMW    Doc 134    Filed 02/13/26    Entered 02/13/26 15:41:18    Desc
Main Document      Page 17 of 66

**Zoning Map**



**Flood Zone Map**



Case 2:24-bk-09126-BMW   Doc 134   Filed 02/13/26   Entered 02/13/26 15:41:18   Desc
Main Document      Page 19 of 66



LOOKING WEST AT THE BAR / RESTAURANT



LOOKING NORTHWEST AT THE BAR / RESTAURANT

Case 2:24-bk-09126-BMW    Doc 134    Filed 02/13/26    Entered 02/13/26 15:41:18    Desc
Main Document    Page 20 of 66



**VIEW OF WORKSHOP**



**VIEW OF RESTROOM BUILDING, LOUNGE, AND OFFICE**



**LOOKING SOUTH AT THE BAR / RESTAURANT**



**LOOKING NORTHWEST AT THE PROPERTY**



**VIEW OF PARKING AREA**



**VIEW OF EXCESS LAND**

KB *VALUATION SERVICES*



INTERIOR OF RESTAURANT



RESTAURANT KITCHEN



**INTERIOR OF THE SINGLE-FAMILY RESIDENCE**



**BEDROOM IN THE SINGLE-FAMILY RESIDENCE**

## 405-07-241

**Tax Assessment**

| | 2018 Final | 2019 Final | 2020 Final | 2021 Final | 2022 Final | 2023 Final | 2024 Final | 2025 Prelim |
|---|---|---|---|---|---|---|---|---|
| FCV Improved | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| FCV Land | $5,880 | $6,527 | $6,527 | $6,527 | $5,999 | $5,593 | $8,707 | $10,876 |
| FCV Total | $5,880 | $6,527 | $6,527 | $6,527 | $5,999 | $5,593 | $8,707 | $10,876 |
| YoY Change % | 7740% | 11% | 0% | 0% | -8% | -7% | 56% | 25% |
| Assessed FCV | $0 | $0 | $979 | $979 | $900 | $839 | $1,306 | $1,631 |
| LPV Total | $5,256 | $5,519 | $5,795 | $6,084 | $5,999 | $5,593 | $5,873 | $6,166 |
| State Aid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Amount | $106 | $110 | $112 | $115 | $113 | $96 | $100 | $0 |

## 405-07-225

**Tax Assessment**

| | 2018 Final | 2019 Final | 2020 Final | 2021 Final | 2022 Final | 2023 Final | 2024 Final | 2025 Prelim |
|---|---|---|---|---|---|---|---|---|
| FCV Improved | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| FCV Land | $17,934 | $19,907 | $28,960 | $27,440 | $27,563 | $29,327 | $49,689 | $55,529 |
| FCV Total | $17,934 | $19,907 | $28,960 | $27,440 | $27,563 | $29,327 | $49,689 | $55,529 |
| YoY Change % | 22318% | 11% | 45% | -5% | 0% | 6% | 69% | 12% |
| Assessed FCV | $0 | $0 | $4,344 | $4,116 | $4,134 | $4,399 | $7,453 | $8,329 |
| LPV Total | $16,030 | $16,832 | $17,673 | $18,557 | $19,485 | $20,459 | $21,482 | $22,556 |
| State Aid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Amount | $324 | $335 | $341 | $350 | $366 | $352 | $364 | $0 |

## 405-57-091

**Tax Assessment**

| | 2018 Final | 2019 Final | 2020 Final | 2021 Final | 2022 Final | 2023 Final | 2024 Final | 2025 Prelim |
|---|---|---|---|---|---|---|---|---|
| FCV Improved | $355,401 | $426,187 | $528,731 | $571,328 | $677,675 | $916,057 | $1,181,947 | $1,352,554 |
| FCV Land | $107,001 | $118,775 | $118,775 | $118,775 | $125,595 | $124,837 | $127,617 | $139,775 |
| FCV Total | $462,402 | $544,962 | $647,506 | $690,103 | $803,270 | $1,040,894 | $1,309,564 | $1,492,329 |
| YoY Change % | 16% | 18% | 19% | 7% | 16% | 30% | 26% | 14% |
| Assessed FCV | $0 | $0 | $87,478 | $93,095 | $109,486 | $142,707 | $180,196 | $208,628 |
| LPV Total | $404,089 | $424,294 | $445,508 | $467,784 | $491,173 | $515,732 | $541,518 | $568,594 |
| State Aid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Amount | $7,400 | $7,587 | $7,733 | $7,933 | $8,381 | $8,110 | $8,426 | $0 |

## 405-57-010

**Tax Assessment**

| | 2018 Final | 2019 Final | 2020 Final | 2021 Final | 2022 Final | 2023 Final | 2024 Final | 2025 Prelim |
|---|---|---|---|---|---|---|---|---|
| FCV Improved | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| FCV Land | $5,880 | $6,527 | $6,487 | $7,387 | $6,119 | $10,855 | $13,909 | $15,089 |
| FCV Total | $5,880 | $6,527 | $6,487 | $7,387 | $6,119 | $10,855 | $13,909 | $15,089 |
| YoY Change % | 1580% | 11% | -1% | 14% | -17% | 77% | 28% | 8% |
| Assessed FCV | $0 | $0 | $973 | $1,108 | $918 | $1,628 | $2,086 | $2,263 |
| LPV Total | $5,256 | $5,519 | $5,795 | $6,084 | $6,119 | $6,425 | $6,746 | $7,084 |
| State Aid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Tax Amount | $106 | $110 | $112 | $115 | $115 | $111 | $114 | $0 |

Case 2:24-bk-09126-BMW    Doc 134    Filed 02/13/26    Entered 02/13/26 15:41:18    Desc
Main Document    Page 26 of 66

## Market Overview & Conditions

An *area analysis* is a study of the interrelating forces of supply and demand as they relate on a regional area basis. To identify the character of the area and to obtain the most current perspective on the area's commercial real estate market, five interrelated factors are considered in detail. These five interrelated factors are physical characteristics, principal economic activities, demographics, political-governmental, and sociological. The Rimrock, Lake Montezuma, and Camp Verde communities are considered part of the subject's area.



The goal of this analysis is to obtain an understanding of the forces of supply and demand as they relate on a regional and local basis, particularly for the demand of the subject's product type. Knowledge gained from this analysis provides a basis for the application of highest and best use analysis. It is also used to identify the market trends affecting the value of the subject property.

Case 2:24-bk-09126-BMW    Doc 134    Filed 02/13/26    Entered 02/13/26 15:41:18    Desc
Main Document      Page 27 of 66

**Principal Economic Activities**

The major employment in the area is provided by construction, ranching, light industry, trade and service, a casino, and the government.

Attractions such as the Fort Verde State Park, Montezuma Castle National Monument and Montezuma Well, as well as excellent hunting, fishing and recreational opportunities generate retail and service trade in the community. The area is also attracting increasing numbers of retirees who enjoy its mild, dry, four-season climate.

Major private employers are Alco, Bashas', McDonald's, Bank One, Cliff Castle Casino. Major public employers are Camp Verde Unified School District, US Postal Service, Town of Camp Verde, Yavapai County Justice Facility.

Unemployment for the county (before the recession) has historically been between 3% and 5%; however, when the market downturn which began in late 2008, unemployment rose to 10.7% in 2010. Countywide unemployment declined to 4.1% in December 2019, but spiked to 14.9% in April 2020 as a result of the pandemic. The current rate was reported at 3.0% for March 2024.



**Demographics**

The information presented in this sub-section was obtained from the U.S. Census and the Arizona State Department of Economic Security update. Between 2010 and 2020, the area grew by 8.6%, or about 0.86% per year.

Case 2:24-bk-09126-BMW    Doc 134    Filed 02/13/26    Entered 02/13/26 15:41:18    Desc
Main Document    Page 28 of 66

|  | 86335 | Yavapai County | Arizona | USA |
|---|---|---|---|---|
| Median Estimated Home Value | $365K | $548K | $451K | $366K |
| Estimated Home Value 12-Month Change | +0.2% | +4.7% | +5% | +5.8% |
| Median List Price | $450K | $675K | $489K | – |
| List Price 1-Month Change | – | – | -0.2% | – |
| List Price 12-Month Change | -19.5% | +5.5% | +0.7% | – |
| Median Home Age | 31 | 29 | 31 | 43 |
| Own | 64% | 73% | 66% | 65% |
| Rent | 36% | 27% | 34% | 35% |
| $ Value of All Buildings for which Permits Were Issued | – | $478M | $13.6B | $365B |
| % Change in Permits for All Buildings | – | -31% | -7% | -6% |
| % Change in $ Value for All Buildings | – | -34% | -7% | -5% |

### Median Sales Price vs. Sales Volume

This chart compares the listings and public records sales price trend and sales volume for homes in an area.
Data Source: Public Record and Listing data
Update Frequency: Monthly

■ Median Sales Price Public Records
■ Median Sales Price Listings
■ Sales Volume Public Records
■ Sales Volume Listings



The median home value is reported at $365,000 and has increased by 0.2% over the past twelve months.

**Scenic Attractions**

The Fort Verde State Park in Camp Verde contains military artifacts, Indian relics and articles used by the settlers and Indians. Four of the original adobe fort buildings still stand and are open to the public. Clear Creek Church the first church Clear Creek built in the Verde Valley, has been restored and adjoins the Clear Creek Cemetery where many pioneers are buried.

Montezuma Castle National Monument (five miles north of Camp Verde) is a two-unit national monument. The main unit contains some of the best-preserved cliff dwellings in the United States. The Montezuma Well unit, 11 miles northeast, features a large natural limestone sink, whose waters were used for a network of prehistoric irrigation canals. The castle is also headquarters for nearby Tuzigoot National Monument.

The Verde Valley is a sport paradise with fishing in the Verde River and trout streams, and hunting for deer, elk, antelope, bear, quail, dove, duck, geese, wild turkey and rabbit. Beasley Flats, operated by the U.S. Forest Service, is now a major starting point for trips on the Verde River.

The second weekend of October, Camp Verde celebrates Fort Verde Days with a parade, horse events, barbecue, cavalry drills and art show. Camp Verde residents also enjoy the cultural Verde Valley Fair in May.

Development of the opinion of value was produced through reliable proprietary research and database providers including CoStar, MLS, public records, and affidavits of value. In this section, I develop an opinion of value via the cost and sales comparison approaches. The income approach is not considered applicable as a valuation technique

## Cost Approach

The *cost approach* estimates the value based upon the reproduction or replacement cost new of the improvements, less accrued depreciation from physical, functional, and locational obsolescence, if any. To this is added the market value of the site, which is estimated at its highest and best use.

The cost approach to value is based upon the principle of substitution. This is a valuation principle, which states a prudent buyer would pay no more for real property than for the cost of acquiring an equally desirable substitute on the open market. The Principle of Substitution presumes that the purchaser will consider the alternatives available to him, that he will act rationally or prudently on the basis of his information about these alternatives, and that time is not a significant factor. Substitution may assume the form of the purchase of an existing property with the same utility or acquisition of a vacant lot and the building of a structure upon that lot having the same general utility as the property being appraised.

The cost to construct an improvement, as of the effective date of the appraisal, may be developed as the cost to reproduce the improvement or the cost to replace it. Presented below are definitions of the two cost estimation techniques:

Reproduction Cost is defined as the cost of construction, at current prices, of an exact duplicate or replica using the same materials, construction standards, design, layout, quality of workmanship, and embodying all the deficiencies, super-adequacies, and obsolescence of the subject improvements.

Replacement Cost is defined as the cost of construction, at current prices, of a building having utility equivalent to the building being appraised, but built with modern materials and according to current standards, design, and layout.

For the purpose of valuing the subject property, replacement cost is considered to be the most appropriate technique. This reflects the assumption that an investor seeking to build a building would use the most modern and cost-effective materials and construction techniques in the construction process.

The first step in the cost approach is to estimate the underlying land value by consideration of transactions involving comparable sales. Next, the replacement cost new and entrepreneurial profit of the improvements is supported via typical sources, primarily the Marshall & Swift Cost Estimation Service, a nationally recognized cost service. Third, I will estimate, in dollar amounts, the accrued depreciation caused by the physical deterioration, functional deficiencies, super adequacies, or any adverse economic influences. Fourth, I will deduct the accrued depreciation from the improvement's estimated replacement or reproduction cost new to arrive at a present depreciated cost estimate. Finally, the contributory value of the land is then added to the depreciated replacement cost of the improvements to indicate value via the cost approach.

Case 2:24-bk-09126-BMW    Doc 134    Filed 02/13/26    Entered 02/13/26 15:41:18    Desc
Main Document    Page 30 of 66



## Land Comparable No. 3



## Land Comparable No. 4



Case 2:24-bk-09126-BMW    Doc 134    Filed 02/13/26    Entered 02/13/26 15:41:18    Desc
Main Document      Page 32 of 66

**Discussion of Adjustments**

Some differences between the subject and comparables were noted. Each of the comparables involved the conveyance of fee simple estates, requiring no adjustments. All of the comparables involved cash or the equivalent; therefore, no adjustments for financing terms are necessary. The sales occurred in May 2024 with one pending sale (listing price shown) and two current listings. Due to the recent nature of the sales, they are considered to be reflective of the current market prices; however, a downward adjustment is applied to the pending sale and listings. The subject has an average location, similar to comparables 1, 2, 3, 4, and 5. Comparable 6 has higher traffic count and will be adjusted downward. The subject has a commercial zoning similar to each of the comparables. Adjustments for size, utilities, and topography are applied on an individual basis.

| Comparable No. | Subject | One | Two | Three | Four | Five | Six |
|---|---|---|---|---|---|---|---|
| Sales Price | | $799,000 | $486,000 | $180,000 | $999,000 | $85,000 | $649,000 |
| Price Per SF | | $3.07 | $3.52 | $3.94 | $4.24 | $4.54 | $4.98 |
| Date of Sale | | 5/22/2024 | 5/22/2024 | 5/20/2024 | Pending | Listing | Listing |
| **INDIVIDUAL ADJUSTMENTS** | | | | | | | |
| Property Rights Conveyed | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Total Adjustment ($) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Price Adj. for Rights Conveyed | | $3.07 | $3.52 | $3.94 | $4.24 | $4.54 | $4.98 |
| | | | | | | | |
| Financing | Cash to Seller | Cash to Seller | Cash to Seller | Cash to Seller | Wants Cash | Wants Cash | Wants Cash |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Total Adjustment ($) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Price Adj. for Financing | | $3.07 | $3.52 | $3.94 | $4.24 | $4.54 | $4.98 |
| | | | | | | | |
| Conditions of Sale | Normal | Normal | Normal | Normal | Normal | Normal | Normal |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Total Adjustment ($) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Price Adj. for Conditions of Sale | | $3.07 | $3.52 | $3.94 | $4.24 | $4.54 | $4.98 |
| | | | | | | | |
| Market Conditions (Date of Sale) | Current | May-24 | May-24 | May-24 | Pending | Listing | Listing |
| Adjustment Factor | | 0% | 0% | 0% | -5% | -5% | -5% |
| Total Adjustment ($) | | $0.00 | $0.00 | $0.00 | ($0.21) | ($0.23) | ($0.25) |
| Price Adj. for Market Conditions | | $3.07 | $3.52 | $3.94 | $4.03 | $4.31 | $4.73 |
| | | | | | | | |
| **QUALITATIVE ANALYSIS** | | | | | | | |
| Location: | Ave-Good | Ave-Good | Ave-Good | Ave-Good | Ave-Good | Ave-Good | Good |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | -5% |
| Site Position: | Corner | Mid-block | Corner | Mid-block | Corner | Mid-block | Corner |
| Adjustment Factor | | 5% | 0% | 5% | 0% | 5% | 0% |
| Site Size (SF) | 167,270 | 260,076 | 137,950 | 45,738 | 235,516 | 18,737 | 130,244 |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Zoning | PAD | C | C | C-1 | C | C1-2 | C2 |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Topography | Level | Level | Gentle slope | Gentle slope | Level | Level | Level |
| Adjustment Factor | | 0% | 5% | 5% | 0% | 0% | 0% |
| Flood Zone | No | Partial (1%) | No | No | No | No | No |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Off-Sites | E / Well / Sep. | E / W / S | E / W / S | E / W / S | E / W / S | E / W / Sep. | E / W / S |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Net Percentage Grouped Adj. | | 5.00% | 5.00% | 10.00% | 0.00% | 5.00% | -5.00% |
| Net Dollar Grouped Adj. | | $0.15 | $0.18 | $0.39 | $0.00 | $0.22 | ($0.24) |
| **FINAL ADJUSTED PRICE/SF** | | $3.23 | $3.70 | $4.33 | $4.03 | $4.53 | $4.50 |
| | | | | | | | |
| **SUMMARY** | | | | | | | |
| Comparable No.: | | One | Two | Three | Four | Five | Six |
| Unadjusted Price Per SF | | $3.07 | $3.52 | $3.94 | $4.24 | $4.54 | $4.98 |
| Final Adjusted Price Per SF | | $3.23 | $3.70 | $4.33 | $4.03 | $4.53 | $4.50 |

**Indirect Costs**

Indirect costs are defined as *expenditures or allowances for items other than labor and materials that are necessary for construction, but are not typically part of the construction contract. Indirect costs may include administrative costs, professional fees, financing costs and the interest paid on construction loans, taxes and the builder's or developer's all-risk insurance during construction, and marketing, sales, and lease-up costs incurred to achieve occupancy or sale. Also called soft costs.*[9]

**Entrepreneurial Profit**

Entrepreneurial profit is defined as *a market-derived figure that represents the amount an entrepreneur received for his or her contribution to a past project to compensate for his or her time, effort, knowledge, and risk; the difference between the total cost of a property (cost of development) and its market value (property value after completion), which represents the entrepreneur's compensation for the risk and expertise associated with development. An entrepreneur is motivated by the prospect of future value enhancement (i.e., the entrepreneurial incentive). An entrepreneur who successfully creates value through new development, expansion, renovation, or an innovative change of use is rewarded by entrepreneurial profit. Entrepreneurs may also fail and suffer losses. 2. In economics, the actual return on successful management practices, often identified as coordination, the fourth factor of production following land, labor, and capital; also called entrepreneurial return or entrepreneurial reward.*[10]

**Total Estimated Replacement Cost - Marshall Valuation Service**

I have prepared a cost estimate utilizing the comparative-unit method based upon cost information obtained from the Marshall Valuation Service. Complied and published by Marshall and Swift, the Marshall Valuation Service (MVS) provides cost data for estimating the replacement costs of buildings and other types of improvements throughout the United States and Canada. According to information published by Marshall & Swift, the cost data presented within the MVS.

The cost information contained within the MVS is presented in the form of per unit cost estimates for typical structures classified by seven occupancy groups, five classes of construction, and four categories of construction quality. Further, within each building class there may be many various sub-classifications and variations of cost based upon specific attributes and improvement types. Various multipliers are also used to adjust for differences with respect to perimeter measurements and story height. The refined cost estimates are then finally adjusted by the application of current cost and local multipliers.

| Size SF / No. | Component Type | Class | Quality | Section | Page | Base Cost | Current Cost Multiplier | Local Multiplier | Perimeter Multiplier | Adjusted Cost |
|---|---|---|---|---|---|---|---|---|---|---|
| 9,964 | Restaurant | D | Average | 13 | 14 | $165.00 | 1.03 | 0.96 | 1.000 | $163.15 |
| 1,951 | Single Family Residence | D | Average | 12 | 25 | $124 | 1.03 | 0.96 | 1.00 | $122.61 |
| 853 | Light Comm. Utilitiy Bldg. | D | Average | 17 | 12 | $28.00 | 1.06 | 0.96 | 1.00 | $28.49 |

The *cost approach summary table* shows each subject component and the cost new estimate with consideration of the current and local multipliers.

The restaurant FF&E is included in the subject value. The cost of these items is estimated using four comparables of recently completed restaurants in Wickenburg, Prescott Valley, Phoenix, and Avondale. These projects had FF&E costs which ranged from $90.11 per square foot to $106.86 per square foot. Based on these comparables, the bar and restaurant FF&E is estimated at $90 per square foot which

---

9 Source: Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022).
10 Source: Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022).

# COST APPROACH SUMMARY

| BUILDING IMPROVEMENTS | | | COST SECTION 1 OF 1 | |
|---|---|---|---|---|
| ITEM | UNIT TYPE | COST | QUANTITY | TOTAL |
| RESTAURANT / LOUNGE / RESTROOM | SQUARE FEET | $163.15 | 9,964 | $1,625,627 |
| SINGLE FAMILY RESIDENCE | SQUARE FEET | $122.61 | 1,951 | $239,212 |
| LIGHT COMMERCIAL UTILITY BUILDING | SQUARE FEET | $28.49 | 853 | $24,302 |
| | | TOTAL BUILDING IMPROVEMENT COSTS | | $1,889,141 |

| SITE IMPROVEMENTS | | | | |
|---|---|---|---|---|
| ITEM | UNIT TYPE | COST | QUANTITY | TOTAL |
| INCLUDED | | | | |
| | | TOTAL SITE IMPROVEMENT COSTS | | $0 |
| | | SUBTOTAL: BUILDING & SITE COSTS | | $1,889,141 |

| SOFT COSTS | | | | |
|---|---|---|---|---|
| ITEM | PERCENT COST | PERCENT TYPE | | TOTAL |
| SOFT COSTS | 5.0% | % BUILDING & SITE COST | | $94,457 |
| | | | | $0 |
| | TOTAL DIRECT SOFT COSTS | | | $94,457 |
| | ENTREPRENEURIAL PROFIT* | 10.0% | | $198,360 |
| | TOTAL INDIRECT & SOFT COST | | | $292,817 |
| | TOTAL COST | | | $2,181,957 |

| DEPRECIATION | | | | |
|---|---|---|---|---|
| COMPONENT | EFFECTIVE AGE | LIFE | PERCENT | AMOUNT |
| DEFERRED MAINTENANCE | | | 0% | $0 |
| REMAINING PHYS DEPR: BUILDING | 20 | 45 | 44.4% | $969,759 |
| FUNCTIONAL DEPR INCURABLE | | | 0% | $0 |
| FUNCTIONAL DEPR CURABLE | | | 0% | $0 |
| EXTERNAL DEPR INCURABLE | | | 0% | $0 |
| | | TOTAL DEPRECIATION | | $969,759 |
| | | DEPRECIATED VALUE OF IMPROVEMENTS | | $1,212,199 |

| OTHER VALUES | | | | |
|---|---|---|---|---|
| LAND VALUE | | | | $685,000 |
| DEPRECIATED FF&E | | | | $130,000 |
| | | COST APPROACH VALUE INDICATION | | $2,027,199 |
| | | ROUNDED | | $2,030,000 |

* As a percentage of the combined hard and soft costs



**Land Comparable No. 3**



**Land Comparable No. 4**



## Discussion of Adjustments

Some differences between the subject and comparables were noted. Each of the comparables involved the conveyance of fee simple estates, requiring no adjustments. All but two of the comparables involved cash or the equivalent; therefore, no adjustments for financing terms are necessary to comparables 1, 4, 5, and 6. Comparables 1 and 4 involved seller carry financing which can often suggest an inflated sales price. A downward adjustment is applied to these sales. The sales occurred between July 2021 and October 2024 with two current listings. Due to the recent nature of comparables 1, 2, and 4, they are considered to be reflective of the current market prices; however, comparable 3 occurred in 2021. Market values have increased since then and an upward adjustment is applied. A downward adjustment is applied to the current listings. The subject has an average to good location, similar to comparables 1, 2, 3 and 5. Comparable 4 is in a superior location and comparable 6 is in an inferior location. Adjustments for size, utilities, and topography are applied on an individual basis. The subject and comparables 2, 3, and 5 each had water rights. Comparables 1, 4, and 6 did not have grandfathered water rights; however, there does not appear to be a clear relationship between these comparables and each of the others on price per acre basis.

| Comparable No. | Subject | One | Two | Three | Four | Five | Six |
|---|---|---|---|---|---|---|---|
| Sales Price | | $1,800,000 | $1,040,000 | $4,000,000 | $4,300,000 | $2,995,000 | $2,300,000 |
| Price Per Acre | | $49,683 | $57,778 | $30,488 | $111,111 | $51,638 | $49,229 |
| Date of Sale | | 10/1/2024 | 4/8/2022 | 7/8/2021 | 1/3/2023 | Listing | Listing |
| **INDIVIDUAL ADJUSTMENTS** | | | | | | | |
| Property Rights Conveyed | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Total Adjustment ($) | | $0 | $0 | $0 | $0 | $0 | $0 |
| Price Adj. for Rights Conveyed | | $49,683 | $57,778 | $30,488 | $111,111 | $51,638 | $49,229 |
| Financing | Cash to Seller | Seller Carry | Cash to Seller | Cash to Seller | Seller Carry | Wants Cash | Wants Cash |
| Adjustment Factor | | -5% | 0% | 0% | -5% | 0% | 0% |
| Total Adjustment ($) | | ($2,484) | $0 | $0 | ($5,556) | $0 | $0 |
| Price Adj. for Financing | | $47,198 | $57,778 | $30,488 | $105,556 | $51,638 | $49,229 |
| Conditions of Sale | Normal | Normal | Normal | Normal | Normal | Normal | Normal |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Total Adjustment ($) | | $0 | $0 | $0 | $0 | $0 | $0 |
| Price Adj. for Conditions of Sale | | $47,198 | $57,778 | $30,488 | $105,556 | $51,638 | $49,229 |
| Market Conditions (Date of Sale) | Current | Oct-24 | Apr-22 | Jul-21 | Jan-23 | Listing | Listing |
| Adjustment Factor | | 0% | 0% | 10% | 0% | -10% | -10% |
| Total Adjustment ($) | | $0 | $0 | $3,049 | $0 | ($5,164) | ($4,923) |
| Price Adj. for Market Conditions | | $47,198 | $57,778 | $33,537 | $105,556 | $46,474 | $44,307 |
| **QUALITATIVE ANALYSIS** | | | | | | | |
| Location: | Ave-Good | Ave-Good | Ave-Good | Ave-Good | Good | Ave-Good | Average |
| Adjustment Factor | | 0% | 0% | 0% | -5% | 0% | 5% |
| Site Position: | Mid-block | Mid-block | Mid-block | Mid-block | Mid-block | Mid-block | Mid-block |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Site Size (Acre) | 104.89 | 36.23 | 18.00 | 131.20 | 38.70 | 58.00 | 46.72 |
| Adjustment Factor | | 0% | -5% | 0% | 0% | 0% | 0% |
| Zoning | OS | PAD | RCU-2A | RCU-2A | RCU-2A | RCU-2A | R1-35, R1L-70 |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Topography | Level | Level | Level / Sloping | Level / Sloping | Level / Sloping | Gentle slope | Level / Sloping |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Flood Zone | Partial (32%) | No | Partial (35%) | Partial (16%) | Partial (20%) | Partial (67%) | No |
| Adjustment Factor | | -5% | 0% | 0% | 0% | 0% | -5% |
| Off-Sites | E / Sep. / Well | E / W / S | E / Well | E / Sep. / Well | E / Well | E / Sep. / Well | E / W |
| Adjustment Factor | | 0% | 5% | 0% | 5% | 0% | 5% |
| Net Percentage Grouped Adj. | | -5.00% | 0.00% | 0.00% | 0.00% | 0.00% | 5.00% |
| Net Dollar Grouped Adj. | | ($2,360) | $0 | $0 | $0 | $0 | $2,215 |
| **FINAL ADJUSTED PRICE/ACRE** | | $44,839 | $57,778 | $33,537 | $105,556 | $46,474 | $46,522 |

| SUMMARY | | | | | | |
|---|---|---|---|---|---|---|
| Comparable No.: | One | Two | Three | Four | Five | Six |
| Unadjusted Price Per Acre | $49,683 | $57,778 | $30,488 | $111,111 | $51,638 | $49,229 |
| Final Adjusted Price Per Acre | $44,839 | $57,778 | $33,537 | $105,556 | $46,474 | $46,522 |

## Sales Comparison Approach

*Commercial Parcel Valuation*

The *sales comparison approach to value* produces an estimate of value for real estate by comparing recent transactions involving similar properties within the surrounding or competing market area of the subject property. Inherent in this approach is the principle of substitution, which holds that when a property is replaceable within the market, its value tends to be set at the cost of acquiring an equally desirable substitute property, assuming that no costly delay is encountered in making the substitution.

By analyzing comparables involving arms-length transactions between willing, knowledgeable buyers and sellers with reasonable market exposure, price trends can be identified from which value parameters may be extracted. Comparability in terms of physical, locational, and economic characteristics is an important criterion in evaluating the comparables with respect to the subject property. The basic steps involved in the application of this approach are as follows:

I.   Researching recent relevant property sales and current offerings throughout the competitive area.

II.  Selecting properties which are considered to be most similar to the subject, and then analyzing the selected comparables, giving consideration to the time of sale and any change in economic conditions which may have occurred in the intervening time up to the date of value. Other relevant factors of a physical, functional, or locational nature are also considered.

III. Reducing the sales price to common units of comparison (i.e., the price per square foot of gross building area, etc.).

IV.  Making appropriate adjustments between the comparable properties and the property being appraised.

V.   Interpreting the adjusted sales data and drawing a valid conclusion.

The specific unit of comparison used in this analysis is the sales price per square foot of building, calculated by dividing the sales or offering price by the gross building area.

Presented on the following pages are summaries of the transactions examined. Following the comparable data table is a discussion of my conclusion of market value concerning the subject property as provided by the sales comparison approach to value.



| Improved Comparable No. 3 | | Restaurant & Event Center | | |
|---|---|---|---|---|
| | | **Address:** | 6200 N. Highway 89 | |
| | | **City:** | Prescott | **State:** AZ |
| | | **APN:** | 102-15-006 | |
| | | **Data Source:** | Public records; Mark Hale, agent (MLS) | |
| | | **Marketing Time:** | 22 days | |
| | | **Site Data** | | |
| | | **Net Site Area:** | 85,284   square feet | |
| | | **Zoning:** | BG PAD, Prescott | |
| | | **Parking:** | 65 open spaces | |
| | | **Frontage:** | Along Highway 89 | |
| | | **Visibility:** | Along adjoining roadway | |
| **Transaction Information** | | **Improvement Description** | | |
| **Sale Price:** | $1,650,000 | **Bldg. Area:** | **8,900**   square feet | |
| **Unit Price:** | **$185.39**   per S.F. of bldg. area | **No. of Bldgs.:** | One   **No. of Stories:**   One | |
| **Financing:** | Seller Carry | **Const. Type:** | Block & Frame | |
| **Sale Date:** | May 8, 2024 | **Year Built:** | 1995 | |
| **Doc. No.:** | 2024-0018230 | **Condition:** | Ave-Good | |
| **Buyer:** | Adair Management & Investments, LLC | **Comments:** | The property is a restaurant and event center purchased for owner occupancy. The sale included some depreciated restaurant FF&E but no business value. | |
| **Seller:** | 3GenZ, LLC | | | |
| **Sale History:** | No other sales in past three years | | | |
| **Sale Conditions:** | Normal, arms-length | | | |
| **Property Rights:** | Fee Simple | | | |

| Improved Comparable No. 4 | | Restaurant | | |
|---|---|---|---|---|
| | | **Address:** | 3061 Highway 95 | |
| | | **City:** | Bullhead City | **State:** AZ |
| | | **APN:** | 220-14-054 | |
| | | **Data Source:** | Public records; Ann Pettit, agent (MLS) | |
| | | **Marketing Time:** | 55 days | |
| | | **Site Data** | | |
| | | **Net Site Area:** | 45,750   square feet | |
| | | **Zoning:** | C-2, Bullhead City | |
| | | **Parking:** | 42 open spaces | |
| | | **Frontage:** | Along Highway 95 | |
| | | **Visibility:** | Along adjoining roadway | |
| **Transaction Information** | | **Improvement Description** | | |
| **Sale Price:** | $782,500 | **Bldg. Area:** | **4,744**   square feet | |
| **Unit Price:** | **$164.95**   per S.F. of bldg. area | **No. of Bldgs.:** | One   **No. of Stories:**   One | |
| **Financing:** | Seller Carry | **Const. Type:** | Frame | |
| **Sale Date:** | June 30, 2023 | **Year Built:** | 1979 | |
| **Doc. No.:** | 2023-030006 | **Condition:** | Average | |
| **Buyer:** | Ravider Singh, et al | **Comments:** | The property is a restaurant purchased for owner occupancy. The sale included some depreciated restaurant FF&E but no business value. | |
| **Seller:** | Claim It, LLC | | | |
| **Sale History:** | No other sales in past three years | | | |
| **Sale Conditions:** | Normal, arms-length | | | |
| **Property Rights:** | Fee Simple | | | |

Case 2:24-bk-09126-BMW   Doc 134   Filed 02/13/26   Entered 02/13/26 15:41:18   Desc
Main Document     Page 40 of 66

# SUMMARY OF SALES DATA

| Comparison Factor | Subject Property | Comparable Number 1 | Comparable Number 2 | Comparable Number 3 | Comparable Number 4 | Comparable Number 5 | Comparable Number 6 |
|---|---|---|---|---|---|---|---|
| **Address** | 4250 N. Montezuma Rimrock | 102 E. Pima Street Cottonwood | 285 N. Apache Trail Apache Junction | 6200 N. Highway 89 Prescott | 3061 Highway 95 Bullhead City | 130 E. Maley Street Willcox | 11425 E. Cornville Road Cornville |
| **Sale Data** | | | | | | | |
| Sales Price: | | $1,050,000 | $830,000 | $1,650,000 | $782,500 | $850,000 | $995,000 |
| $/S.F.: | | $210.51 | $163.13 | $185.39 | $164.95 | $193.36 | $204.56 |
| Property Rights: | | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Fin. Terms: | | Seller Carry | Cash to Seller | Seller Carry | Seller Carry | Cash to Seller | Cash to Seller |
| Condition of sale: | | Normal, arms-length | Normal, arms-length | Normal, arms-length | Normal, arms-length | Listing | Listing |
| Date of Sale: | | March 29, 2024 | January 16, 2024 | May 8, 2024 | June 30, 2023 | | |
| **Physical Char.** | | | | | | | |
| Location: | Ave-Good | Ave-Good | Ave-Good | Ave-Good | Ave-Good | Ave-Good | Ave-Good |
| Arterial Position: | Corner | Corner | Mid-block | Mid-block | Mid-block | Corner | Corner |
| Building Size (SF): | 11,915 | 4,988 | 5,088 | 8,900 | 4,744 | 4,396 | 4,864 |
| Year Built: | 1939 | 1960 | 1992 | 1995 | 1979 | 2019 | 1985 |
| Configuration: | Bar, Restaurant, | Bar & Restaurant | Restaurant | Restaurant & Event Center | Restaurant | Restaurant | Restaurant & Residence |
| FF&E Included: | Yes | Yes | Yes | Yes | No | Yes | Yes |
| Business Value: | No | No | No | No | No | No | Yes |
| L-T-B Ratio: | 2.85 | N/A | 31.45 | 7.30 | 8.85 | 3.18 | 3.91 |
| Parking Ratio: | 14.04 | 1.44 | 7.38 | 9.58 | 9.64 | 2.42 | 5.40 |
| Quality: | Average | Average | Average | Average | Average | Average | Average |
| Condition: | Average | Average | Average | Ave-Good | Average | Ave-Good | Ave-Good |

# Adjustment Table

| Comparable No. | Subject | One | Two | Three | Four | Five | Six |
|---|---|---|---|---|---|---|---|
| Sales Price | | $1,050,000 | $830,000 | $1,650,000 | $782,500 | $850,000 | $995,000 |
| Price Per S.F. | | $210.51 | $163.13 | $185.39 | $164.95 | $193.36 | $204.56 |
| Date of Sale | | Mar-24 | Jan-24 | May-24 | Jun-23 | Listing | Listing |
| **INDIVIDUAL ADJUSTMENTS** | | | | | | | |
| Property Rights Conveyed | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Total Adjustment ($) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Price Adj. for Rights Conveyed | | $210.51 | $163.13 | $185.39 | $164.95 | $193.36 | $204.56 |
| Financing | Cash to Sale | Seller Carry | Cash to Seller | Seller Carry | Seller Carry | Cash to Seller | Cash to Seller |
| Adjustment Factor | | -5% | 0% | -5% | -5% | 0% | 0% |
| Total Adjustment ($) | | ($10.53) | $0.00 | ($9.27) | ($8.25) | $0.00 | $0.00 |
| Price Adj. for Financing | | $199.98 | $163.13 | $176.12 | $156.70 | $193.36 | $204.56 |
| Conditions of Sale | Normal | Normal | Normal | Normal | Normal | Normal | Normal |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Total Adjustment ($) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Price Adj. for Financing | | $199.98 | $163.13 | $176.12 | $156.70 | $193.36 | $204.56 |
| Market Conditions (Date of Sale) | Current | Mar-24 | Jan-24 | May-24 | Jun-23 | Listing | Listing |
| Adjustment Factor | | 0% | 0% | 0% | 0% | -5% | -5% |
| Total Adjustment ($) | | $0.00 | $0.00 | $0.00 | $0.00 | ($9.67) | ($10.23) |
| Price Adj. for Market Conditions | | $199.98 | $163.13 | $176.12 | $156.70 | $183.69 | $194.34 |
| Adjusted Price Per S.F. | | $199.98 | $163.13 | $176.12 | $156.70 | $183.69 | $194.34 |
| **GROUPED ADJUSTMENTS** | | | | | | | |
| Location | Ave-Good | Ave-Good | Ave-Good | Ave-Good | Ave-Good | Ave-Good | Ave-Good |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Economic Characteristics: | Normal | Normal | Normal | Normal | Normal | Normal | Normal |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Building Size | 11,915 | 4,988 | 5,088 | 8,900 | 4,744 | 4,396 | 4,864 |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Quality/Design | Average | Average | Average | Average | Average | Average | Average |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Age/Condition | Average | Average | Average | Ave-Good | Average | Ave-Good | Ave-Good |
| Adjustment Factor | | 0% | 0% | -5% | 0% | -5% | -5% |
| Land-To-Building Ratio | 14.04 | 1.44 | 7.38 | 9.58 | 9.64 | 2.42 | 5.40 |
| Adjustment Factor | | 5% | 0% | 0% | 0% | 5% | 0% |
| Business Value | No | No | No | No | No | No | Yes |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | -5% |
| Restaurant FF&E | Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Adjustment Factor | | 0% | 0% | 0% | 0% | 0% | 0% |
| Net Percentage Grouped Adj. | | 5% | 0% | -5% | 0% | 0% | -10% |
| Net Dollar Grouped Adj. | | $10.00 | $0.00 | ($8.81) | $0.00 | $0.00 | ($19.43) |
| **FINAL ADJUSTED PRICE/S.F.** | | $209.98 | $163.13 | $167.32 | $156.70 | $183.69 | $174.90 |
| **SUMMARY** | | | | | | | |
| Comparable No.: | Subject | One | Two | Three | Four | Five | Six |
| Unadjusted Price Per S.F. | | $210.51 | $163.13 | $185.39 | $164.95 | $193.36 | $204.56 |
| Final Adjusted Price Per S.F. | | $209.98 | $163.13 | $167.32 | $156.70 | $183.69 | $174.90 |

The adjusted comparables indicated a range from a low of $156.70 per square foot to a high of $209.98 per square foot. Dropping the high and low indicators are dropped, the range narrows to a low of $163.13 per square foot to a high of $183.69 per square foot with an average of $172.26 per square foot and a median of $171.11 per square foot. Considering the subject's condition, location, and land-to-building area, I estimate the current market value to be between $170.00 per square foot and $175.00 per square foot, calculated as follows:

| | | | | | |
|---|---|---|---|---|---|
| 11,915 S.F. | x | $170.00 per S.F. | = | $2,025,550 |
| | | to | | |
| 11,915 S.F. | x | $175.00 per S.F. | = | $2,085,125 |

Reconciled to:         $2,055,000

Reconciliation is the process whereby the appraiser evaluates and selects from among alternative conclusions or indications, a single conclusion of value. An orderly connection of interdependent elements is a prerequisite of proper reconciliation. This requires a re-examination of specific data, procedures, and techniques within the framework of the approaches used to derive preliminary estimates. Each approach is considered a recognized appraisal technique and is reviewed separately by comparing it to the other approaches to value in terms of adequacy, accuracy, completeness of reasoning, and overall reliability.

The applicable approaches to value have been considered in this analysis and the data, together with the line of reasoning followed for each approach, have been clearly set out. The indications of market value developed by the applicable approaches are as follows:

| Indications of Value (Approaches) | |
| --- | --- |
| | "As Is" |
| Cost Approach: | $7,800,000 |
| Sales Comparison Approach: | $7,825,000 |
| Income Approach: | N/A |

The *cost approach to value* estimates value based upon the replacement cost new of the improvements. To this is added the market value of the site, which is estimated at its highest and best use. Due to the age of the subject improvements and associated depreciation, less weight is given to this approach.

In the *sales comparison approach*, I documented sales of generally comparable restaurant buildings. Since a typical buyer would give this approach consideration, I have placed greatest weight upon this approach.

**MARKET VALUE CONCLUSION**

Based on the preceding analysis, I have estimated the "as is" fee simple **market value** of the subject property, as of March 12, 2025, to be:

**SEVEN MILLION EIGHT HUNDRED AND TWENTY-FIVE THOUSAND DOLLARS**
**($7,825,000)**

This value is based upon a marketing period of 12 months. The value of the restaurant furniture, fixtures, and equipment (FF&E) was included in each approach to value. The subject value components are enumerated as follows:

| Component | Value |
| --- | --- |
| Land & Improvements: | $ 7,695,000 |
| Restaurant Furniture, Fixtures, and Equiptment: | $ 130,000 |
| **Total Market Value** | **$ 7,825,000** |

improvements, unless otherwise stated. No judgment is made as to the adequacy of insulation, engineering or energy efficiency of the improvements or equipment.

Information relating to the location or existence of public utilities has been obtained through verbal inquiry to the appropriate utility authority, or has been ascertained from visual evidence. No warranty has been made regarding the exact location or capacities of public utility systems. Subsurface oil, gas or mineral rights were not considered in this report unless otherwise stated.

I assumed that the subject property is not, nor will it be, in violation of the National Environmental Policy Act, the State Environmental or Clean Air Act, or any and all similar government regulations or laws pertaining to the environment. The subject property does not appear on a list of those properties known to suffer from environmental contamination nor, was any evidence of such contamination noted during my inspection. Nonetheless, I am not qualified to confirm or deny the existence of hazardous conditions and, completion of the Environmental Risk Survey section of this report is not to be construed as such confirmation or denial. Confirmation of site conditions relative to hazardous materials and/or wastes would require assessment by a duly qualified professional with direct training and experience in environmental assessment of real property. Thus, this report is, therefore, contingent upon a review of such an environmental assessment and does not consider the effects of any such adverse factors.

**Legality of Use**

The appraisal is based on the premise that there is or will be full compliance with all applicable Federal, State and local environmental regulations and laws, unless otherwise stated in the report; and that all appropriate zoning, building and use regulations and restrictions of all types have been or will be complied with, unless otherwise stated in the report. It is assumed that all require licenses, consent, permits or other legislative or administrative authority, whether local, State, Federal and/or private, have been or can be obtained or renewed for the use intended and considered in the value estimate.

**Component Values**

The distribution of the total valuation of this report between land and improvements applies only under the proposed program of utilization. The separate valuations of land and buildings must not be used in conjunction with any other appraisal, and are invalid if so used.

A report related to an estate that is less than the whole fee simple estate applies only to the fractional interest involved. The value of this fractional interest, plus the value of all other fractional interests, may or may not equal the value of the entire fee simple estate considered as a whole.

A report relating to the geographic portion of a larger property applies only to such geographic portion and should not be considered as applying with equal validity to other portions of the larger property or tract. The value for such geographic portions, plus the value of all other geographic portions, may or may not equal the value of the entire property or tract considered as a single entity.

All valuations in the report are applicable only under the estimated program of the highest and best use and are not necessarily appropriate under other programs of use.

**Auxiliary and Related Studies**

No environmental or impact studies, special market study or analysis, highest and best use analysis study or feasibility study has been requested or made by me unless otherwise specified in this report or in my agreement for services. I reserve the unlimited right to alter, amend, revise or rescind any of these statements, findings, opinions, values, estimates or conclusions upon any subsequent study or analysis or previous study or analysis that subsequently becomes available to us.

sales history is information that the appraiser has researched; to the best of my knowledge, this information is accurate, but not warranted.

**Management of the Property**

It is assumed that the property which is the subject of this report will be under prudent and competent ownership and management over the entire life of the property. If prudent and competent management and ownership are not provided, this would have an adverse effect upon the value of the property appraised.

**Confidentiality**

I am not entitled to divulge the material (evaluation or valuation) content of this report and analytical findings or conclusions, or give a copy of this report to anyone other than the client or his designee, as specified in writing, except as may be required by the Appraisal Institute, as they may request in confidence for ethic enforcement, or by a court of law with the power of subpoena.

All conclusions and opinions concerning the analyses as set forth herein are prepared by the appraisers whose signatures appear. No change of any item in the report shall be made by anyone other than the appraiser, and the firm shall have no responsibility if any such unauthorized change is made.

Whenever my opinion herein with respect to the existence or absence of fact is qualified by the phrase or phrases "to the best of my knowledge", "it appears" or "indicated", it is intended to indicate that, during the course of my review and investigation of the property, no information has come to my attention which would give me actual knowledge of the existence or absence of such facts.

The client shall notify the appraiser of any error, omission or invalid data herein within 10 days of receipt and return of the report, along with all copies, to the appraiser for corrections prior to any use whatsoever. Neither my name nor this report may be used in connection with any financing plans which would be classified as a public offering under State or Federal Security Laws.

**Copies, Publication, Distribution, Use of Report**

Possession of this report, or any copy thereof, does not carry with it the right of publication, nor may it be used for other than its intended use. The physical report remains the property of the firm for the use of the client, with the fee being for the analytical services only. This report may not be used for any purpose by any person or corporation other than the client or the party to whom the report is addressed. Additional copies may not be made without the written consent of an officer of the firm, and then only in its entirety.

Neither all nor any part of the contents of this report shall be conveyed to the public through advertising, public relations effort, news, sales or other media without my prior written consent and approval of the client. Neither this report, nor any of its contents, may be used for the sale of shares or similar units of ownership in the nature of securities, without the specific prior approval of the appraiser.

It has been assumed that the client or representative thereof, if soliciting funds for his project, has furnished to the user of this report complete plans, specifications, surveys and photographs of land and improvements, along with all other information which might be deemed necessary to correctly analyze and appraise the subject property.

Case 2:24-bk-09126-BMW    Doc 134    Filed 02/13/26    Entered 02/13/26 15:41:18    Desc
Main Document    Page 45 of 66

Uniform Standards of Professional Appraisal Practice (USPAP) Standard Rule 2-3 indicates that, "A signed certification is an integral part of the appraisal report."[12] Therefore in compliance with this requirement, I certify that, to the best of my knowledge and belief:

1.  The statements of fact contained in this report are true and correct.

2.  The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, impartial and unbiased professional analyses, opinions, and conclusions.

3.  I have no present or prospective interest in the property that is the subject of this report, and no personal interest with respect to the parties involved.

4.  I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5.  My engagement in this assignment was not contingent upon developing or reporting predetermined results.

6.  My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7.  My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with Title XI of the Federal Financial Institution Reform, Recovery and Enforcement Act of 1989 (FIRREA), the Uniform Standards of Professional Appraisal Practice (USPAP) as promulgated by the Appraisal Standards Board of the Appraisal Foundation, and the Office of the Comptroller of the Currency (OCC).

8.  The reported analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with, the requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.

9.  My employment was not conditioned upon my appraisal producing a specific value or a value within a given range. Future employment prospects were not based upon whether a loan application is approved. No pressure was placed upon me to estimate a specific value. Furthermore, the appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

10. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

---

[12] USPAP 2024 Edition, Page 25

Case 2:24-bk-09126-BMW    Doc 134    Filed 02/13/26    Entered 02/13/26 15:41:18    Desc
Main Document      Page 47 of 66

| | |
|---|---|
| *Appraisal Institute* | Advanced Sales Comparison & Cost Approaches, Milwaukee, Wisconsin, 2007 |
| *Appraisal Institute* | Report Writing and Valuation Analysis, Garden Grove, California, 2008 |
| *Appraisal Institute* | Advanced Applications, 2009 |
| *Appraisal Institute* | Advanced Spreadsheet Modeling, Phoenix, Arizona 2010. |
| *Appraisal Institute* | ARGUS Discounted Cash Flow Valuation (ARGUS Certification Course), Costa Mesa, California 2013. |
| *Appraisal Institute* | Forecasting Revenue, 2015 |
| *Appraisal Institute* | Introduction to Green Buildings: Principles & Concepts, 2015 |
| *McKissock* | Divorce and Estate Appraisals, 2017 |
| *Appraisal Institute* | Eminent Domain and Condemnation, 2017 |

## Professional Affiliations and Appointments

Currently certified as a General Real Estate Appraiser with the State of Arizona, No. 31149 (Expires May 31, 2025).

MAI Member of the Appraisal Institute

## Experience

Formerly employed with KS Appraisal (Kleinman & Sessions) between August 1998 – October 2014.

Currently a principal with KB Valuation Services, a full-service appraisal and real estate valuation firm.

## Partial List of Property Types:

Have appraised or assisted in the appraisal of the following types of property (proposed and existing):

- Commercial
- Single and multi-family residential
- Shopping centers
- Mini-storage
- Office buildings
- Car Dealerships

- Industrial
- Mobile Home and RV Parks
- Service stations
- Hotels & Motels
- Subdivisions
- Restaurants

## Geographic Area

State of Arizona
State of California


VALUATION SERVICES    Commercial • Residential • Industrial

11308 E. Fairbrook Street, Mesa, AZ 85207   (480) 809-9450   (844) 347-8186   Fax (866) 337-9852

## AGREEMENT FOR PROFESSIONAL VALUATION SERVICES

**DATE OF AGREEMENT:**          March 3, 2025

### PARTIES TO AGREEMENT

| Client: | Appraiser: |
| --- | --- |
| Kelvin Gillett | Brian D. Mills, MAI |
| *Key Business Strategies, Inc.* | *KB Valuation Services* |
| 986 Berganot Trail | 11308 E. Fairbrook Street |
| Castle Pines, CO 80108 | Mesa, AZ 85207 |
| | |
| | 844-347-8186 (phone) |
| 303-264-4870 | 866-337-9852 (fax) |
| kelvin.gillett29@gmail.com | brian@kbvaluation.com |

Client hereby engages Appraiser to complete an appraisal assignment as follows:

### PROPERTY IDENTIFICATION

Property address:          4250 N. Montezuma Avenue, Rimrock, AZ 86335

Parcel Numbers:          405-01-022H
                                        405-01-375B
                                        405-07-225
                                        405-07-241
                                        405-57-010
                                        405-57-091

### PROPERTY STATE

☒ Existing          ☐ Proposed

### PROPERTY TYPE

☐ Office          ☐ Retail          ☒ Commercial / Land

☐ Vacant Land          ☐ Multi Family Residence          ☐ Other: _____

Doc ID: b2d912ee34bd0de3f1210769b449c8eb3fcde0e5

**DATE OF VALUE**

- ☒ Current
- ☐ Prospective
- ☐ Retrospective (specific date: _____)

**HYPOTHETICAL CONDITIONS, EXTRAORDINARY ASSUMPTIONS**

None anticipated

**APPLICABLE REQUIREMENTS**

- ☒ Uniform Standards of Professional Appraisal Practice (USPAP)
- ☒ The Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute
- ☐ Other

**ANTICIPATED SCOPE OF WORK**

| Site Visit | Valuation Approaches |
|---|---|
| ☒ Interior and exterior observation, on-site | ☒ Sales comparison approach |
| ☐ Exterior observation only, on-site | ☒ Cost approach |
| ☐ Exterior observation only, from curb | ☐ Income approach |
| ☐ No site visit | |

*Note: Appraiser shall use all approaches necessary to develop a credible opinion of value.*

**APPRAISAL REPORT**

| Report Option | Form or Format |
|---|---|
| ☐ Detailed Appraisal Report | ☒ Narrative |
| ☒ Summary Appraisal Report | ☐ Other _____ |
| ☐ Brief Summary Appraisal Report | |
| ☐ Restricted Appraisal Report | |
| ☐ Oral report | |

Doc ID: b2d912ee34bd0de3f1210769b449c8eb3fcde0e5

*KB VALUATION SERVICES*

Page 70

## CONFIDENTIALITY

Appraiser shall not provide a copy of the written Appraisal Report to or disclose the results of the appraisal prepared in accordance with this Agreement with, any party other than Client, unless Client authorizes, except as stipulated in the Confidentiality Section of the ETHICS RULE of the Uniform Standards of Professional Appraisal Practice (USPAP).

## CHANGES TO AGREEMENT

Any material changes to the assignment as outlined in this Agreement shall necessitate a new Agreement. The identity of the client, intended users, or intended use; the date of value; type of value; or property appraised cannot be changed without a new Agreement.

## CANCELLATION

Client may cancel this Agreement at any time prior to the Appraiser's delivery of the Appraisal Report upon written notification to the Appraiser. Client shall pay Appraiser for work completed on assignment prior to Appraiser's receipt of written cancellation notice, unless otherwise agreed upon by Appraiser and Client in writing.

## NO THIRD-PARTY BENEFICIARIES

Nothing in this Agreement shall create a contractual relationship between the Appraiser or the Client and any third-party, or any cause of action in favor of any third-party. This Agreement shall not be construed to render any person or entity a third-party beneficiary of this Agreement, including, but not limited to, any third parties identified herein.

## USE OF EMPLOYEES OR INDEPENDENT CONTRACTORS

Appraiser may use employees or independent contractors at Appraiser's discretion to complete the assignment, unless otherwise agreed by the parties. Notwithstanding, Appraiser shall sign the written Appraisal Report and take full responsibility for the services provided as a result of this Agreement.

## TESTIMONY AT COURT OR OTHER PROCEEDINGS

Unless otherwise stated in this Agreement, Client agrees that Appraiser's assignment pursuant to this Agreement shall not include the Appraiser's participation in or preparation for, whether voluntarily or pursuant to subpoena, any oral or written discovery, sworn testimony in a judicial, arbitration or administrative proceeding, or attendance at any judicial, arbitration, or administrative proceeding relating to this assignment.

## APPRAISER INDEPENDENCE

Appraiser cannot agree to provide a value opinion that is contingent on a predetermined amount. Appraiser cannot guarantee the outcome of the assignment in advance. Appraiser cannot ensure that the opinion of value developed as a result of this Assignment will serve to facilitate any specific objective by Client or others or advance any particular cause. Appraiser's

Doc ID: b2d912ee34bd0de3f1210769b449c8eb3fcde0e5

*KB VALUATION SERVICES*



LOOKING SOUTHEAST AT THE BAR / RESTAURANT



VIEW OF RESIDENCE BUILDING

**KB** *VALUATION SERVICES*

## Building Sketch



Workshop
853 Feet ²

Restrooms
388 Feet ²

Lounge / Office
1,538 Feet ²

Restaurant
7,310 Feet ²

Pro-Shop
728 Feet ²

SFR
1,951 Feet ²

Case 2:24-bk-09126-BMW    Doc 134    Filed 02/13/26    Entered 02/13/26 15:41:18    Desc
Main Document      Page 53 of 66

KB VALUATION SERVICES



## Location / Property Rating

| | Excellent | Good | Average | Fair |
|---|---|---|---|---|
| Location | | X | X | |
| Accessibility | | X | | |
| Visibility | | X | | |
| Topography | | X | | |
| Utilities | | | X | |
| Condition | | | X | |
| Quality | | | X | |

## Aerial View



**Definition of Marketing Time**

An opinion of the amount of time to sell a property interest at the concluded market value or at a benchmark price during the period immediately after the effective date of an appraisal. Marketing time differs from exposure time, which precedes the effective date of an appraisal.[5]

The sales considered did indicate sufficient demand exists to presume the subject property could be marketed successfully under the supplied definitions of value <u>within</u> 12 months or less. This estimate, however, assumes any disposition of the subject property is in its "as is" condition, and that the pricing of any marketing effort is near the value estimated within this report. This estimate also assumes no material changes (either up or down) in market conditions. (Exposure Period precedes the date of valuation, whereas Marketing Time follows the date of valuation).

---

5    Source: Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022).

## Definition of Leased Fee Interest

"The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires."[2]

## Definition of "As Is"

"The estimate of the market value of real property in its current physical condition, use, and zoning as of the appraisal date."[3]

## Legal Description[4]

PARCEL 1:

Lot 6 and Tract A, LAKESIDE TERRACE, according to the plat recorded in Book 12 of Maps, page 24, records of Yavapai County, Arizona.

EXCEPTING all gas, oil, minerals and other like minerals and all other minerals as reserved from said land.

PARCEL 2:

Tract R, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

Said Tract was formerly known as Lot 39, MONTEZUMA PARK, UNIT SIX, according to the plat of record in Book 9 of Maps and Plats, page(s) 6, 7 & 8, records of Yavapai County, Arizona.

PARCEL 3:

Parcels B and G, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

PARCEL 4:

The following is a legal description of a parcel of land within Section 1 and Section 2, Township 14 North, Range 5 East of the Gila and Salt River Base and Meridian, Yavapai County Arizona more particularly described as follows:

BEING that area as shown on the ALTA/ACSM LAND TITLE SURVEY by Shephard-Wesnitzer Engineering, Inc., performed by Earl G. Watts RLS 27253 ON June 15, 2005, and recorded in Book 125 of Land Surveys, pages 77-105 in the office of the Yavapai County Recorder;

EXCEPTING those Parcels described as Parcels A, C, D, E, F, H, I, J, K and L, as shown on the final plat of the Villas at Beaver Creek recorded in Book 58 of Maps and Plats, pages 86 through 91, inclusive, in the office of the Yavapai County Recorder, sealed by Earl G. Watts, R.L.S. 27253 on December 8, 2006.

ALSO EXCEPTING Tract R, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona;

Said Tract was formerly known as Lot 39, MONTEZUMA PARK, UNIT SIX, according to the plat of record in Book 9 of Maps and Plats, page(s) 6, 7 & 8, records of Yavapai County, Arizona.

ALSO EXCEPTING Parcels B and G, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

FURTHER EXCEPTING the following described parcel:

A parcel situated in the Northwest Quarter of Section 1, Township 14 North, Range 5 East, Gila and Salt River Base and Meridian, Yavapai County, Arizona, more particularly described as follows:

BEGINNING at the East most corner of Lot 95, El Estribo Unit 2, Book 7 of Maps, Page 78, Yavapai County Recorder, (YCR), a found ¾ inch open pipe;

---

2    Source: Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022).
3    Source: Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 7th ed. (Chicago: Appraisal Institute, 2022).
4    Obtained from public records

**KB** *VALUATION SERVICES*

## AN APPRAISAL REPORT OF

AN EXISTING BAR AND RESTAURANT WITH EXCESS LAND LOCATED AT
4250 N. MONTEZUMA AVENUE, RIMROCK, YAVAPAI COUNTY, AZ

APN: 405-01-022H, 405-01-375B, 405-06-204,
405-01-020P, 405-07-241, 405-07-225, 405-57-091, 405-57-010

| | |
|---|---|
| **Client:** | *Key Business Strategies, Inc.* |
| **Real Property Interest Appraised:** | Fee simple |
| **Value Type:** | Current market value |

| **Pertinent Dates:** | Date of Report: | March 18, 2025 |
|---|---|---|
| | Date of Site Visit: | March 12, 2025 |
| | Effective Date of Value: | March 12, 2025 |

**Intended Users:** *Key Business Strategies, Inc.*

**Intended Use:** The intended use of this appraisal report is to assist the intended user with loan underwriting. This report may not be used for any other reason, nor is it intended for use by any other entity than the party for which it was prepared. This report may not be used for the sale of partial property interests (limited, general partnership, or syndication) unless specifically authorized by the appraiser.

**Scope of Work:**

As part of this appraisal, I have completed the following steps to gather, confirm, and analyze the data.

➤ Physically observed the interior and exterior of the subject property and toured the immediate environs and market area;

➤ Collected factual information about the subject and the surrounding market and confirmed that information with various sources;

➤ Prepared a highest and best use analysis of the subject site as if vacant and as improved;

➤ Collected and confirmed market information needed to develop a credible opinion of value;

➤ Prepared an appraisal report setting forth the conclusion derived in this analysis.

Case 2:24-bk-09126-BMW    Doc 134    Filed 02/13/26    Entered 02/13/26 15:41:18    Desc
Main Document      Page 58 of 66



**KB** VALUATION SERVICES

*Commercial • Residential • Industrial*

11308 E. Fairbrook Street, Mesa, AZ 85207    (480) 809-9450    (844) 347-8166    Fax (866) 337-9852

March 18, 2025

Kelvin Gillett
*Key Business Strategies, Inc.*
986 Berganot Trail
Castle Pines, CO 80108

RE:    An appraisal of an existing bar and restaurant with excess land located at 4250 N. Montezuma Avenue in Rimrock, Yavapai County, Arizona. **KB Valuation Services File No. 2025-KB0120.**

Dear Mr. Gillett,

I have completed a site visit and appraisal of the above referenced real property. The date of site visit and valuation is March 12, 2025, and the date of this report is March 18, 2025. The object of this investigation has been to estimate the following value for the subject property:

❑    "As is" market value based on the fee simple estate as of the date of value

☑    Based on the findings of my investigation, I have estimated the "as is" fee simple **market value** as of March 12, 2025, to be:

**SEVEN MILLION EIGHT HUNDRED AND TWENTY-FIVE THOUSAND DOLLARS
($7,825,000)**

This value is based upon a marketing period of 12 months. The value of the restaurant furniture, fixtures, and equipment (FF&E) was included in each approach to value. The subject value components are enumerated as follows:

| Component | Value |
|---|---|
| Land & Improvements: | $ 7,695,000 |
| Restaurant Furniture, Fixtures, and Equiptment: | $    130,000 |
| **Total Market Value** | **$ 7,825,000** |

The **intended use** of this appraisal report is for assisting the intended user with loan underwriting. The **intended user** of this appraisal report is *Key Business Strategies, Inc.* This report may not be used for any other reason, nor is it intended for use by any other entity than the party for which it was prepared. This report may not be used for the sale of partial property interests (limited, general partnership, or syndication) unless specifically authorized by the appraiser.

**7. Unsafe bridge from water undercutting foundation – 08/22/2019**



**8. Slash/Debris pile located directly behind 4255 N. Lakeview Drive. Reported by Copper Canyon FMD**



3. **Complaints Regarding Golf Cart Bridge and Vegetation at 17th Tee – No Violations Found-09/01/2010**



4. **High Weeds Complaint – 10/07/2014**





1  Copy mailed February 4, 2026 to:

2  All creditors and parties in
   interest on the attached
3  master mailing list.

4  /s/ Terry A. Dake

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                              2

011287    53604011298010



Exhibit A

**PARCEL 1:**

Lot 6 and Tract A, LAKESIDE TERRACE, according to the plat recorded in Book 12 of Maps, page 24, records of Yavapai County, Arizona.

EXCEPTING all gas, oil, minerals and other like minerals and all other minerals as reserved from said land.

**PARCEL 2:**

Tract R, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

Said Tract was formerly known as Lot 39, MONTEZUMA PARK, UNIT SIX, according to the plat of record in Book 9 of Maps and Plats, page(s) 6, 7 & 8, records of Yavapai County, Arizona.

**PARCEL 3:**

Parcels B and G, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

**PARCEL 4:**

The following is a legal description of a parcel of land within Section 1 and Section 2, Township 14 North, Range 5 East of the Gila and Salt River Base and Meridian, Yavapai County Arizona more particularly described as follows:

BEING that area as shown on the ALTA/ACSM LAND TITLE SURVEY by Shephard-Wesnitzer Engineering, Inc., performed by Earl G. Watts RLS 27253 ON June 15, 2005, and recorded in Book 125 of Land Surveys, pages 77-105 in the office of the Yavapai County Recorders;

EXCEPTING those Parcels described as Parcels A, C, D, E, F, H, I, J, K and L, as shown on the final plat of the Villas at Beaver Creek recorded in Book 58 of Maps and Plats, pages 86 through 91, inclusive, in the office of the Yavapai County Recorder, sealed by Earl G. Watts, R.L.S. 27253 on December 8, 2006.

ALSO EXCEPTING Tract R, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona;

Said Tract was formerly known as Lot 39, MONTEZUMA PARK, UNIT SIX, according to the plat of record in Book 9 of Maps and Plats, page(s) 6, 7 & 8, records of Yavapai County, Arizona.

ALSO EXCEPTING Parcels B and G, THE VILLAS AT BEAVER CREEK, according to the plat of record in Book 58 of Maps and Plats, page(s) 86 through 91, inclusive, records of Yavapai County, Arizona.

FURTHER EXCEPTING the following described parcel:

4Special Warranty Deed - Escrow No. 08031334

011287                                          53604011298029

Label Matrix for local noticing
0970-2
Case 2:24-bk-09126-BMW
District of Arizona
Phoenix
Wed Feb  4 10:29:36 MST 2026

Alta CMTI LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Civil, LLC dba Alta Arizona
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Environmental LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Field Services LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Land Survey, LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Survey LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

SEDONA VINEYARDS LLC
2024 N. 7TH STREET, STE 202
PHOENIX, AZ 85006-2533

Sandhill Holdings, LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

AGAVE ENVIRONMENTAL CONTRACTING
1634 N. 19TH AVE.
PHOENIX AZ 85009-2843

ALTA ARIZONA SURVEY ENGINEERING
7400 WEST DETROIT STREET, SUITE 190
Chandler AZ 85226-2441

APS
PO BOX 53933
Phoenix AZ 85072-3933

AQUA TECH SYSTEMS
12117 PALM COVE ST.
FORT MYERS FL 33913-8724

ARCHITECTURAL COLLABORATIVE TEAM
723 EAST DIAMOND DRIVE
TEMPE AZ 85283-3761

ARIZONA AMERICAN WATER COMPANY
18736 CACTUS ROAD
Surprise AZ 85388-5676

ARIZONA DEPARTMENT OF REVENUE
1600 W. MONROE, SEVENTH FLOOR
Phoenix AZ 85007

ARIZONA DEPARTMENT OF REVENUE
Office of the Arizona Attorney General
c/o Tax, Bankruptcy and Collection Sct
2005 N Central Ave, Suite 100
Phoenix   AZ 85004-1546

Alta CMTI, LLC
c/o Andrew A. Harnisch
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta CMTI, LLC
c/o Eric W. Moats
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Civil, LLC dba Alta Arizona
c/o Andrew A. Harnisch
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Civil, LLC dba Alta Arizona
c/o Eric W. Moats
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Environmental LLC
c/o Andrew A. Harnisch
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Environmental LLC
c/o Eric W. Moats
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Field Services LLC
c/o Andrew A. Harnisch
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Field Services LLC
c/o Eric W. Moats
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Land Survey, LLC
c/o Andrew A. Harnisch
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Land Survey, LLC
c/o Eric W. Moats
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Survey LLC
c/o Andrew A. Harnisch
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

Alta Survey LLC
c/o Eric W. Moats
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

BEAVER CREEK GOLF RESORT LLC
1645 WEST MOORE ROAD
Tucson AZ 85755-9125



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Beaver Creek Golf Resort, LLC

(d)Alta CMTI, LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

(d)Alta Civil, LLC dba Alta Arizona
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

(d)Alta Environmental LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

(d)Alta Field Services LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

(d)Alta Land Survey, LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

(d)Alta Survey LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

(du)Beaver Creek Golf Resort, LLC

(u)EARTRUMPET CONSULTING
12 ETHEL STREET
MALVERN VIC 3144

(d)Sandhill Holdings, LLC
c/o Grant L. Cartwright
May Potenza Baran & Gillespie, PC
1850 N. Central Avenue, Ste 1600
Phoenix, AZ 85004-4633

End of Label Matrix
Mailable recipients     59
Bypassed recipients     10
Total                   69

011287

536040112398047