Andrew A. Harnisch (024957)
Grant L. Cartwright (030780)
Eric W. Moats (037303)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 North Central Avenue, Suite 1600
Phoenix, AZ 85004-4633
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: aharnisch@maypotenza.com
gcartwright@maypotenza.com
emoats@maypotenza.com

*Counsel for Sandhill Holdings, LLC, Alta Civil, LLC dba Alta Arizona, Alta CMTI LLC, Alta Environmental LLC, Alta Survey LLC, Alta Land Survey, LLC, and Alta Field Services LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| SEDONA VINEYARDS LLC. | Case No. 2:24-bk-09126-BMW |
| Debtor. | **LIMITED OBJECTION TO NOTICE TO ABANDON PROPERTY** |

Sandhill Holdings, LLC, Alta Civil, LLC dba Alta Arizona, Alta CMTI LLC, Alta Environmental LLC, Alta Survey LLC, Alta Land Survey, LLC, and Alta Field Services LLC (collectively, "**Alta**") hereby file a limited objection to the Trustee's *Notice of Abandonment* [DE 132]. The Trustee seeks to abandon various parcels of real property in Yavapai County. These parcels are the primary assets of the bankruptcy estate. Beaver Creek Golf Resort LLC holds a deed of trust encumbering the property and appears to be owed around $2,100,000. [DE 77]. About a year ago, the debtor employed a real estate broker to sell the property for $11,650,000. [DE 54]. Soon thereafter, the Debtor settled with Beaver Creek. [DE 77]. The case then converted to chapter 7.

From Alta's perspective, if there is any meaningful value for creditors in the case it would come from the sale of this real property. Other than the property,

there is little else of value in the estate. Alta therefore objects to the proposed abandonment because if the property is abandoned creditors will receive very little, if anything, on the amounts they are owed in the case. If the Trustee's business judgment is that there is no world in which creditors get paid from the property because the property will never sell for enough to pay off Beaver Creek and provide a distribution to creditors, Alta wants to better understand how the Trustee arrived at that conclusion. How was the property marketed? Did the real estate broker receive any legitimate offers for the purchase of the property? Was the sale price of the property reduced periodically and how much was the final listing? The answers to these types of questions will help Alta and other creditors determine whether the abandonment of the estate's only valuable assets are in the estate's best interests.

Respectfully submitted this 18th day of February, 2026.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/ Grant L. Cartwright*
    Andrew A. Harnisch
    Grant L. Cartwright
    Eric W. Moats
*Counsel for Sandhill Holdings, LLC, Alta Civil, LLC dba Alta Arizona, Alta CMTI LLC, Alta Environmental LLC, Alta Survey LLC, Alta Land Survey, LLC, and Alta Field Services LLC*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of February, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following recipients:

| | |
|---|---|
| 1 | |
| 2 | Patty Chan |
| 3 | Office of the U.S. Trustee |
| | 230 N. First Avenue, #204 |
| 4 | Phoenix, AZ 85003 |
| 5 | Patty.chan@usdoj.gov |
| | *Counsel for US Trustee* |
| 6 | |
| 7 | Ronald J. Ellett |
| | Ellett Law Offices, P.C. |
| 8 | 2999 N. 44th Street, Suite 330 |
| 9 | Phoenix, AZ 85018 |
| | rjellett@ellettlaw.com |
| 10 | *Counsel for Debtor Sedona Vineyards, LLC* |
| 11 | |
| | Dawn M. Maguire |
| 12 | Trustee Maguire |
| 13 | 10115 E. Bell Rd., Ste 107 #498 |
| | Scottsdale, AZ 85260 |
| 14 | trustee@maguirelawaz.com |
| 15 | *Trustee* |
| 16 | Theodore P. Witthoft |
| | Rusing Lopez & Lizardi PLLC |
| 17 | 7047 E. Greenway Parkway, Ste 400 |
| 18 | Scottsdale, AZ 85254 |
| | twitthoft@rllaz.com |
| 19 | *Counsel for Creditor Beaver Creek Golf Resort, LLC* |
| 20 | |
| | By: */s/ Michelle Giordano* |
| 21 | |