*TERRY A. DAKE, LTD.*
P.O. Box 9134
Phoenix, Arizona 85068-9134
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| SEDONA VINEYARDS, LLC; | ) | Case No. 2:24-BK-09126-BMW |
| | ) | |
| Debtor. | ) | |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the Court will conduct a hearing before the Honorable Brenda Moody Whinery of the United States Bankruptcy Court on the trustee's Notice of Abandonment DE 132 and the objections to that notice, DE 134, 135, on April 7, 2026 at 10:30 a.m.

**THIS HEARING WILL BE CONDUCTED BY VIDEOCONFERENCE.**

This hearing will be held by videoconference. The Videoconference Hearing Guidelines, including detailed instructions for appearing by videoconference, may be reviewed on the Court's website at: https://www.azb.uscourts.gov/videoconference-hearing-guidelines.

Any interested parties may appear via https://www.zoomgov.com/join. The hearing ID is 160 974 0796 and the passcode is 297319. Alternatively, interested parties may access the hearing using the following link:

https://www.zoomgov.com/j/1609740796?pwd=Cs1HBN77gj1zb7AS2ESE4xRtl0wT4x.1.

Confirm an appearance by sending an email to Courtroom Clerk Rebecca Volz, at Rebecca_Volz@azb.uscourts.gov, at least three (3) business days prior to the hearing. The email

is to include the full name of the person appearing and that person's relationship to the case, the case name, and the case number.

If there has not previously been a response or objection to the motion filed, then any response or objection to the motion shall be filed with the Court in compliance with Local Rule 9013-1(c). The relief may be granted and the hearing may be vacated if no timely response is filed.

DATED February 18, 2026.

**TERRY A. DAKE, LTD.**

By /s/ TD09656
  Terry A. Dake
  P.O. Box 9134
  Phoenix, Arizona  85068-9134
  Attorney for Trustee

COPY e-mailed/mailed February 18, 2026 to:

Geoffrey Edgelow, Owner
Innes Construction LLC
7807 E Hubbel Street
Scottsdale, AZ 85257


Grant L. Cartwright (030780)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 North Central Avenue, Suite 1600
Phoenix, AZ 85004-4633
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: gcartwright@maypotenza.com

 /s/ TD009656

2