Theodore P. Witthoft (State Bar No. 021632)
**RUSING LOPEZ LIZARDI & SAFFER, P.L.L.C.**
7047 E. Greenway Parkway, Suite 400
Scottsdale, Arizona 85254
Telephone: (480) 663-9800
Fax: (480) 863-1523
Email: twitthoft@rllsaz.com

*Attorneys for Beaver Creek Golf Resort, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| SEDONA VINEYARDS, LLC, | ) Case No. 2:24-bk-09126-BMW |
| | ) |
| Debtor. | ) |
| | ) **JOINDER IN TRUSTEE'S NOTICE** |
| | ) **OF ABANDONMENT** |
| | ) |
| | ) |
| | ) **Hearing Date: April 7, 2026** |
| | ) **Hearing Time: 10:30 a.m.** |
| | ) **Location: via Zoom** |
| | ) |
| | ) |

Beaver Creek Golf Resort, LLC ("Beaver Creek"), by and through its attorneys, Rusing Lopez Lizardi & Saffer, P.L.L.C., hereby submits its *Joinder in the Trustee's Notice of Abandonment* filed on February 4, 2026 at docket number 132 ("Notice").

Beaver Creek has a secured claim encumbering the real property at issue in this case ("Real Property") of at least $2,278,364.45 as of May 13, 2025. In the over seventeen (17) months this case has been pending, Beaver Creek is not aware of a single bona fide offer that has been made to Sedona Vineyards, LLC ("Debtor") while this case was pending as a Subchapter V case, or to Trustee Brian Mullan ("Trustee") after the conversion of this case, that would satisfy Beaver Creek's lien. It appears that considerable efforts were made by both the Debtor and the Trustee to obtain such an offer to no avail. Given the length of time without an offer, and the other issues

identified in the Trustee's reply in support of the Notice concerning the burdensome nature of the Real Property, Beaver Creek joins in the Trustee's position that the Real Property should be abandoned from the bankruptcy estate, pursuant to 11 U.S.C. § 554.

RESPECTFULLY SUBMITTED this 1st day of April, 2026.

**RUSING LOPEZ LIZARDI & SAFFER, P.L.L.C.**

By: */s/ Theodore P. Witthoft*        *#021632*
Theodore P. Witthoft
Attorneys for Creditor Beaver Creek
Golf Resort, LLC

COPIES of the foregoing were served April 1, 2026 via the Court's CM/ECF Notification System on all parties that requested notice in this case, with additional COPIES *emailed or mailed by U.S. Mail to the following parties as indicated below:

*Patty Chan
Office Of The United States Trustee
230 N. First Ave., #204
Phoenix, AZ 85003
Email: Patty.Chan@Usdoj.Gov

*Dawn M. Maguire
Subchapter V Trustee Maguire
10115 E. Bell Rd., Ste. 107 #498
Scottsdale, AZ 85260
Email: Trustee@Maguirelawaz.Com

*Ronald J. Ellett
Ellett Law Offices, P.C.
2999 North 44th Street
Suite 330
Phoenix, AZ 85018
Email: Rjellett@Ellettlaw.Com

*Terry A. Dake
Terry A. Dake, Ltd
P.O. Box 9134
Phoenix, AZ 85068-9134
Email: tdake@cox.net

*Grant L. Cartwright
May, Potenza, Baran & Gillespie, P.C.
1850 North Central Avenue, Suite 1600
Phoenix, AZ 85004-4633
gcartwright@maypotenza.com

By U.S. Mail:

Sedona Vineyards LLC
2024 N. 7th Street, Ste 202
Phoenix, AZ 85006

Geoffrey Edgelow, Owner
Innes Construction LLC
7807 E. Hubbel Street
Scottsdale, AZ 85257

*/s/ Meaghan Smith*