Andrew A. Harnisch (024957)
Grant L. Cartwright (030780)
Eric W. Moats        (037303)
**MAY, POTENZA, BARAN & GILLESPIE, P.C.**
1850 North Central Avenue, Suite 1600
Phoenix, AZ  85004-4633
Telephone:  (602) 252-1900
Facsimile:   (602) 252-1114
Email:    aharnisch@maypotenza.com
              gcartwright@maypotenza.com
              emoats@maypotenza.com

*Counsel for Sandhill Holdings, LLC, Alta Civil, LLC dba Alta Arizona, Alta CMTI LLC, Alta Environmental LLC, Alta Survey LLC, Alta Land Survey, LLC, and Alta Field Services LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>SEDONA VINEYARDS LLC.<br><br>Debtor. | Chapter 11 Proceeding<br><br>Case No. 2:24-bk-09126-BMW<br><br>**NOTICE OF WITHDRAWAL OF LIMITED OBJECTION TO NOTICE TO ABANDON PROPERTY** |

Sandhill Holdings, LLC, Alta Civil, LLC dba Alta Arizona, Alta CMTI LLC, Alta Environmental LLC, Alta Survey LLC, Alta Land Survey, LLC, and Alta Field Services LLC (collectively, "**Alta**"), by and through undersigned counsel, hereby gives notice that Alta's *Limited Objection to Notice to Abandon Property* [DE 135] is withdrawn.

DATED this 6th day of April, 2026.

**MAY, POTENZA, BARAN & GILLESPIE, P.C.**

By: */s/ Grant L. Cartwright*
   Andrew A. Harnisch
   Grant L. Cartwright
   Eric W. Moats

{00226030-2 }

*Counsel for Sandhill Holdings,*
*LLC, Alta Civil, LLC dba Alta Arizona,*
*Alta CMTI LLC, Alta Environmental LLC,*
*Alta Survey LLC, Alta Land Survey, LLC,*
*and Alta Field Services LLC*

## CERTIFICATE OF SERVICE

I certify that on this 6th day of April, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following recipients:

Patty Chan
Office of the U.S. Trustee
230 N. First Avenue, #204
Phoenix, AZ 85003
Patty.chan@usdoj.gov
*Counsel for US Trustee*

Ronald J. Ellett
Ellett Law Offices, P.C.
2999 N. 44th Street, Suite 330
Phoenix, AZ 85018
rjellett@ellettlaw.com
*Counsel for Debtor Sedona Vineyards, LLC*

Dawn M. Maguire
Trustee Maguire
10115 E. Bell Rd., Ste 107 #498
Scottsdale, AZ 85260
trustee@maguirelawaz.com
*Trustee*

Theodore P. Witthoft
Rusing Lopez & Lizardi PLLC
7047 E. Greenway Parkway, Ste 400
Scottsdale, AZ 85254
twitthoft@rllaz.com
*Counsel for Creditor Beaver Creek Golf Resort, LLC*

By: */s/ Michelle Giordano*