UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

**MINUTE ENTRY**

***Hearing Information***

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Brenda Moody Whinery |
| Case Number: | 2:24-bk-09126-BMW |
| Debtor(s): | SEDONA VINEYARDS LLC |
| Chapter: | 7 |
| Date and Time: | 04/07/2026 10:30 AM |
| Location(s): | Videoconference |
| Courtroom Clerk: | Rebecca Volz |
| Electronic Court Recording Operator: | Sharon Gifford |

***Matter(s)***

CHAPTER 7 TRUSTEE'S NOTICE OF ABANDONMENT AND OBJECTIONS THERETO
132 / 136

***Appearances***

TERRY A. DAKE, REPRESENTING TRUSTEE MULLEN AND APPEARING BY VIDEOCONFERENCE
GRANT CARTWRIGHT, REPRESENTING ALTA CMTI, LLC ET AL AND APPEARING BY VIDEOCONFERENCE
GEOFF EDGELOW, INNES CONSTRUCTION, APPEARING BY VIDEOCONFERENCE
RON ELLETT, REPRESENTING SEDONA VINEYARDS, LLC AND APPEARING BY VIDEOCONFERENCE
TED WITTHOFT, REPRESENTING BEAVER CREEK GOLF RESORT, LLC AND APPEARING BY VIDEOCONFERENCE
CHRISTOPHER SIMPSON, REPRESENTING ARIZONA WATER COMPANY AND APPEARING BY VIDEOCONFERENCE

***Proceedings***

Mr. Dake explains that the Notice of Abandonment was filed when it appeared that the trustee was not going to have any success selling the property. As of today, there is a signed letter of intent from Arizona Water Company to purchase the property for $3,000,000.00. Arizona Water Company is requesting a 90-day inspection period. He requests a continued hearing is approximately 60 days. If the inspection is not going well, then it is time to pull the plug on this case. If the sale with Arizona Water Company does not proceed, then it is unlikely that another buyer will purchase the property for a price that will allow for any meaningful distribution to creditors.

Mr. Simpson agrees to a continuance.

Mr. Witthoft reports that his client did file a joinder regarding the abandonment, but this potential sale is good news for his client. He agrees to a continuance.

Mr. Cartwright reports that his clients withdrew their Objection to the Notice of Abandonment. He agrees to a continuance.

Mr. Ellett agrees to a continuance.

COURT: A CONTINUED HEARING IS SET FOR 10:30 A.M. ON JUNE 2, 2026.

**SUBSEQUENT TO THE HEARING**
COURT: A CONTINUED HEARING IS SET FOR 10:30 A.M. ON JUNE 2, 2026. ANY INTERESTED PARTIES MAY APPEAR VIA ZOOMGOV.COM/JOIN. THE HEARING ID IS 161 025 0690 AND THE PASSCODE IS 579070.
CONFIRM AN APPEARANCE BY SENDING AN EMAIL TO COURTROOM CLERK REBECCA VOLZ, AT REBECCA_VOLZ@AZB.USCOURTS.GOV, AT LEAST THREE (3) BUSINESS DAYS PRIOR TO THE HEARING. THE EMAIL IS TO INCLUDE THE FULL NAME OF THE PERSON APPEARING AND THAT PERSON'S RELATIONSHIP TO THE CASE, THE CASE NAME, AND THE CASE NUMBER.