*TERRY A. DAKE, LTD.*
P.O. Box 9134
Phoenix, Arizona 85068-9134
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake - 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| SEDONA VINEYARDS, LLC; | ) | Case No. 2:24-BK-09126-BMW |
| | ) | |
| Debtor. | ) | Hearing Date: June 2, 2026 |
| | ) | Hearing Time: 10:30 a.m. |

**STATUS REPORT**

The trustee submits this status report in advance of the hearing to be held in this case on June 2, 2026.

The potential buyer of the real property of the estate, Arizona Water Company ("AWC") (see DE 140) is continuing to conduct its due diligence to determine if the real property will fit its needs. Much of that investigation involves examining the water rights associated with the property. AWC has recently submitted a list of information that it still needs. Unfortunately, the trustee does not have the information. AWC is approaching the prior owner and current lien holder, Beaver Creek Golf Resort, LLC, to obtain the information, and the trustee has also referred the request to the principal of the debtor.

The trustee believes that AWC is proceeding in good faith and is pursuing its investigation in good faith.

AWC has advised the trustee that AWC will need at least another 90 days to complete its investigation. The trustee is willing

to allow the additional time, subject to approval by the Court. Since there are no other pending offers for the sale of the real property, if a sale to AWC is not completed it is unlikely that creditors will be paid. Thus, the trustee believes allowing AWC additional time is reasonable and in the best interest of creditors.

For these reasons, the trustee intends to ask the Court to continue the hearing another 90 days to allow AWC to proceed with its due diligence investigation.

DATED May 27, 2026.

***TERRY A. DAKE, LTD.***

By /s/ TD009656
Terry A. Dake
P.O. Box 9134
Phoenix, Arizona 85068-9134

2