UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

**MINUTE ENTRY**

**_Hearing Information_**

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Brenda Moody Whinery |
| Case Number: | 2:24-bk-09126-BMW |
| Debtor(s): | SEDONA VINEYARDS LLC |
| Chapter: | 7 |
| Date and Time: | 06/02/2026 10:30 AM |
| Location(s): | Videoconference |
| Courtroom Clerk: | Rebecca Volz |
| Electronic Court Recording Operator: | Sharon Gifford |

**_Matter(s)_**

CHAPTER 7 TRUSTEE'S NOTICE OF ABANDONMENT AND OBJECTIONS THERETO (CONT. FROM 04/07/2026) 132 / 142

**_Appearances_**

TERRY A. DAKE, REPRESENTING TRUSTEE MULLEN AND APPEARING BY VIDEOCONFERENCE
WARREN STAPLETON, REPRESENTING THE ARIZONA WATER COMPANY AND APPEARING BY VIDEOCONFERENCE
TED WITTHOFT, REPRESENTING BEAVER CREEK GOLF RESORT, LLC AND APPEARING BY VIDEOCONFERENCE

**_Proceedings_**

The Court notes that Debtor's counsel is not present.

Mr. Dake reports that Mr. Ellett had a scheduling conflict so he may not be able to appear today. Mr. Ellett does not object to a further continuance. Mr. Cartwright also indicated that he could not appear today. Mr. Cartwright does not object to a further continuance.

Mr. Dake reports that the parties are still working towards a potential sale. Mr. Stapleton's client is conducting due diligence to determine whether to go forward with the purchase. Mr. Stapleton's client is primarily interested in the water rights and sorting out water rights is very complex. He requests a continued hearing in approximately 90 days.

Mr. Dake reports that the Debtor's principal received a notice from the county regarding the vegetation. The county wants the weeds cut down within 30 days but there is no money in the estate for that, so it is an ongoing problem.

Mr. Dake states that the trustee would like to get this property sold and get claimants paid. None of the interested parties are pushing for abandonment at this time, but the trustee is getting close to having to step across that line. The trustee wants to give Mr. Stapleton's client an opportunity to see if they can move forward with the purchase.

Mr. Witthoft does not object to a continued hearing.

COURT: A CONTINUED HEARING IS SET FOR 10:30 A.M. ON SEPTEMBER 3, 2026. IF THE PARTIES REACH AN AGREEMENT REGARDING A SALE, THEN THAT MOTION MAY BE FILED AT ANY TIME.

**SUBSEQUENT TO THE HEARING**
COURT: A CONTINUED HEARING IS SET FOR 10:30 A.M. ON SEPTEMBER 3, 2026. ANY INTERESTED PARTIES MAY APPEAR VIA ZOOMGOV.COM/JOIN. THE HEARING ID IS 160 099 7751 AND THE PASSCODE IS 562855.
CONFIRM AN APPEARANCE BY SENDING AN EMAIL TO COURTROOM CLERK REBECCA VOLZ, AT REBECCA_VOLZ@AZB.USCOURTS.GOV, AT LEAST THREE (3) BUSINESS DAYS PRIOR TO THE HEARING. THE EMAIL IS TO INCLUDE THE FULL NAME OF THE PERSON APPEARING AND THAT PERSON'S RELATIONSHIP TO THE CASE, THE CASE NAME, AND THE CASE NUMBER.