*TERRY A. DAKE, LTD.*
P.O. Box 9134
Phoenix, Arizona  85068-9134
Telephone: (602) 710-1005
tdake@cox.net

**Terry A. Dake – 009656**

Attorney for Trustee

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 Proceedings |
| | ) | |
| SEDONA VINEYARDS, LLC; | ) | Case No. 2:24-BK-09126-BMW |
| | ) | |
| Debtor. | ) | Hearing Date: September 3, 2026 |
| | ) | Hearing Time: 10:30 a.m. |

**STATUS REPORT**

The trustee submits this status report in advance of the hearing scheduled in this case for September 3, 2026.

The potential buyer of the real property of the estate, Arizona Water Company ("AWC") (see DE 140) has concluded its due diligence and has decided that it will NOT purchase the property. AWC has determined that are too many issues concerning the water rights for it to proceed to purchase the property.

While there have been inquiries about purchasing the property from time to time, no new offers have been received. The only offer that has been received (see, DE 137) never provided proof of funds to close. The trustee does not believe that a sale of the property for an amount sufficient to provide a meaningful return to creditors is likely at any time in the foreseeable future. In the meantime, the secured indebtedness continues to increase and the estate has no funds to insure or maintain the property. Accordingly, the trustee requests that the Court enter an order approving the abandonment of the property

(see DE 132) and vacating the hearing set for September 3. 2026. A proposed order so providing is being lodged concurrently with this report.

**WHEREFORE**, the trustee prays for the entry of an order approving the abandonment and vacating the hearing.

DATED July 21, 2026.

*TERRY A. DAKE, LTD.*

By /s/ TD009656
Terry A. Dake
P.O. Box 9134
Phoenix, Arizona 85068-9134

COPY e-mailed/mailed July 21, 2026 to:

Geoffrey Edgelow, Owner
Innes Construction LLC
7807 E Hubbel Street
Scottsdale, AZ 85257

Grant L. Cartwright (030780)
MAY, POTENZA, BARAN & GILLESPIE, P.C.
1850 North Central Avenue, Suite 1600
Phoenix, AZ 85004-4633
Telephone: (602) 252-1900
Facsimile: (602) 252-1114
Email: gcartwright@maypotenza.com

/s/ TD009656

2